# EXHIBIT TO COMPLAINT

Case 2:19-cv-02858-JMA-SIL   Document 1-1   Filed 05/16/19   Page 2 of 93 PageID #: 14

**DOMESTIC INCIDENT REPORT**

Agency: SCPD

05101 18-535 035

| Reported Date 9/16/18 | Time (24 hours) 1353 | Occurred Date 9/16/18 | Time (24 hours) 1952 | ☐ Officer Initiated ☒ Radio Run ☐ Walk-in ☐ ICAD (NYC) | Complaint # 607 |

**Victim (P1)**

Address (Street No., Street Name, Bldg. No., Apt No.): 32 WILLIAM ST. — City, State, Zip: PORT JEFFERSON STA. 11776

Name (Last, First, M.I.) (Include Aliases): PERSO MICHAEL — DOB (MM/DD/YY): 3/26/84 — Age: 34 — ☒ Female ☐ Male ☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.): 32 WILLIAM ST — Victim Phone Number: 631-987-2344 — Language: ENGLISH

City, State, Zip: PORT JEFF STATION NY 11776 — ☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other — ☐ Hispanic ☒ Non Hispanic ☐ Unknown — ☐ Other Identifier:

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases): PERSO JESSICA — DOB (MM/DD/YY): 6/12/85 — Age: 33 — ☒ Female ☐ Male ☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.): 1 KATE CT. — Language: ENGLISH

City, State, Zip: PORT JEFFERSON NY. 11777 — ☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other — ☐ Hispanic ☒ Non Hispanic ☐ Unknown — ☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☒ No | Suspect/P2 present? ☐ Yes ☒ No | Was suspect injured? ☐ Yes ☒ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☒ No | Suspect supervised? ☐ Probation ☐ Parole ☒ Not Supervised ☐ Status Unknown |

Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____ — Do the suspect and victim have a child in common? ☒ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? I WAS VIDEO CHATTING AND SHE ENDED THE CALL.

Did suspect make victim fearful? ☐ Yes ☒ No If yes, describe:

Weapon Used? ☐ Yes ☒ No Gun: ☐ Yes ☐ No Other, describe: — Suspect Threats? ☐ Yes ☒ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Access to Guns? ☐ Yes ☐ No If yes, describe:

Injured? ☐ Yes ☒ No If yes, describe: — Strangulation? ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

In Pain? ☐ Yes ☒ No If yes, describe: — Visible Marks? ☐ Yes ☒ No If yes, describe:

**Suspect**

What did the SUSPECT say (Before and After Arrest): N/A

710.30 completed? ☐ Yes ☒ No

**Witness / Child**

| Child/Witness (1) Name (Last, First, M.I.) PERCO, MICHAEL JR | DOB: 10-21-14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt) 1 KATE CT | City, State, Zip PORT JEFFERSON 11777 | Phone: 631-591-2021 |
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |

**Incident Narrative**

Briefly describe the circumstances of this incident: P(1) REPORTS HE WAS ON A VIDEO CHAT WITH HIS SON AND P(2) WALKED IN THE ROOM PUSHED THE CHILD OUT OF THE WAY AND ENDED THE VIDEO CHAT. P(1) THEN TEXTED P(2)'S MOTHER AND P(1) GOT A TEXT BACK SAYING "YOU UPSET YOUR SON WITH YOUR ACTIONS, IT'S OVER." P(1) NEEDS REPORT TO DOCUMENT INCIDENT. THERE IS A FAMILY COURT STAY AWAY ORDER IN EFFECT DOCKET# O-07623-18 BY JUDGE GOGLAS EXPIRES 5-18-19 WHICH WASN'T VIOLATED. P(1) NEEDS REPORT FOR DOCUMENTATION PURPOSES TO GET HIS LAWYER A COPY. PISTOL LICENSE CHECK WAS DONE ON BOTH PARTIES AND RETURNED NEGATIVE

**Exhibits / Evidence**

| DIR Repository checked? ☒ Yes ☐ No | Order of Protection Registry checked? ☒ Yes ☐ No | Order of Protection in effect? ☒ Yes ☐ No ☐ Refrain ☐ Stay Away |
| Evidence Present? ☐ Yes ☒ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☒ No If yes, Describe: |
| ☐ Yes ☒ No ☐ Other: |

**Offense**

| Offense Committed? ☐ Yes ☐ No | Was suspect arrested? ☐ Yes ☒ No If no, explain: NO OFFENSE | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | B | 05101 | 18-535035 | 607 |
|---|---|---|---|---|

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

---

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (     ) _____.

**Has Suspect ever:**

| | | |
|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☒ No | Is suspect capable of killing you or children? | ☐ Yes ☒ No |
| Strangled or "choked" you? ☐ Yes ☒ No | Is suspect violently and constantly jealous of you? | ☐ Yes ☒ No |
| Beaten you while you were pregnant? ☐ Yes ☒ No | Has the physical violence increased in frequency or severity over the past 6 months? | ☐ Yes ☒ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment?  ☐ Yes  ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes  ☐ No  if NO, Why: | Was Victim Rights Notice given to the Victim? ☒ Yes  ☐ No if NO, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#) *Leon M Wasen* PO B35/6n/4 | Supervisor (Print and Sign include Rank and ID#) *Strecker E, SSI/a-14*

---

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)  PERSO, JESSICA

I MICHAEL PERSO (Victim/Deponent Name) state that on 9 / 16 / 2018 (Date) at 32 WILLIAM ST. (Location of incident) in the County/City/Town/Village PORT JEFFERSON STATION of the State of New York, the following did occur: I WAS ON VIDEO CHAT (GOOGLE DUO) WITH MY SON WHICH I'M AUTHORIZED TO DO DAILY WHEN I DON'T HAVE CUSTODY OF MIKEY AND JESSICA WALKED IN THE ROOM, PUSHED MIKEY OUT OF THE WAY AND ENDED MY VIDEO CHAT WITH MY SON. I THEN TEXTED JESSICAS MOTHER AND ASKED WHY HER DAUGHTER ENDED MY VIDEO CHAT AND I GOT A REPLY "YOU UPSET YOUR SON WITH YOUR ACTIONS. IT'S OVER." I NEED TO DOCUMENT THIS INCIDENT AND HAVE A COPY FOR MY LAWYER. I WANT TO HAVE DOCUMENTED THAT I CLEARLY DID NOT UPSET MY SON, WE WERE HAVING A GOOD TIME TILL JESSICA ENDED OUR VIDEO CHAT.

(Use additional page as needed)

---

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

X _____
Victim/Deponent Signature     Date 9-16-18

_Leon M Wasen_ PO B35/6n/4
Witness or Officer Signature     Date 9-16-18

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 1 Of 1

Interpreter Signature and Interpreter Service Provider Name     Date
Interpreter Requested ☐ Yes ☒ No  Interpreter Used ☐ Yes ☐ No

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

Case 2:19-cv-02858-JMA-SIL Document 23 Filed 05/10/19 Page 4 of 93 PageID #: 16

**Incident**

| Agency: SCPD | | | | □ Officer Initiated ☑ Radio Run □ Walk-in | 05/01 | 18-396693 |
|---|---|---|---|---|---|---|
| Reported Date 7/10/18 | Time (24 hours) 1711 | Occurred Date 7/10/18 | Time (24 hours) 1630 | □ ICAD (NYC) | | Complaint # 611 |

Address (Street No., Street Name, Bldg. No., Apt No.) 32 WILLIAM ST
City, State, Zip PORT JEFF STATION, NY 11776

**Victim (P1)**

Name (Last, First, M.I.) (Include Aliases) PERSO, MICHAEL
DOB (MM/DD/YYYY) 3/26/84/84  Age: 34  □ Female ☑ Male  □ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.) SAA
Victim Phone Number: 516-312-9177  Language: ENG

City, State, Zip

☑ White □ Black □ Asian  □ American Indian □ Other  □ Hispanic ☑ Non Hispanic □ Unknown
□ Other Identifier:

**How can we safely contact you?** (I.e. Name, Phone, Email)

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases) PERSO, JESSICA
DOB (MM/DD/YYYY) 6/12/85  Age: 33  ☑ Female □ Male  □ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.) 1. KATE CT
Suspect Phone Number:  Language:

City, State, Zip POR JEFFERSON, NY 11777
☑ White □ Black □ Asian  □ American Indian □ Other  □ Hispanic ☑ Non Hispanic □ Unknown
□ Other Identifier:

**Victim / Parent / P1**

| Do suspect and victim live together? □ Yes ☑ No | Suspect/P2 present? | Was suspect injured? □ Yes ☑ No If yes describe: | Possible drug or alcohol use? □ Yes ☑ No | Suspect supervised? □ Probation □ Parole ☑ Not Supervised □ Status Unknown |
|---|---|---|---|---|

**Suspect (P2) Relationship to Victim (P1)** □ Married □ Intimate Partner/Dating □ Formerly Married □ Former Intimate Partner
□ Parent of Victim (P1) □ Child of Victim □ Relative: ☑ Other: CHILD IN COMMON
Do the suspect and victim have a child in common? ☑ Yes □ No

Emotional condition of **VICTIM?** □ Upset □ Nervous □ Crying □ Angry ☑ Other: CALM

What were the first words that **VICTIM** said to the Responding Officers at the scene regarding the incident? N/A

**Victim / Interview**

Did suspect make victim fearful? □ Yes ☑ No If yes, describe:

Weapon Used? □ Yes ☑ No  Gun: □ Yes ☑ No Other, describe:
**Suspect Threats?** □ Yes ☑ No If Yes, Threats to:
□ Victim □ Child(ren) □ Pet □ Commit Suicide □ Other Describe:

Access to Guns? □ Yes ☑ No If yes, describe:

Injured? □ Yes ☑ No If yes, describe:
**Strangulation?** □ Yes ☑ No □ Loss of Consciousness □ Urination/Defecation
□ Red eyes/Petechia ☑ Sore Throat □ Breathing Changed □ Difficulty Swallowing

In Pain? □ Yes ☑ No If yes, describe:
**Visible Marks?** □ Yes ☑ No If yes, describe:

**Suspect**

What did the **SUSPECT** say (Before and After Arrest): N/A

710.30 completed? □ Yes ☑ No

**Witness**

| Child/Witness (1) Name (Last, First, M.I.) PERSO, MICHAEL | DOB: 10/21/14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt) 1 KATE CT | City, State, Zip PORT JEFFERSON, NY 11777 | Phone: |
|---|---|---|---|---|
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |

**Narrative**

Briefly describe the circumstances of this incident: P1 REPORTS HIS FATHER THOMAS PERSO 6/9/50, MEETS P2 AT 1073 PORTION RD FARMINGVILLE TO PICK UP HIS SON MICHAEL PERSO 10/21/14 AS PER THEIR CUSTODY AGREEMENT THROUGH COURT AND P2 DID NOT SHOW UP WITH THEIR SON. P1, P2 AND THEIR HOMES CHECKED FOR PISTOL LICENSE, NEG RESULTS

**Evidence**

| DIR Repository checked? ☑ Yes □ No | Order of Protection Registry checked? □ Yes □ No | Order of Protection in effect? □ Yes ☑ No □ Refrain ☑ Stay Away |
|---|---|---|

| Evidence Present? □ Yes ☑ No | Photos taken? □ Victim Injury □ Suspect Injury □ Other: | Other Evidence? □ Damaged Property □ Videos □ Electronic Evidence □ Other: | Destruction of Property? □ Yes ☑ No If yes, Describe: |
|---|---|---|---|

**Offense**

| Offense Committed? □ Yes ☑ No | Was suspect arrested? □ Yes ☑ No If no, explain: NO OFFENSE | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

**POLICE COPY** (Please make a copy for DA's office if appropriate)   NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906   3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: *SCPD* | B | ORI: *05101* | Incident # *18-396693* | *821* |
|---|---|---|---|---|

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First): *CUSTODY DISPUTES*

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) .**

**Has Suspect ever:**

Threatened to kill you or your children? ☐ Yes ☒ No

Strangled or "choked" you? ☐ Yes ☒ No

Beaten you while you were pregnant? ☐ Yes ☒ No

Is suspect capable of killing you or children? ☐ Yes ☒ No

Is suspect violently and constantly jealous of you? ☐ Yes ☒ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☒ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☐ Yes ☒ No if NO, Why: *N/A*

Was Victim Rights Notice given to the Victim? ☐ Yes ☒ No if NO, Why: *N/A*

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#) *PALMER 6220* *P06344/6102*

Supervisor (Print and Sign include Rank and ID#) *1139/6102*

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I) *PERSO, JESSICA 6/12/85*

I *MICHAEL PERSO 3/26/89* (Victim/Deponent Name) state that on *7/10/18*, (Date) at *1073 PORTION RD* (Location of incident) in the County/City/Town/Village *FARMINGVILLE* of the State of New York, the following did occur: *MY FATHER, THOMAS PERSO 6/9/50 WENT TO PICK UP MY SON MICHAEL PERSO 10/21/14 AS PER OUR COURT AGREEMENT AND JESSICA PERSO 6/12/85 DID NOT SHOW UP. JESSICA SAID TO MY FATHER THAT SHE WAS NOT COMING.*

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature

Date *7/10/18*

Witness or Officer Signature *P06344/6102*

Date *7/10/18*

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes ☒ No  Interpreter Used ☐ Yes ☐ No

Date

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page *2* Of *2*

POLICE COPY (Please make a copy for DA's office if appropriate)  NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906  3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

**NYS DOMESTIC INCIDENT REPORT**

Incident # 18 354840

| Reported Date (MM/DD/YY) | Time (24 hours) | Occurred Date (MM/DD/YY) | Time (24 hours) | ☑ Officer Initiated ☐ ICAD (NYC) | ☐ Radio Run | ☐ Walk-in | Complaint # |
|---|---|---|---|---|---|---|---|
| 06/21/18 | 1155 | 06/21/18 | 1100 | | | | 612 |

**Address** (Street No., Street Name, Bldg. No., Apt No.): DUNKIN DONUTS 1175 PORTION RD  City, State, Zip: FARMINGVILLE NY.

**Name** (Last, First, M.I.) (Include Aliases): PERSO, MICHAEL.
DOB (MM/DD/YY): 03/26/84  Age: 34  ☐ Female ☑ Male ☐ Self-Identified:

**Address** (Street No., Street Name, Bldg. No., Apt No.): 32 WILLIAM ST
Victim Phone Number: 631 572 9177  Language: ENG.

City, State, Zip: PT. JEFF. STATION NY 11776
☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other    ☐ Hispanic ☑ Non Hispanic ☐ Unknown
☐ Other Identifier:

**How can we safely contact you?** (i.e. Name, Phone, Email) 631 572 9177

**Name** (Last, First, M.I.) (Include Aliases): PERSO, JESSICA, A.
DOB (MM/DD/YY): 06/02/85  Age: 33  ☑ Female ☐ Male ☐ Self-Identified:

**Address** (Street No., Street Name, Bldg./Apt No.): 1 KATE CT
Suspect Phone Number: UNK  Language: ENG.

City, State, Zip: PORT JEFFERSON NY
☐ White ☐ Black ☐ Asian ☐ American Indian ☐ Other    ☐ Hispanic ☑ Non Hispanic ☐ Unknown
☐ Other Identifier:

| Do suspect and victim live together? ☑ Yes ☐ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes, describe: | Possible drug or alcohol use? ☐ Yes ☑ No | ☑ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

**Suspect (P2) Relationship to Victim (P1)** ☐ Married ☐ Intimate Partner/Dating ☑ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other: CHILD IN COMMON
**Do the suspect and victim have a child in common?** ☑ Yes ☐ No

**Emotional condition of VICTIM?** ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: CALM

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?**
" MY EX DENIED VISITATION "

**Did suspect make victim fearful?** ☐ Yes ☑ No If yes, describe:

**Weapon Used?** ☐ Yes ☑ No Gun: ☐ Yes ☐ No Other, describe:
**Suspect Threats?** ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

**Access to Guns?** ☐ Yes ☑ No If yes, describe:

**Injured?** ☐ Yes ☑ No If yes, describe:
**In Pain?** ☐ Yes ☑ No If yes, describe:
**Strangulation?** ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
**Visible Marks?** ☐ Yes ☑ No If yes, describe:

**What did the SUSPECT say** (Before and After Arrest): NOT AT SCENE —

**710.30 completed?** ☐ Yes ☑ No

| Child/Witness (1) Name (Last, First, M.I.) | DOB | Child/Witness (1) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone |
|---|---|---|---|---|
| PERSO, THOMAS | 6/9/80 | 70 LA BONNE VE DR | PATCHOGUE NY | 806 9810 |
| PERSO, MICHAEL, JR. | 10/21/14 | 1 KATE CT N. | | — |

**Briefly describe the circumstances of this incident:** COMPL. REPORTS THIS DAY, HIS FATHER W¹ ABOVE, DID GO TO I/C TO PICK UP HIS SON, W² FOR COURT ORDERED VISITATION. COMPL. REPORTS THE CHILDS MOTHER, P2 DID NOT SHOW UP TO I/C WITH THE CHILD AS ORDERED BY FAMILY COURT JUDGE (☑) MORRIS ON 5/22/18 DOCKET # O-9623-18. U/S SPOKE TO W¹ ON THE PHONE WHO STATED HE WAS AT I/C AND WAITED APPROX 20 MINS, AND P² DID NOT ARRIVE. REPORT FOR FAMILY COURT DOCUMENTATION. O.P. IN EFFECT. NOT VIOLATED. NEG. PISTOL LICENSE.

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect ☑ Yes ☐ No ☐ Refrain ☐ Stay Away |
|---|---|---|

| Evidence Present? ☐ Yes ☑ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☐ No If yes, Describe: |
|---|---|---|---|

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: NO OFFENSE | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

| Agency: | | B | ORI: | | Warrant # | | PageID #: |
|---|---|---|---|---|---|---|---|
| SCPD | | | 05101 | | | 612 | 18-354846 |

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

NUMEROUS VISITATION VIOLATIONS
O.P. IN EFFECT

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (     ) _____.**

| Has Suspect ever: | | |
|---|---|---|
| Threatened to kill you or your children? | ☐ Yes ☒ No | |
| Strangled or "choked" you? | ☐ Yes ☒ No | |
| Beaten you while you were pregnant? | ☐ Yes ☒ No | |

Is suspect capable of killing you or children?    ☐ Yes ☒ No

Is suspect violently and constantly jealous of you?    ☐ Yes ☒ No

Has the physical violence increased in frequency or severity over the past 6 months?    ☐ Yes ☒ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No if NO, Why: ___

Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if NO, Why:

**Signatures:**

| Reporting Officer (Print and Sign Include Rank and ID#) | Supervisor (Print and Sign Include Rank and ID#) |
|---|---|
| PINA ANTONIO P 4338/600/281 | Edwl R Sgt 1343/600/2   Ryb |

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I.)    PERSO, JESSICA A

I _____ (Victim/Deponent Name) state that on ___ / ___ / _____, (Date) at _____ (Location of incident) in the County/City/Town/Village _____ of the State of New York, the following did occur: _____

NONE

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date 6/21/1F |
|---|---|
| Witness or Officer Signature   P 4338/600/281 | Date 6/21/18 |

| Interpreter Signature and Interpreter Service Provider Name | Date |
|---|---|
| Interpreter Requested ☐ Yes ☒ No   Interpreter Used ☐ Yes ☐ No | |

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page ___ of ___

**SCPD** **DOMESTIC INCIDENT REPORT** **0840**

| Reported Date | Time (24 hours) | Occurred Date | Time (24 hours) | ☐ Officer Initiated ☐ Radio Run ☐ Walk-in | Complaint # |
|---|---|---|---|---|---|
| 05/14/18 | 2130 | 05/12/18 | 1951 | ☐ ICAD (NYC) ✓ | 18-279242 |

**Incident**

Address (Street No., Street Name, Bldg. No., Apt No.)
1 Kate Ct
City, State, Zip: Port Jefferson NY 11777

**Victim (P1)**

Name (Last, First, M.I.) (Include Aliases)
Perso, Jessica
DOB (MM/DD/YYYY): 06/12/85 Age: 32 ☒ Female ☐ Male ☐ Self-Identified:
Address (Street No., Street Name, Bldg. No., Apt No.)
1 Kate Ct
City, State, Zip: Port Jeff NY 11777
Language: English
☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other ☐ Hispanic ☒ Non Hispanic ☐ Unknown ☐ Other Identifier:

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases)
Perso, Michael
DOB (MM/DD/YYYY): 03/26/84 Age: 34 ☐ Female ☒ Male ☐ Self-Identified:
Address (Street No., Street Name, Bldg. No., Apt No.)
32 William St
Suspect Phone Number: 516-512-9177
City, State, Zip: Port Jeff Sta NY 11777
Language: English
☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other ☐ Hispanic ☒ Non Hispanic ☐ Unknown ☐ Other Identifier:

| Do suspect and victim live together ? ☐ Yes ☒ No | Was suspect present? ☐ Yes ☐ No | Was suspect injured? ☐ Yes ☒ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☒ No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

Suspect (P2) Relationship to Victim (P1) ☒ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____
Do the suspect and victim have a child in common? ☒ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☒ Other _aggravated_

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
I know you cant help me ... But

Did suspect make victim fearful? ☐ Yes ☒ No If yes, describe:

**Suspect**

Weapon Used? ☐ Yes ☒ No Gun: ☐ Yes ☐ No Other, describe:
Suspect Threats? ☐ Yes ☒ No If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Access to Guns? ☒ Yes ☐ No If yes, describe:

Injured? ☐ Yes ☒ No If yes, describe:
Strangulation? ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
In Pain? ☐ Yes ☒ No If yes, describe:
Visible Marks? ☐ Yes ☒ No If yes, describe:

What did the SUSPECT say (Before and After Arrest):

710.30 completed? ☐ Yes ☒ No

**Witnesses**

| Child/Witness (1) Name (Last, First, M.I.) | DOB: | Child/Witness(1) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |
|---|---|---|---|---|
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |

**Incident Narrative**

Briefly describe the circumstances of this incident:
P1 States P2 has been texting Since Friday night accuser her of doing things that are untrue. P1 and P2 communicate via "talking Parents" P1 has printed up all conversations and requested police respond for documentation purposes for court. NEG RESULTS FOR PISTOL LICENSE CHECK P.O 6574

**Evid**

DIR Repository checked? ☒ Yes ☐ No | Order of Protection Registry checked? ☒ Yes ☐ No | Order of Protection in effect? ☐ Yes ☒ No ☐ Refrain ☐ Stay Away

Evidence Present? ☐ Yes ☒ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☒ No If yes, Describe:

**Offense**

| Offense Committed? ☐ Yes ☒ No | Was suspect arrested? ☐ Yes ☐ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | B | ORI: 05101 | Incident # | Complaint # 18-279242 |

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First): Numerous prior

Domestic Reports

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____

**Has Suspect ever:**

Threatened to kill you or your children? ☐ Yes ☒ No

Strangled or "choked" you? ☐ Yes ☒ No

Beaten you while you were pregnant? ☐ Yes ☒ No

Is suspect capable of killing you or children? ☐ Yes ☒ No

Is suspect violently and constantly jealous of you? ☐ Yes ☒ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☒ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No if NO, Why:

Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if NO, Why:

**Signatures:**

Reporting Officer (Print and Sign Include Rank and ID#) Walker PO 6389/610/5

Supervisor (Print and Sign Include Rank and ID#) Sgt Vincent DiResta 642/610/5

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I) Perso, Michael

I Jessica Perso (Victim/Deponent Name) state that on 05/14/18, (Date)

at 1 Kate Ct (Location of incident) in the County/City/Town/Village

Brookhaven of the State of New York, the following did occur: I am aware you can't do anything for me at this moment but the DA's office told me to make a report for court purposes. He is out of control with his messages

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature J Perso

Witness or Officer Signature po 6389/610/5

Date 5/14/18

Date

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 of 2

Interpreter Signature and Interpreter Service Provider Name

Date

Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

**DOMESTIC INCIDENT REPORT**

| Agency: SCPD | A | Precinct 05101 | Incident # 18-276706 |

**Incident**

| Reported Date 05/10/2018 | Time (24 hours) 1612 | Occurred Date 05/10/2018 | Time (24 hours) 1134 | ☐ Officer Initiated ☑ Radio Run ☐ Walk-in ☐ ICAD (NYC) | Complaint # 610 |

Address (Street No., Street Name, Bldg. No., Apt No.): 32 William Ct — City, State, Zip: Port Jefferson Station NY 11776

**Victim (P1)**

Name (Last, First, M.I.) (Include Aliases): Perso, Michael
DOB (MM/DD/YY): 03/26/1984  Age: 34  ☐ Female ☑ Male  ☐ Self-Identified:
Address (Street No., Street Name, Bldg. No., Apt No.): 32 William st
City, State, Zip: Port Jefferson station
Victim Phone Number: 516-512-9177  Language: ENG
☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other  ☐ Hispanic ☑ Non Hispanic ☐ Unknown  ☐ Other Identifier:

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases): Perso, Jessica
DOB (MM/DD/YY): 06/12/1985  Age: 32  ☑ Female ☐ Male  ☐ Self-Identified:
Address (Street No., Street Name, Bldg. No., Apt No.): 1 Kate ct
City, State, Zip: Port Jefferson NY 11777
Suspect Phone Number:  Language: ENG
☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other  ☐ Hispanic ☑ Non Hispanic ☐ Unknown  ☐ Other Identifier:

| Do suspect and victim live together ? ☑ Yes ☐ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes, describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |

Suspect (P2) Relationship to Victim (P1): ☐ Married ☐ Intimate Partner/Dating ☑ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____  Do the suspect and victim have a child in common? ☑ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: calm

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
"She denied me visitation"

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

| Weapon Used? ☐ Yes ☑ No  Gun: ☐ Yes ☑ No Other, describe: | Suspect Threats? ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide |
| Access to Guns? ☐ Yes ☑ No If yes, describe: | ☐ Other Describe: |
| Injured? ☐ Yes ☑ No If yes, describe: | Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
| In Pain? ☐ Yes ☑ No If yes, describe: | Visible Marks? ☐ Yes ☑ No If yes, describe: |

**Suspect**

What did the SUSPECT say (Before and After Arrest): Not present

710.30 completed? ☐ Yes ☑ No

**Witness**

| Child/Witness (1) Name (Last, First, M.I.): Perso, Michael | DOB: UNK | Child/Witness(1) Address (Street No., Name, Bldg./Apt): 1 Kate ct | City, State, Zip: Port Jeffer NY 11777 | Phone: — |
| Child/Witness (2) Name (Last, First, M.I.): | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt): | City, State, Zip: | Phone: — |

**Incident Narrative**

Briefly describe the circumstances of this incident: P1 reports P2 denied him visitation exchange today and did not want P1's dad to come to the school to pick C up. P1 requests police documentation for his records.

✗ Pistol Check - Negative
Negative orders of protection

**Offense Exploit.**

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away |

| Evidence Present? ☐ Yes ☑ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☑ No If yes, Describe: |

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: Visitation | Offense 1 — | Law (e.g. PL) — | Offense 2 — | Law (e.g. PL) — |

| Agency: SCPD | B | ORI: 05101 | Incident # 18-270706 | Complaint # 610 |
|---|---|---|---|---|

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

Visitation exchange

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____

**Has Suspect ever:**

Threatened to kill you or your children? ☐ Yes ☑ No

Strangled or "choked" you? ☐ Yes ☑ No

Beaten you while you were pregnant? ☐ Yes ☑ No

Is suspect capable of killing you or children? ☐ Yes ☑ No

Is suspect violently and constantly jealous of you? ☐ Yes ☑ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☑ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522.**

Was DIR given to the Victim at the scene? ☑ Yes ☐ No if NO, Why:

Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#)
Matt Cimi PO 6575/610/1

Supervisor (Print and Sign include Rank and ID#)
Smith Carey Sgt 1284/614/9 Carey

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)
Perso, Jessica

I Perso, Michael (Victim/Deponent Name) state that on 05 / 10 / 2018, (Date) at 32 William St (Location of incident) in the County/City/Town/Village Port Jeff Station of the State of New York, the following did occur: I was told today by Perso, Jessica that I can't pick up my son today today from school with my dad. She denied me my visitation today. I am requesting police documentation for my records.

Michael Perso DOB 3/26/84 advised to leave in mail box because he was going to the gym. U/s left report in mail box.

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Not home and advised to drop in mail box
Victim/Deponent Signature

Date 5/10/18

PO 6575/610/1
Witness or Officer Signature

Date 5/10/18

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 Of 2

Interpreter Signature and Interpreter Service Provider Name

Date

Interpreter Requested ☐ Yes ☑ No  Interpreter Used ☐ Yes ☑ No

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: a SCPD | A | POLICE INCIDENT REPORT | OSP 1 C | 18-269793 |
|---|---|---|---|---|

| Reported Date (MM/DD/YY) 05 / 09 / 2018 | Time (24 hours) 2130 | Occurred Date (MM/DD/YY) 05 / 09 / 2018 | Time (24 hours) 2014 | ☐ Officer Initiated ☐ ICAD (NYC) | ☑ Radio Run   ☐ Walk-in | Complaint # 607 |

**Address** (Street No., Street Name, Bldg. No., Apt No.)
32 William St

**City, State, Zip**
Port Jeff Station, NY 11776

**Name** (Last, First, M.I.) (Include Aliases)
Perso Michael

DOB (MM/DD/YY) 09 / 26 / 1984   Age: 34   ☐ Female ☑ Male   ☐ Self-Identified:

**Address** (Street No., Street Name, Bldg. No., Apt No.)
32 William St

Victim Phone Number: 516-512-9177   Language: ENG

**City, State, Zip**
Port Jeff Station NY 11776

☑ White ☐ Black ☐ Asian   ☐ American Indian ☐ Other   ☐ Hispanic ☑ Non Hispanic ☐ Unknown   ☐ Self-Identified:   ☐ Other Identifier:

**Name** (Last, First, M.I.) (Include Aliases)
Perso, Jessica

DOB (MM/DD/YY) 06 / 12 / 1985   Age: 33   ☑ Female ☐ Male   ☐ Self-Identified:

**Address** (Street No., Street Name, Bldg. No., Apt No.)
1 Kate Ct.

Language: ENG

**City, State, Zip**
Port Jefferson NY 11777

☑ White ☐ Black ☐ Asian   ☐ American Indian ☐ Other   ☐ Hispanic ☑ Non Hispanic ☐ Unknown   ☐ Self-Identified:   ☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes, describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |

**Suspect (P2) Relationship to Victim (P1)** ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____   Do the suspect and victim have a child in common? ☑ Yes ☐ No

**Emotional condition of VICTIM?** ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: calm

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?**
"She went to court today"

**Did suspect make victim fearful?** ☐ Yes ☑ No If yes, describe:

**Weapon Used?** ☐ Yes ☑ No  Gun: ☐ Yes ☑ No Other, describe: _____   **Suspect Threats?** ☐ Yes ☑ No  If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

**Access to Guns?** ☐ Yes ☑ No If yes, describe:

| Injured? ☐ Yes ☑ No If yes, describe: | **Strangulation?** ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
| In Pain? ☐ Yes ☑ No If yes, describe: | **Visible Marks?** ☐ Yes ☑ No If yes, describe: |

**What did the SUSPECT say** (Before and After Arrest):

**710.30 completed?** ☐ Yes ☑ No

| Child/Witness (1) Name (Last, First, M.I.) Perso, Michael | DOB: 10/21/14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt) 1 Kate Ct | City, State, Zip Port Jefferson NY, 11777 | Phone: - |
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: - |

**Briefly describe the circumstances of this incident:** P1 reports that he wants police documentation that his friend Toshan Newson was present at the house last night when P2 picked up their son. P1 is requesting police documentation for his records. P1 also stated that he wanted police documentation that he was civil last night when P2 picked up their son.

※ Pistol check - negative

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away |

| Evidence Present? ☐ Yes ☑ No ☐ Other: | Photos taken: ☐ Victim Injury ☐ Suspect Injury | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☑ No If yes, Describe: |

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: V/situation | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |

POLICE COPY (Please make a copy for DA's office if appropriate)   NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906   3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | B | ORI: 0S/01 | Incident #: 18-269793 | Complaint #: 607 |
|---|---|---|---|---|

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

Visitation exchanges

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (_____) _____.**

**Has Suspect ever:**

Threatened to kill you or your children? ☐ Yes ☑ No

Strangled or "choked" you? ☐ Yes ☑ No

Beaten you while you were pregnant? ☐ Yes ☑ No

Is suspect capable of killing you or children? ☐ Yes ☑ No

Is suspect violently and constantly jealous of you? ☐ Yes ☑ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☑ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522.**

Was DIR given to the Victim at the scene? ☑ Yes ☐ No if **NO**, Why:

Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if **NO**, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#)
Robert King Robert King PO 6685/610/1

Supervisor (Print and Sign include Rank and ID#)
Justin Carey Sgt 1734/610/4 Carey

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

Perso, Michael Jessica 6/12/85

I Perso, Michael 3/26/84 (Victim/Deponent Name) state that on 05 / 09 / 2018, (Date) at 32 William St (Location of incident) in the County/City/Town/Village Port Jefferson station of the State of New York, the following did occur: I am requesting police documentation for my records that my friend Tashan Newsen was at the house last night when Jessica Perso picked up our son at my house. I did let Jessica Perso's dad in my house and he took our son home with Jessica without issue.

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature
Date 5/9/18

Witness or Officer Signature
Robert King PO 6685/610/1
Date 5/9/18

Interpreter Signature and Interpreter Service Provider Name
Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No
Date

*Note:*
Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 of 2

| Agency: SCPD | A | POLICE | 05101 | 18-267781 |

| Reported Date 5/8/2018 | Time (24 hours) 2220 | Occurred Date 5/8/2018 | Time (24 hours) 2100 | ☐ Officer Initiated ☑ Radio Run ☐ Walk-In ☐ ICAD (NYC) | Complaint # 607 |

Address (Street No., Street Name, Bldg. No., Apt No.) Kate Ct  
City, State, Zip Port Jeff NY 11777

**Victim**

Name (Last, First, M.I.) (Include Aliases) Perso, Jessica  
DOB (MM/DD/YYYY) 06/12/1985   Age: 32  
☐ Female ☑ Male  
☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.) 1. Kate Ct  
Language: ENG

City, State, Zip Port Jeff NY 11777  
☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other  
☐ Hispanic ☑ Non Hispanic ☐ Unknown  
☐ Other Identifier:

**Suspect**

Name (Last, First, M.I.) (Include Aliases) Perso, Michael  
DOB (MM/DD/YYYY) 03/26/1984   Age: 34  
☐ Female ☑ Male  
☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.) 3.2. William St  
Suspect Phone Number: 516-512-9777  
Language: ENG

City, State, Zip Port Jefferson Station NY 11776  
☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other  
☐ Hispanic ☑ Non Hispanic ☐ Unknown  
☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |

Suspect (P2) Relationship to Victim (P1) ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____  
Do the suspect and victim have a child in common? ☐ Yes ☐ No

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: Calm

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?  
"He was suppose to come back and he won't answer my calls."

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☐ No Other, describe:  
Suspect Threats? ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Access to Guns? ☐ Yes ☑ No If yes, describe:

Injured? ☐ Yes ☑ No If yes, describe:  
In Pain? ☐ Yes ☑ No If yes, describe:  
Strangulation? ☐ Yes ☑ No If yes, describe: ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Urination/Defecation ☐ Difficulty Swallowing  
Visible Marks? ☐ Yes ☑ No If yes, describe:

What did the SUSPECT say (Before and After Arrest): N/A

710.30 completed? ☐ Yes ☑ No

**Witnesses**

Child/Witness (1) Name (Last, First, M.I.) Perso, Michael  
DOB: 10/21/14  
Child/Witness(1) Address (Street No., Name, Bldg./Apt) 1 Kate Ct  
City, State, Zip Port Jefferson, NY 11777  
Phone: —

Child/Witness (2) Name (Last, First, M.I.)  
DOB:  
Child/Witness(2) Address (Street No., Name, Bldg./Apt)  
City, State, Zip  
Phone: —

**Incident / Crime / Charges**

Briefly describe the circumstances of this incident: P1 reports that P2 had supervised visitation today and that P2 was suppose to drop the P2 C1 back off at P1's house afterwards. P1 reports that P2 did not do so. P2 allowed P1 to pick up C1 at P1's residence without issue and P1 brought C1 back to P1's residence for the night.

✱ Pistol Check - negative

**Evidence**

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away |

Evidence Present? ☐ Yes ☑ No  
Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other:  
Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other:  
Destruction of Property? ☐ Yes ☑ No If yes, Describe:

**Offense**

Offense Committed? ☐ Yes ☑ No If no, explain: Visitation exchange  
Offense 1 —  
Law (e.g. PL) —  
Offense 2 —  
Law (e.g. PL) —

POLICE COPY (Please make a copy for DA's office if appropriate)  
NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906  
3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | B | ORI: 05101 | Incident # 18-267781 | Complaint # 607 |

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

Visitation exchange

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____

**Has Suspect ever:**

Threatened to kill you or your children? ☐ Yes ☑ No

Strangled or "choked" you? ☐ Yes ☑ No

Beaten you while you were pregnant? ☐ Yes ☑ No

Is suspect capable of killing you or children? ☐ Yes ☑ No

Is suspect violently and constantly jealous of you? ☐ Yes ☑ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☑ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No if NO, Why:

Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why:

**Signatures:** Sgt Beihoff 1285/610/5

Reporting Officer (Print and Sign include Rank and ID#) Robert King Robert King PO 6685/610/1

Supervisor (Print and Sign include Rank and ID#) Sgt. Beihoff 1285/610/5

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)
Perso, Michael 3/26/84

I Perso, Jessica 6/12/85 (Victim/Deponent Name) state that on 05/08/2018, (Date) at 1 Kate Ct (Location of incident) in the County/City/Town/Village Port Jefferson of the State of New York, the following did occur: My son Michael Perso Jr. was picked up today for Supervised visitation with Michael Perso 3/26/84. Michael Perso 3/26/84 did not drop off my son back to me after the visitation. Officer King did speak with Michael Perso 3/26/84 and he was willing did allow me to pick my son up at his house on william st where my son was sleeping when I arrived. At this time 10:45 p.m. I did bring my son back to my residence where he will spend the night, after picking him up from Michael Perso 3/26/84. When Michael Jr. was picked up today by his grandfather who is the supervisor that should be present during visitation was not present at the residence when I picked up my son at 10:45pm tonight.

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature J. Perso
Date 5/8/18

Witness or Officer Signature Robert King PO 6685/610/1
Date 5/8/18

Interpreter Signature and Interpreter Service Provider Name
Date
Interpreter Requested ☐ Yes ☐ No Interpreter Used ☐ Yes ☑ No

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE – 1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

**Note:**
Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 Of 2

| Agency: SCPD | A | | | | | 05101@ | 18-263852 |
|---|---|---|---|---|---|---|---|

| Reported Date (MM/DD/YYYY) 05 06 2018 | Time (24 hours) 1938 | Occurred Date (MM/DD/YYYY) 05 06 2018 | Time (24 hours) 1530 | ☐ Officer Initiated ☐ ICAD (NYC) | ☑ Radio Run ☐ Walk-in | Complaint # 607 |
|---|---|---|---|---|---|---|

Address (Street No., Street Name, Bldg. No., Apt No.)
32 William St

City, State, Zip
Port Jefferson, NY 11776

| Name (Last, First, M.I.) (Include Aliases) Perso, Michael | DOB (MM/DD/YYYY) 03 26 1984 | Age: 34 | ☐ Female ☑ Male ☐ Self-Identified: |
|---|---|---|---|

Address (Street No., Street Name, Bldg. No., Apt No.)
32 William St

Victim Phone Number: 516-512-9177    Language: ENG

City, State, Zip
Port Jefferson, NY 11776

☑ White ☐ Black ☐ Asian
☐ American Indian ☐ Other

☐ Hispanic ☑ Non Hispanic ☐ Unknown
☐ Other Identifier: _____

| Name (Last, First, M.I.) (Include Aliases) Perso, Jessica | DOB (MM/DD/YYYY) 06 19 1985 | Age: 33 | ☑ Female ☐ Male ☐ Self-Identified: |
|---|---|---|---|

Address (Street No., Street Name, Bldg. No., Apt No.)
1. Kate ct

Language: ENG

City, State, Zip
Port Jefferson, NY 11777

☐ White ☐ Black ☐ Asian
☐ American Indian ☐ Other

☐ Hispanic ☑ Non Hispanic ☐ Unknown
☐ Other Identifier: _____

| Do suspect and victim live together ? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner
☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____

Do the suspect and victim have a child in common? ☑ Yes ☐ No

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: Calm

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
"She denied me visitation again today"

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

| Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☑ No Other, describe: | Suspect Threats? ☐ Yes ☑ No If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
|---|---|
| Access to Guns? ☐ Yes ☑ No If yes, describe: | |

| Injured? ☐ Yes ☑ No If yes, describe: | Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
|---|---|
| In Pain? ☐ Yes ☑ No If yes, describe: | Visible Marks? ☐ Yes ☑ No If yes, describe: |

What did the SUSPECT say (Before and After Arrest) : N/A

710.30 completed? ☐ Yes ☑ No

| Child/Witness (1) Name (Last, First, M.I.) Perso, Michael | DOB: 10/21/14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt) 32 William St | City, State, Zip Port Jefferson, NY 11776 | Phone: __ |
|---|---|---|---|---|
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: __ |

Briefly describe the circumstances of this incident: P1 reports P2 denied him visitation exchange of C1 today. P1 reports P2 @ he wants police documentation of the incident to bring to court.

* Pistol Check - Negative

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away |
|---|---|---|

| Evidence Present? ☐ Yes ☑ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☐ No If yes, Describe: |
|---|---|---|---|

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: N/A | Offense 1 __ | Law (e.g. PL) __ | Offense 2 __ | Law (e.g. PL) __ |
|---|---|---|---|---|---|

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | B | ORI: 05101 | Incident # 18-263552 | Complaint # 657 |

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

Visitation exchange

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (     ) _____**

| **Has Suspect ever:** | | | **Is suspect capable of killing you or children?** | ☐ Yes | ☑ No |
| Threatened to kill you or your children? | ☐ Yes | ☑ No | Is suspect violently and constantly jealous of you? | ☐ Yes | ☑ No |
| Strangled or "choked" you? | ☐ Yes | ☑ No | Has the physical violence increased in frequency or severity over the past 6 months? | ☐ Yes | ☑ No |
| Beaten you while you were pregnant? | ☐ Yes | ☑ No | | | |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522.**

Was DIR given to the Victim at the scene? ☑ Yes ☐ No if **NO**, Why: _____ | Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if **NO**, Why: _____

*Signatures:*

**Reporting Officer** (Print and Sign include Rank and ID#)
Robert King  Robert King  PO 6685/610/1

**Supervisor** (Print and Sign include Rank and ID#)
D. Dunbar  Sgt 1 D 8/18/12

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)
Perso, Jessica

I Perso, Michael (Victim/Deponent Name) state that on 05 / 06 / 2018, (Date) at 32 william st (Location of incident) in the County/City/Town/Village Port Jefferson of the State of New York, the following did occur: At approximately 3:30 p.m. today I went to go pick up my son at 1 Kate Ct, Port Jefferson from Jessica Perso in which at this time she denied me of the visitation exchange. I am requesting police documentation for my records at this time.

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| **Victim/Deponent Signature** | **Date** 5/6/18 | **Note:** | **Page** 2 |
| Robert King PO 6685/610/1 | | *Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.* | **Of** 2 |
| **Witness or Officer Signature** | **Date** 5/6/18 | | |

Interpreter Signature and Interpreter Service Provider Name _____ Date _____
Interpreter Requested ☐ Yes ☑ No  Interpreter Used ☐ Yes ☑ No

**POLICE COPY** (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

Case 3:19-cv-02858-JMA-SIL Document 1-1 Filed 05/15/19 Page 18 of 93 PageID #: 30

| Agency: SCPD | A | | | | Complaint # 18-263201 |
|---|---|---|---|---|---|

| Reported Date 05/06/2018 | Time (24 hours) 1551 | Occurred Date 05/06/2018 | Time (24 hours) 1540 | ☐ Officer Initiated ☑ Radio Run ☐ Walk-in | Complaint # |
| | | | | ☐ ICAD (NYC) | 18-263201 |

**Address** (Street No., Street Name, Bldg. No., Apt No.)
1 KATE CT

**City, State, Zip** MT SINAI, NY 11766

**Name** (Last, First, M.I.) (Include Aliases) PERSO JESSICA

**DOB** (MM/DD/YY) 06/12/1985  **Age:** 32  ☑ Female ☐ Male  ☐ Self-Identified:

**Address** (Street No., Street Name, Bldg. No., Apt No.)
1 KATE CT

**City, State, Zip** MT SINAI

☑ White ☐ Black ☐ Asian  ☐ American Indian ☐ Other

**Language:** ENG

☐ Hispanic ☑ Non Hispanic ☐ Unknown  ☐ Other Identifier:

**Name** (Last, First, M.I.) (Include Aliases) PERSO MICHAEL

**DOB** (MM/DD/YY) 03/26/1984  **Age:** 34  ☐ Female ☑ Male  ☐ Self-Identified:

**Address** (Street No., Street Name, Bldg. No., Apt No.)
32 WILLIAM ST

**City, State, Zip** PORT JEFF STATION

**Suspect Phone Number:** 516-512-9177

☑ White ☐ Black ☐ Asian  ☐ American Indian ☐ Other

**Language:** ENG

☐ Hispanic ☑ Non Hispanic ☐ Unknown  ☐ Other Identifier:

| Do suspect and victim live together ? ☐ Yes ☑ No | Suspect/P2 present? ☑ Yes ☐ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Supervised ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

**Suspect (P2) Relationship to Victim (P1)** ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____

**Do the suspect and victim have a child in common?** ☑ Yes ☐ No

**Emotional condition of VICTIM?** ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: CALM

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?** HE'S SUPPOSED TO HAVE SUPERVISED VISITS

**Did suspect make victim fearful?** ☐ Yes ☑ No If yes, describe:

**Weapon Used?** ☐ Yes ☑ No **Gun:** ☐ Yes ☑ No Other, describe:

**Access to Guns?** ☐ Yes ☑ No If yes, describe:

**Suspect Threats?** ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

**Injured?** ☐ Yes ☑ No If yes, describe:

**In Pain?** ☐ Yes ☑ No If yes, describe:

**Strangulation?** ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

**Visible Marks?** ☐ Yes ☑ No If yes, describe:

**What did the SUSPECT say** (Before and After Arrest): I JUST WANT TO SEE MY SON

**710.30 completed?** ☐ Yes ☑ No

| Child/Witness (1) Name (Last, First, M.I.) PERSO, MICHAEL | DOB: 10/21/14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt) 1 KATE CT MT SINAI NY 11766 | City, State, Zip | Phone: |
|---|---|---|---|---|
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |

**Briefly describe the circumstances of this incident:** P1 STATED THAT P2 SHOWED UP TODAY FOR A VISITATION WITH HER SON, CHILD 1. P1 STATED THAT THE VISITATION IS SUPPOSED TO BE SUPERVISED AS PER FAMILY COURT. P2 DID NOT SHOW UP WITH A SUPERVISOR AND WAS THERE FOR DENIED VISITATION. P2 STATED HE IS NO LONGER REQUIRED TO HAVE A SUPERVISOR FOR VISITATION. BOTH PARTIES ADVISED TO CONTACT ~~COURT~~ FAMILY COURT TO RESOLVE CUSTODY ISSUE. P2 LEFT 1/L AND THERE IS NEGATIVE FURTHER PROBLEM AT THIS TIME.

PISTOL LICENSE CHECK NEGATIVE

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away |
|---|---|---|

| Evidence Present? | Photos taken: ☐ Victim Injury ☐ Suspect Injury | Other Evidence: ☐ Damaged Property ☐ Videos | Destruction of Property? ☐ Yes ☑ No |
|---|---|---|---|
| ☐ Yes ☑ No | ☐ Other: | ☐ Electronic Evidence ☐ Other: | If yes, Describe: |

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

**POLICE COPY** (Please make a copy for DA's office if appropriate)  NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906  3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

Describe Victim's prior domestic incidents with this suspect (Last, Worst

*VISITATION*

**If the Victim answers "yes" to any questions in this box refer to**
**Local Domestic Violence Service Provider: (        )**

Has Suspect ever:

Threatened to kill you or your children?  ☐ Yes  ☑ No

Strangled or "choked" you?  ☐ Yes  ☑ No

Beaten you while you were pregnant?  ☐ Yes  ☑ No

Is there reasonable cause to suspect a child may be the victim of abuse, negle

If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-**

Was DIR given to the Victim at the scene?  ☑ Yes  ☐ No  If **NO**, Why:

*Signatures:*

Reporting Officer (Print and Sign include Rank and ID#)

PO T. SMITH 6554/60/1

## STATEMENT OF A

\* Officers are encouraged to assist the Victim in completing this section of the

**Suspect Name** (Last, First, M.I)     PENSO

I JESSICA PENSO 6/12/85

at RATE 9, MT SINAI

SUFFOLK      of the State of New York, the

BECAUSE MY HUSBAND WHO

SHOW FOR VISITATION WITH

MICHAEL LEFT.

**False Statements made herein are punish**

Victim/Deponent Signature

Witness or Officer Signature

Interpreter Signature and Interpreter Service Provider Name

**DOMESTIC INCIDENT REPORT**

05701    18-595996

| Reported Date (MM/DD/YY) | Time (24 hours) | Occurred Date | Time (24 hours) | Officer Initiated | Radio Run X | Walk-in | Complaint # |
|---|---|---|---|---|---|---|---|
| 10 17 18 | 2:14 22:19 | 10 17 18 | 1504 | ICAD (NYC) | | | 607 |

Address (Street No., Street Name, Bldg. No., Apt No.)
32 WILIAM ST.

City, State, Zip: PORT JEFFERSON STATION NY 11776

Name (Last, First, M.I.) (Include Aliases)
PERSO. MICHAEL

| | DOB (MM/DD/YY) 3 26 84 | Age 34 | Female ☐ Male X |
|---|---|---|---|

Self-Identified: ☐

Address (Street No., Street Name, Bldg. No., Apt No.)
32 WILIAM ST.

Victim Phone Number: 631-997-2344

Language: ENGLISH

City, State, Zip: PORT JEFF STATION 11776

☐ White X Black ☐ Asian    ☐ Hispanic X Non Hispanic ☐ Unknown
☐ American Indian ☐ Other    ☐ Other Identifier:

**How can we safely contact you?**
(I.e. Name, Phone, Email)

Name (Last, First, M.I.) (Include Aliases)
PERSO JESSICA.

| | DOB (MM/DD/YY) 6 12 85 | Age 33 | Female X Male ☐ |
|---|---|---|---|

Self-Identified: ☐

Address (Street No., Street Name, Bldg. No., Apt No.)
1 KATE CT. PORT JEFF

Language: ENGLISH

City, State, Zip: PORT JEFFERSON 11777

X White ☐ Black ☐ Asian    ☐ Hispanic X Non Hispanic ☐ Unknown
☐ American Indian ☐ Other    ☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes X No | Suspect/P2 present? ☐ Yes X No | Was suspect injured? ☐ Yes X No If yes describe: | Possible drug or alcohol use? ☐ Yes X No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised X Status Unknown |
|---|---|---|---|---|

**Suspect (P2) Relationship to Victim (P1)** ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner
☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____

Do the suspect and victim have a child in common? X Yes ☐ No

**Emotional condition of VICTIM?** ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that **VICTIM** said to the Responding Officers at the scene regarding the incident?
I NEED TO DOCUMENT. SHE STILL ISN'T GIVING ME CUSTODY OF MY SUN,

Did suspect make victim fearful? ☐ Yes X No If yes, describe:

| **Weapon Used?** ☐ Yes X No Gun: ☐ Yes ☐ No Other, describe: | **Suspect Threats?** ☐ Yes X No If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
|---|---|

**Access to Guns?** ☐ Yes X No If yes, describe:

| Injured? ☐ Yes X No If yes, describe: | **Strangulation?** ☐ Yes X No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
|---|---|
| In Pain? ☐ Yes X No If yes, describe: | **Visible Marks?** ☐ Yes X No If yes, describe: |

What did the **SUSPECT** say (Before and After Arrest):
N/A

710.30 completed? ☐ Yes X No

| Child/Witness (1) Name (Last, First, M.I.) PERSO MICHAEL JR | DOB: 10-21-14 | Child/Witness(1) Address (Street No., Street Name, Bldg./Apt) 1 KATE CT. | City, State, Zip PORT JEFFERSON NY 11777 | Phone: 631-592-2021 |
|---|---|---|---|---|
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness (2) Address (Street No., Street Name, Bldg./Apt) | City, State, Zip | Phone: |

Briefly describe the circumstances of this incident: P(1) REPORTS THAT P(2) IS REFUSING TO GIVE HIM VISITATION OF HIS SON AND ALSO FAILING TO GIVE P(1) HIS DAILY PHONE CONVERSATION WITH HIS SON, P(1) NEEDS REPORT TO DOCUMENT INCIDENT FOR COURT TOMORROW, P(1) ALSO SHOWED THE UNDERSIGNED HIS CELL PHONE RECORD, REQUESTING HIS DAILY PHONE CALL WITH HIS SON A 3:04PM WHICH WAS DENIED, ORDER OF PROTECTION WAS NOT VIOLATED DOCKET # O-07623-18 ISSUED BY JUDGE GOGLAS, EXPIRES 5-18-19 PISTOL LICENSE CHECK RETURNS NEGATIVE.

| DIR Repository checked? X Yes ☐ No | Order of Protection Registry checked? X Yes ☐ No | Order of Protection in effect? X Yes ☐ No ☐ Refrain X Stay Away |
|---|---|---|

| Evidence Present? ☐ Yes X No | **Photos taken:** ☐ Victim Injury ☐ Suspect Injury ☐ Other: | **Other Evidence:** ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | **Destruction of Property?** ☐ Yes X No If yes, Describe: |
|---|---|---|---|

| Offense Committed? ☐ Yes X No | Was suspect arrested? ☐ Yes ☐ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | B | ORI 05101 | Incident # 18-595996 | 607 |

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

9-28-18 Last
5-19-18 worst
10-24-17 First

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( )**

Has Suspect ever:

Threatened to kill you or your children? ☐ Yes ☒ No

Strangled or "choked" you? ☐ Yes ☒ No

Beaten you while you were pregnant? ☐ Yes ☒ No

Is suspect capable of killing you or children? ☐ Yes ☒ No

Is suspect violently and constantly jealous of you? ☐ Yes ☒ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☒ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No if NO, Why:

Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if NO, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#) _Thomas M Warren_ PO 1335/60/4

Supervisor (Print and Sign include Rank and ID#)

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

PERSO, JESSICA A.

I MICHAEL J. PERSO (Victim/Deponent Name) state that on 10/17/2018, (Date) at 32 WILLIAM ST. PORT JEFF STA. (Location of incident) in the County/City/Town/Village of the State of New York, the following did occur: I NEED TO DOCUMENT THIS VISITATION VIOLATION FOR COURT TOMORROW. JESSICA STILL ISN'T LETTING ME SEE MY SON. I ALSO SHOWED THE OFFICER MY PHONE RECORD TO SHOW THAT I REQUESTED A PHONE CALL AT 3:04PM AND I WAS DENIED. I ALSO SHOWED THIS OFFICER THE ENTIRE WEEKS REQUESTS WHICH WERE ALSO DENIED

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

X
Victim/Deponent Signature

Witness or Officer Signature _Thomas M Warren_ PO 1335/60/4

Date 10-17-18

Date 10-17-18

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 1 Of 1

Interpreter Signature and Interpreter Service Provider Name

Date

Interpreter Requested ☐ Yes ☐ No Interpreter Used ☐ Yes ☐ No

| CC: 18-0691094/SPD | ARREST: 033082-18 | PIN: 454944 | POLICE DEPARTMENT, COUNTY OF SUFFOLK NY |
|---|---|---|---|

**LAST NAME, FIRST MI: PERSO,MICHAEL J**

POLICE DEPARTMENT, COUNTY OF SUFFOLK NY
ACCREDITED LAW ENFORCEMENT AGENCY
**ARREST REPORT        PDCS-1045C**

### ARREST

| DATE OF ARREST | TIME OF ARREST | ARREST TYPE | LOCATION OF ARREST | ( ) INSIDE  (X) OUTSIDE |
|---|---|---|---|---|
| 11/29/18 | 2151 | SIGHT (SUMMARY) | 32 WILLIAM ST, PT JEFFERSON STA | |

| INCIDENT LOCATION: | | OCCURRED: | DATE: 11/26/18 | TO DATE: |
|---|---|---|---|---|
| 1 KATE CT | PORT JEFFERSON, BROOKHAVEN | (X) ON  ( ) BETWEEN | TIME: 1838 | TIME: |

| ARRESTING OFFICER: | PID # | SHIELD | RANK | COMMAND |
|---|---|---|---|---|
| SIDDALL,DEREK J | 40723 | 6445 | PO | 0620 |

| FINGER PRINTED: (X) YES  ( ) NO | PHOTOGRAPHED: (X) YES  ( ) NO | WEAPON (DESCRIBE) |
|---|---|---|

| CT 001 | LAW PL | ART 215.50 | SUB 03 | CLASS A | DEG 2 | CAT M | DESCRIPTION CRIM CONTEMPT-2ND:DISOBEY CRT | ATT. | COMP. X |
|---|---|---|---|---|---|---|---|---|---|

### ARRESTEE

| LAST NAME PERSO | FIRST MICHAEL | MI J | NICKNAME / ALIAS | DATE OF BIRTH 03/26/1984 |
|---|---|---|---|---|

| ADDRESS 32 WILLIAM ST | CITY PORT JEFFERSON STA | STATE NY | ZIP 11777 | NYSID# 01046246H | SOCIAL SECURITY # 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 |
|---|---|---|---|---|---|

| HOME PHONE 6319972344 | CELL PHONE | CELL CARRIER | EMAIL ADDRESS |
|---|---|---|---|

| MARITAL STATUS SINGLE | MOTHER'S MAIDEN NAME DAY,COCILIA | CITIZENSHIP US | RESIDENCY STATUS | IMMIGRATION STATUS |
|---|---|---|---|---|

| BIRTHPLACE: CITY FLUSHING | COUNTY QUEENS | STATE NY | COUNTRY US | MILITARY SERVICE |
|---|---|---|---|---|

| SEX M | RACE/ETHNICITY WHITE NON HISPANIC | HEIGHT 508 | WEIGHT 180 | EYE COLOR GRN | EYE DEFECTS NOR | HAIR COLOR BRO | HAIR LENGTH / STYLE SHO WVC |
|---|---|---|---|---|---|---|---|

| BUILD MED | COMPLEXION WHI | L/R HANDED R | SPEECH NOR | CLOTHING BLACK SWEATSUIT | MUST/BEARD NON | VISIBLE SCARS/MOLES NON NON | AMPUTATION |
|---|---|---|---|---|---|---|---|

| LANGUAGE ENG | TRANSLATOR UTILIZED ( ) YES  (X) NO | GANG MEMBER ( ) YES  (X) NO | GANG NAME | STREET NAME |
|---|---|---|---|---|

| TATTOO (DESCRIBE) ITALIAN FLAG WITH PERSO WRITTEN ABOVE |
|---|

### EMPLOYMENT

| EMPLOYER SELF-EMPLOYED | | | PHONE NUMBER 6312941179 |
|---|---|---|---|

| BUSINESS ADDRESS | CITY | STATE | ZIP | GOVERNMENT ENTITY ( ) YES  ( ) NO |
|---|---|---|---|---|

| OCCUPATION PROMOTION | COLLECTING UNEMPLOYMENT ( ) YES  ( ) NO | DISABILITY BENEFITS ( ) YES  ( ) NO |
|---|---|---|

### VEHICLE

| VIN # | PLATE # | STATE | YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|---|---|---|

| LICENSE # 163 233 045    NY | DISPOSITION | VIOLATION(S) |
|---|---|---|

### DWI

| DWI TEST TYPE: | COURT ORDERED: ( ) YES  ( ) NO | TEST DATE: | TEST TIME: | TEST KIT NUMBER: |
|---|---|---|---|---|

| TEST ADMINISTERED BY: | TEST LOCATION: |
|---|---|

**BRIEF DETAILS OF OFFENSE:**

THE DEFENDANT, AT 1 KATE CT, MOUNT SINAI, IN THE TOWN OF BROOKHAVEN, SUFFOLK COUNTY, NEW YORK, ON OR ABOUT NOVEMBER 26, 2018, AT APPROXIMATELY 6:38 P.M., ENGAGED IN INTENTIONAL DISOBEDIENCE OR RESISTANCE TO THE LAWFUL PROCESS OR OTHER MANDATE OF A COURT; IN THAT,█████████████████████

MAR 04 2019

| REPORTING OFFICER NAME SIDDALL,DEREK J | RANK PO | SHIELD 6445 | COMMAND 0620 | PCT 06 | SECTOR 613 |
|---|---|---|---|---|---|

REVIEW COPY

PRINT DATE:03/04/19 PRINT TIME:16:02:33

Agency: SMB   ORI: BY 0510   Incident #: 18-61101   Complaint #: 604

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

---

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (    )                     .**

| Has Suspect ever: | | | |
|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes ☒ No | Is suspect capable of killing you or children? | ☐ Yes ☒ No |
| Strangled or "choked" you? | ☐ Yes ☒ No | Is suspect violently and constantly jealous of you? | ☐ Yes ☒ No |
| Beaten you while you were pregnant? | ☐ Yes ☒ No | Has the physical violence increased in frequency or severity over the past 6 months? | ☐ Yes ☒ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☐ No
If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522.**

Was DIR given to the Victim at the scene? ☐ Yes ☐ No  if **NO**, Why: | Was Victim Rights Notice given to the Victim? ☐ Yes ☐ No if **NO**, Why:

**Signatures:**

Reporting Officer (Print and Sign Include Rank and ID#)  Thom M Warren  PO 1335/60/4

Supervisor (Print and sign include Rank and ID#)  Sgt. M/brok

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

*Officers are encouraged to assist the Victim in completing this section of the form.*

**Suspect Name** (Last, First, M.I.)

PERSO   MICHAEL   J.   3-26-84

I   JESSICA   PERSO   (Victim/Deponent Name) state that on 11 / 26 / 2018 , (Date)
at I KATE CT.   (Location of incident) in the County/City/Town/Village PORT JEFFERSON of the State of New York, the following did occur: AT 6:38PM ON 11-26-18 I RECEIVED AN EMAIL FROM A JON SMITH (JONS6862@gmail.com) WHICH I KNEW TO BE MY ESTRANGED HUSBANDS EMAIL ACCOUNT BECAUSE I HAVE RECEIVED NUMEROUS EMAILS FROM MICHAEL AT THIS SAME EMAIL FOR PRIOR ITEMS LIKE MEDICAL RECORDS AND DOMESTIC VISITATION ISSUES. THIS ACT DOES IN FACT VIOLATE MY FAMILY COURT ORDER OF PROTECTION DOCKET # O-07623-8 ISSUED BY JUDGE GOGLAS  AND EXPIRES 5-18-19. I SWEAR THE ABOVE STATEMENT TO BE TRUE.

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature                                Date 11-26-18

Witness or Officer Signature  Thom M Warren  PO 1335/60/4   Date 11-26-18

Interpreter Signature and Interpreter Service Provider Name  P RENO   Date

Interpreter Requested ☐ Yes ☐ No   Interpreter Used ☐ Yes ☐ No

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 1 Of 1

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

**NEW YORK State**
**DOMESTIC INCIDENT REPORT**

| Agency: SCPD | A | | | | 05101 AW | 18-235579 |
|---|---|---|---|---|---|---|

| Reported Date 04/22/2018 | Time (24 hours) 1740 | Occurred Date 04/22/2018 | Time (24 hours) 1542 | ☐ Officer Initiated  ☑ Radio Run  ☐ Walk-in  ☐ ICAD (NYC) | Complaint # 607 |
|---|---|---|---|---|---|

**INCIDENT**

**VICTIM (P1)**

Address (Street No., Street Name, Bldg. No., Apt No.)
32 William st

City, State, Zip
Port Jeff Station NY 11776

Name (Last, First, M.I.) (Include Aliases)
Perso, Michael

DOB (MM/DD/YYYY) 03/26/1984   Age: 34   ☐ Female ☑ Male  ☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.)
32 william st

Victim Phone Number: (516) 512-9177   Language: English

City, State, Zip
Port Jeff station NY 11776

☑ White ☐ Black ☐ Asian
☐ American Indian ☐ Other

☐ Hispanic ☑ Non Hispanic ☐ Unknown
☐ Other Identifier: —

**VICTIM (P2)**

Name (Last, First, M.I.) (Include Aliases)
Perso, Jessica

DOB (MM/DD/YYYY) 06/14/1985   Age: 32   ☑ Female ☐ Male  ☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.)
1 Kate ct

Language: English

City, State, Zip
Port Jeff NY 11777

☑ White ☐ Black ☐ Asian
☐ American Indian ☐ Other

☐ Hispanic ☐ Non Hispanic ☐ Unknown
☐ Other Identifier: —

**SUSPECT**

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes: describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

Suspect (P2) Relationship to Victim (P1): ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other:

Do the suspect and victim have a child in common? ☑ Yes ☐ No

**VICTIM Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: CALM

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
She's supose to drop my son off at 4 but she's not answering my calls.

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☐ No Other, describe:

Suspect Threats? ☐ Yes ☑ No If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Access to Guns? ☐ Yes ☑ No If yes, describe:

Injured? ☐ Yes ☑ No If yes, describe:

In Pain? ☐ Yes ☑ No If yes, describe:

Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

Visible Marks? ☐ Yes ☑ No If yes, describe:

**SUSPECT**

What did the SUSPECT say (Before and After Arrest): N/A

710.30 completed? ☐ Yes ☑ No

**WITNESSES**

| Child/Witness (1) Name (Last, First, M.I.) Perso, Michael | DOB: 10/21/14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt) 1 Kate Ct | City, State, Zip Port Jefferson station, NY 11776 | Phone: |
|---|---|---|---|---|
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |

**INCIDENT Narrative**

Briefly describe the circumstances of this incident: P1 reports P2 was supose to drop off his son be at P1's house at 4 pm but did not to do so was not their. P1 reports P2 wasn't answering the phone when he tried contacting her. P1 reports this is an ongoing problem and is requesting Police documentation.

※ Pistol Check - Negative

**EVIDENCE**

| DIR Repository checked? ☐ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away |
|---|---|---|

| Evidence Present? ☐ Yes ☑ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☐ No If yes, Describe: |
|---|---|---|---|

**OFFENSE**

| Offense Committed? ☐ Yes ☑ No If no, explain: Visitation | Offense 1 — | Law (e.g. PL) — | Offense 2 — | Law (e.g. PL) — |
|---|---|---|---|---|

POLICE COPY (Please make a copy for DA's office if appropriate)   NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906   3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | B | ORI: 05101 | Incident #: 18-235579 | Complaint #: 607 |
|---|---|---|---|---|

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

Visitation exchange

If the Victim answers "yes" to any questions in this box refer to the **NYS Domestic and Sexual Violence Hotline** at **1-800-942-6906** or Local Domestic Violence Service Provider: (____) _____

| **Has Suspect ever:** | | | |
|---|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☑ No | Is suspect capable of killing you or children? ☐ Yes ☑ No |
| Strangled or "choked" you? ☐ Yes ☑ No | Is suspect violently and constantly jealous of you? ☐ Yes ☑ No |
| Beaten you while you were pregnant? ☐ Yes ☑ No | Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☑ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522.**

| Was DIR given to the Victim at the scene? ☑ Yes ☐ No **if NO**, Why: | Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No **if NO**, Why: |
|---|---|

**Signatures:**

| Reporting Officer (Print and Sign include Rank and ID#) Robert King Robert Ky PO 6685/610/1 | Supervisor (Print and Sign include Rank and ID#) Sgt. Berhoff 1285/610/5 |
|---|---|

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

Perso, Jessica

I Perso, Michael (Victim/Deponent Name) state that on 04 / 22 / 2018 , (Date) at 32 William St (Location of incident) in the County/City/Town/Village Port Jefferson of the State of New York, the following did occur: At approximately 4 pm my son was suppose to be dropped off at my house by Jessica but they did not show up at the house and I even attempted to contact her. I believe that the reason is because they are at a family function that's why they didn't show up today.

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date 4/22/18 |
|---|---|
| Robert Ky PO 6685/610/1 Witness or Officer Signature | Date 4/22/18 |

**Note:**
Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 Of 2

| Interpreter Signature and Interpreter Service Provider Name | |
|---|---|
| Interpreter Requested ☐ Yes ☑ No  Interpreter Used ☐ Yes ☑ No | Date |

**DOMESTIC INCIDENT REPORT**

| Agency: SCPD | A | | 05101 (N) | 18-220419 |
|---|---|---|---|---|

| Reported Date (MM/DD/YY) 4/14/18 | Time (24 hours) 1521/1616 | Occurred Date (MM/DD/YY) 4/14/18 | Time (24 hours) 1508 | ☐ Officer Initiated ☒ Radio Run ☐ Walk-in ☐ ICAD (NYC) | Complaint # 607 |
|---|---|---|---|---|---|

Address (Street No., Street Name, Bldg. No., Apt No.) 32 William St — City, State, Zip: Port Jeff Sta NY 11776

**Victim (P1)**

Name (Last, First, M.I.) (Include Aliases): Perio, Michael
DOB (MM/DD/YY): 3/26/84   Age: 34   ☐ Female ☒ Male   ☐ Self-Identified:
Address (Street No., Street Name, Bldg. No., Apt No.): 32 William St
Victim Phone Number: 516 512 9177   Language: English
City, State, Zip: Port Jeff Sta NY 11776
☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other   ☐ Hispanic ☒ Non Hispanic ☐ Unknown   ☐ Other Identifier:

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases): Perio, Jessica
DOB (MM/DD/YY): 6/14/85   Age: 32   ☒ Female ☐ Male   ☐ Self-Identified:
Address (Street No., Street Name, Bldg. No., Apt No.): 1 Kate Ct
Language: English
City, State, Zip: Port Jeff Sta NY 11777
☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other   ☐ Hispanic ☒ Non Hispanic ☐ Unknown   ☐ Other Identifier:

| Do suspect and victim live together ? ☐ Yes ☒ No | Suspect/P2 present? ☐ Yes ☒ No | Was suspect injured? ☐ Yes ☒ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☒ No | Suspect supervised? ☐ Probation ☒ Parole ☐ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

**Victim Interview**

Suspect (P2) Relationship to Victim (P1) ☒ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other:
Do the suspect and victim have a child in common? ☒ Yes ☐ No

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☒ Other: Normal / calm

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
She did it again

Did suspect make victim fearful? ☐ Yes ☒ No If yes, describe:

Weapon Used? ☐ Yes ☒ No Gun: ☐ Yes ☐ No Other, describe:
Suspect Threats? ☐ Yes ☒ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Access to Guns? ☐ Yes ☒ No If yes, describe:

**Suspect**

Injured? ☐ Yes ☒ No If yes, describe:
Strangulation? ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
In Pain? ☐ Yes ☒ No If yes, describe:
Visible Marks? ☐ Yes ☒ No If yes, describe:

What did the SUSPECT say (Before and After Arrest): N/A

710.30 completed? ☐ Yes ☒ No

**Witness**

| Child/Witness (1) Name (Last, First, M.I.) Perio, Michael Jr | DOB: 10/21/14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt) 1 Kate Ct | City, State, Zip Port Jeff Sta NY 11776 | Phone: |
|---|---|---|---|---|
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |

**Incident / Narrative**

Briefly describe the circumstances of this incident: P1 states he had arranged to pick up his son at 0900 hrs from P2 but when he arrived at the house P2 denied him visitation was not home. P1 reports it is an ongoing issue. Neg pistol permit. Neg orders of protection.

**Evid**

DIR Repository checked? ☐ Yes ☐ No   Order of Protection Registry checked? ☒ Yes ☐ No   Order of Protection in effect? ☐ Yes ☒ No ☐ Refrain ☐ Stay Away

Evidence Present? ☐ Yes ☒ No   Photos taken: ☐ Victim Injury ☐ Suspect Injury   Other Evidence: ☐ Damaged Property ☐ Videos   Destruction of Property? ☐ Yes ☒ No
☐ Other:   ☐ Electronic Evidence ☐ Other:   If yes, Describe:

**Offense**

Offense Committed? ☐ Yes ☒ No   Was suspect arrested? ☐ Yes ☒ No If no, explain:   Offense 1 ____ Law (e.g. PL) ____ Offense 2 ____ Law (e.g. PL) ____

| POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS |
|---|---|---|

**Agency:** SCPD **B** **ORI** O5101 **Incident #** 18-220419 **Complaint #** 607

**PRIOR HISTORY**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First): Visitation disputes

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____

**Has Suspect ever:**

Threatened to kill you or your children? ☐ Yes ☒ No

Strangled or "choked" you? ☐ Yes ☒ No

Beaten you while you were pregnant? ☒ Yes ☐ No

Is suspect capable of killing you or children? ☐ Yes ☒ No

Is suspect violently and constantly jealous of you? ☐ Yes ☒ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☒ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No If **NO**, Why:

Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No If **NO**, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#) Cappelli PO 6397 (610) 2

Supervisor (Print and Sign include Rank and ID#) Hill Lt 610/2 Connell

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

_____ of the State of New York, the following did occur: _____

*Refused*

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature PO 6397 (610) 2

Date 4/4/18

Witness or Officer Signature

Date 4/4/18

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes ☒ No Interpreter Used ☐ Yes ☒ No

Date

**Note:**
Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 Of 2

POLICE COPY (Please make a copy for DA's office if appropriate) NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | A | | | | PS101 | | 18-1-74836 |

| Reported Date 3/20/18 | Time (24 hours) 1842/1930 | Occurred Date 3/20/18 | Time (24 hours) 1430 | ☑ Officer Initiated ☑ Radio Run ☐ Walk-in | | Complaint # 607 |
| | | | | ☐ ICAD (NYC) | | |

**Address** (Street No., Street Name, Bldg., No., Apt No.)
32 WILLIAM ST

City, State, Zip: PORT JEFF STATION

**Name** (Last, First, M.I.) (Include Aliases)
PERSO, MICHAEL

DOB (MM/DD/YYYY) 3/26/84 | Age: 32 | ☐ Female ☑ Male | ☐ Self-Identified:

**Address** (Street No., Street Name, Bldg., No., Apt No.)
32 WILLIAM ST

City, State, Zip: PORT JEFF STATION

Victim Phone Number: (516) 512-9177 | Language: ENG

☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other | ☐ Hispanic ☑ Non Hispanic ☐ Unknown | ☐ Other Identifier:

**How can we safely contact you?** (I.e. Name, Phone, Email)

**Name** (Last, First, M.I.) (Include Aliases)
PERSO, JESSICA

DOB (MM/DD/YYYY) 6/14/85 | Age: 33 | ☑ Female ☐ Male | ☐ Self-Identified:

**Address** (Street No., Street Name, Bldg., No., Apt No.)
1 KATE CT

City, State, Zip: PORT JEFF STATION

☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other | ☐ Hispanic ☐ Non Hispanic ☐ Unknown | Language: ENG | ☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Yes ☐ Probation ☐ Parole ☐ Not Supervised ☐ Status Unknown |

**Suspect (P2) Relationship to Victim (P1)** ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____ | Do the suspect and victim have a child in common? ☑ Yes ☐ No

**Emotional condition of VICTIM?** ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other: CALM

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?** I GOT DENIED VISITATION AGAIN.

**Did suspect make victim fearful?** ☐ Yes ☑ No If yes, describe:

**Weapon Used?** ☐ Yes ☑ No Gun: ☐ Yes ☑ No Other, describe: | **Suspect Threats?** ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

**Access to Guns?** ☐ Yes ☑ No If yes, describe:

**Injured?** ☐ Yes ☑ No If yes, describe: | **Strangulation?** ☐ Yes ☐ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

**In Pain?** ☐ Yes ☑ No If yes, describe: | **Visible Marks?** ☐ Yes ☑ No If yes, describe:

**What did the SUSPECT say** (Before and After Arrest): NOT AT S/C FOR PO INTERVIEW.

**710.30 completed?** ☐ Yes ☐ No

| Child/Witness (1) Name (Last, First, M.I.) PERSO, MICHAEL | DOB: 10/2/14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt) 1 KATE CT | City, State, Zip PJS | Phone: |
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |

**Briefly describe the circumstances of this incident:** C1 REPORTS THAT S1 DENIED HIM HIS SCHEDULED VISITATION WITH THEIR SON. C1 STATES THAT THIS IS AN ONGOING PROBLEM AND IS REQUESTING PD DOCUMENTATION OF INCIDENT. NO ORDERS OF PROTECTION OR PISTOL LICENSE ON FILE

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away |
| Evidence Present? ☐ Yes ☑ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☑ No If yes, Describe: |
| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: NO OFFENSE | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |

| Agency: SCPD | B | ORI: 05101 | Incident # 18-174836 | Complaint # 607 |
|---|---|---|---|---|

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First): PRIOR DENIAL OF VISITATION

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____**

| Has Suspect ever: | | | | | |
|---|---|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes ☒ No | | Is suspect capable of killing you or children? | ☐ Yes ☒ No |
| Strangled or "choked" you? | ☐ Yes ☒ No | | Is suspect violently and constantly jealous of you? | ☐ Yes ☒ No |
| Beaten you while you were pregnant? | ☐ Yes ☒ No | | Has the physical violence increased in frequency or severity over the past 6 months? | ☐ Yes ☒ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522.**

Was DIR given to the Victim at the scene? ☒ Yes  ☐ No if **NO**, Why:      Was Victim Rights Notice given to the Victim? ☒ Yes  ☐ No if **NO**, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#)   Jo Q PO 5405/610/30

Supervisor (Print and Sign include Rank and ID#)   Thomas P. Shea Sgt 7130/610/2

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on _____ / _____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

of the State of New York, the following did occur: _____

*NO STATEMENT*

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature   Date

Witness or Officer Signature   Jo Q PO 5485/610/30   Date 3/20/18

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes  ☐ No  Interpreter Used ☐ Yes  ☐ No

| Note: | Page |
|---|---|
| Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. | 1 of 1 |

**Agency:** SCPD    **A**    05101    **ID #** 18-170919

| Reported Date (MM/DD/YYYY) | Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☐ Officer Initiated ☒ Radio Run ☐ Walk-in | Complaint # |
|---|---|---|---|---|---|
| 03 / 18 / 2018 | 1631/1730 | 03 / 18 / 2018 | 1500 | ☐ ICAD (NYC) | 607 |

**Address** (Street No., Street Name, Bldg. No./Apt No.): 32 WILLIAM STREET    **City, State, Zip:** PORT JEFFERSON STATION, NY 11776

| Name (Last, First, M.I.) (Include Aliases): PERSO MICHAEL J | DOB (MM/DD/YYYY): 03/26/1984 | Age: 33 | ☐ Female ☒ Male ☐ Self-Identified: |
|---|---|---|---|

**Address** (Street No., Street Name, Apt No.): 32 WILLIAM STREET

**Victim Phone Number:** (636) 512-9177    **Language:**

**City, State, Zip:** PORT JEFFERSON STATION NY 11776

☒ White ☐ Black ☐ Asian  ☐ Hispanic ☒ Non Hispanic ☐ Unknown
☐ American Indian ☐ Other  ☐ Other Identifier:

| Name (Last, First, M.I.) (Include Aliases): PERSO JESSICA | DOB (MM/DD/YYYY): 06/21/1988 | Age: 32 | ☐ Female ☐ Male ☐ Self-Identified: |
|---|---|---|---|

**Address** (Street No., Street Name, Bldg. No./Apt No.): 1 KATE COURT

**Language:**

**City, State, Zip:** PORT JEFFERSON

☐ White ☐ Black ☐ Asian  ☐ Hispanic ☒ Non Hispanic ☐ Unknown
☐ American Indian ☐ Other  ☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☒ No | Suspect/P2 present? | Was suspect injured? ☐ Yes ☒ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☒ No | Suspect supervised? ☐ Probation ☐ Parole ☒ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

**Suspect (P2) Relationship to Victim (P1)** ☒ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ___ ☐ Other: ___

**Do the suspect and victim have a child in common?** ☒ Yes ☐ No

**Emotional condition of VICTIM?** ☒ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?**
SHE WON'T LET ME HAVE MY SON TODAY

**Did suspect make victim fearful?** ☐ Yes ☒ No If yes, describe:

| **Weapon Used?** ☐ Yes ☒ No Gun: ☐ Yes ☐ No Other, describe: | **Suspect Threats?** ☐ Yes ☒ No If Yes, Threats to: |
|---|---|
| **Access to Guns?** ☐ Yes ☒ No If yes, describe: | ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |

| **Injured?** ☐ Yes ☒ No If yes, describe: | **Strangulation?** ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation |
|---|---|
| **In Pain?** ☐ Yes ☒ No If yes, describe: | ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
| | **Visible Marks?** ☐ Yes ☒ No If yes, describe: |

**What did the SUSPECT say?** (Before and After Arrest):

**710.30 completed?** ☐ Yes ☐ No

| Child/Witness (1) Name (Last, First, M.I.): PERSO MICHAEL A SR | DOB: 10/21/19 | Child/Witness(1) Address (Street No., Name, Bldg./Apt): 1 KATE COURT | City, State, Zip: PORT JEFFERSON NY 11776 | Phone: — |
|---|---|---|---|---|
| Child/Witness (2) Name (Last, First, M.I.): | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt): | City, State, Zip: | Phone: |

**Briefly describe the circumstances of this incident:** P₁ REPORTS THAT HIS FATHER WAS SUPPOSE TO PICK UP HIS SON (ABOVE LISTED) FROM MOTHER (P₂) HOUSE TODAY REGARDING HIS VISITATION RIGHTS AND HE RECEIVED A TEXT MESSAGE FROM P₂ STATING THAT HE CAN NOT HAVE HIS SON TODAY. P₁ REQUESTED DOCUMENTATION OF DENIED VISITATION RIGHTS PISTOL LICENSE CHECK P₁'S SHOWED NEGATIVE RESULTS TEXT MESSAGE WAS VIA TALKING PARENTS.COM WHICH IS A COURT DOCUMENTED WEBSITE. P₂ STATED THAT P₁ CAN HAVE HIS SON TOMORROW.

| DIR Repository checked? ☐ Yes ☐ No | Order of Protection Registry checked? ☒ Yes ☐ No | Order of Protection in effect? ☐ Yes ☒ No ☐ Refrain ☐ Stay Away |
|---|---|---|

| Evidence Present? ☐ Yes ☒ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☒ No If yes, Describe: |
|---|---|---|---|

| Offense Committed? | Was suspect arrested? ☐ Yes ☒ No If no, explain: NO OFFENSE | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

| Agency: SCPD | B | OR# 05701 | Incident # 18-170919 | Complaint # 607 |
|---|---|---|---|---|

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First)

PRIOR VISITATION DISPUTES

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (____) _____**

**Has Suspect ever:**

Threatened to kill you or your children? ☐ Yes ☒ No

Strangled or "choked" you? ☐ Yes ☒ No

Beaten you while you were pregnant? ☐ Yes ☒ No

Is suspect capable of killing you or children? ☐ Yes ☒ No

Is suspect violently and constantly jealous of you? ☐ Yes ☒ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☒ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No if NO, Why: _____

Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if NO, Why: _____

**Signatures:**

Reporting Officer (Print and Sign Include Rank and ID#)

Viola Giacomo PO 5340/6105

Supervisor (Print and Sign Include Rank and ID#)

Sgt Vincent DiRosa 6404

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

of the State of New York, the following did occur: _____

No STATEMENT

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature

Date 3/18/18

Witness or Officer Signature

Viola PO 5340/6105

Date 3/18/18

| Note: | Page |
|---|---|
| Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. | 2 |
| | 2 |

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No

Date

**DOMESTIC INCIDENT REPORT**

| Agency: SCPD | A | | 05101(A) | 18-165455 |
|---|---|---|---|---|

| Reported Date (MM/DD/YY) 3/15/18 | Time (24 hours) 1746/1745 | Occurred Date (MM/DD/YY) 3/15/18 | Time (24 hours) 1745 | ☐ Officer Initiated ☒ Radio Run ☐ Walk-in ☐ ICAD (NYC) | Complaint # 607 |
|---|---|---|---|---|---|

**INCIDENT**

Address (Street No., Street Name, Bldg., No. Apt No.) 32 William St — City, State, Zip Port Jeff Station NY 11776

**VICTIM (P1)**

Name (Last, First, M.I.) (Include Aliases) Perso, Michael
DOB (MM/DD/YY) 3/26/84 — Age: 33 — ☐ Female ☒ Male — ☐ Self-Identified:
Address (Street No., Street Name, Bldg., No. Apt No.) 32 William St
Victim Phone Number: 516 512 9177 — Language: English
City, State, Zip Port Jeff Station NY 11776
☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other — ☐ Hispanic ☒ Non Hispanic ☐ Unknown — ☐ Other Identifier:

**SUSPECT (P2)**

Name (Last, First, M.I.) (Include Aliases) Perso, Jessica
DOB (MM/DD/YY) 6/12/85 — Age: 32 — ☒ Female ☐ Male — ☐ Self-Identified:
Address (Street No., Street Name, Bldg., No. Apt No.) 1 Kate ct
Language: English
City, State, Zip Port Jefferson NY 11777
☐ White ☐ Black ☐ Asian ☐ American Indian ☐ Other — ☐ Hispanic ☒ Non Hispanic ☐ Unknown — ☐ Other Identifier:

Do suspect and victim live together ? ☐ Yes ☒ No — Suspect/P2 present? ☐ Yes ☒ No — Was suspect injured? ☐ Yes ☒ No If yes describe: — Possible drug or alcohol use? ☐ Yes ☒ No — Suspect supervised? ☐ Probation ☐ Parole ☒ Not Supervised ☐ Status Unknown

Suspect (P2) Relationship to Victim (P1) ☒ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other: — Do the suspect and victim have a child in common? ☒ Yes ☐ No

**VICTIM INTERVIEW**

Emotional condition of VICTIM? ☒ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
She wont let me see my son

Did suspect make victim fearful? ☐ Yes ☒ No If yes, describe:

Weapon Used? ☐ Yes ☒ No Gun: ☐ Yes ☐ No Other, describe: — Suspect Threats? ☐ Yes ☒ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Access to Guns? ☐ Yes ☒ No If yes, describe:

Injured? ☐ Yes ☒ No If yes, describe: — Strangulation? ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
In Pain ? ☐ Yes ☒ No If yes, describe: — Visible Marks? ☐ Yes ☒ No If yes, describe:

What did the SUSPECT say (Before and After Arrest): N/A

710.30 completed? ☐ Yes ☒ No

**WITNESS**

Child/Witness (1) Name (Last, First, M.I.) Perso, Michael, JR — DOB: 10/20/14 — Child/Witness(1) Address (Street Name, Bldg./Apt) 1 Kate ct — City, State, Zip Port Jefferson NY 11776 — Phone:

Child/Witness (2) Name (Last, First, M.I.) — DOB: — Child/Witness(2) Address (Street Name, Bldg./Apt) — City, State, Zip — Phone:

**INCIDENT NARRATIVE**

Briefly describe the circumstances of this incident: P1 reports P2's father was supposed to bring C1 to his house at 32 William st Port Jeff Station on todays date at 5pm for supervised visitation but P2 told him not to. P1 further reports that P2 denies him visitation with C1 often. P1 requests police report for documentation. Neg order of protection. Neg pistol permit.

**EVIDENCE**

DIR Repository checked? ☒ Yes ☐ No — Order of Protection Registry checked? ☒ Yes ☐ No — Order of Protection in effect? ☐ Yes ☒ No ☐ Refrain ☐ Stay Away

Evidence Present? ☐ Yes ☒ No — Photos taken: ☐ Victim Injury ☐ Suspect Injury — Other Evidence: ☐ Damaged Property ☐ Videos — Destruction of Property? ☐ Yes ☒ No
☐ Yes ☒ No ☐ Other: — ☐ Electronic Evidence ☐ Other: — If yes, Describe:

**OFFENSE**

Offense Committed? ☐ Yes ☒ No — Was suspect arrested? ☐ Yes ☒ No — Offense 1 — Law (e.g. PL) — Offense 2 — Law (e.g PL)
☐ Yes ☒ No — If no, explain:

| Agency: SCPD | B | ORI: 05101 | Incident # 18-165455 | Complaint # 602 |
|---|---|---|---|---|

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First): _Visitation Dispute_

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (      ) _____

| Has Suspect ever: | | | Is suspect capable of killing you or children? | ☐ Yes ☒ No |
|---|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes ☒ No | | Is suspect violently and constantly jealous of you? | ☐ Yes ☒ No |
| Strangled or "choked" you? | ☐ Yes ☒ No | | Has the physical violence increased in frequency or severity over the past 6 months? | ☐ Yes ☒ No |
| Beaten you while you were pregnant? | ☐ Yes ☒ No | | | |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522.**

Was DIR given to the Victim at the scene? ☒ Yes ☐ No if **NO**, Why: _____  | Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if **NO**, Why: _____

**Signatures:**

| Reporting Officer (Print and Sign include Rank and ID#) PO Cappelli | PO6397/610/2 | Supervisor (Print and Sign Include Rank and ID#) Justin Carey, Sgt. 134/66/4 Carey |
|---|---|---|

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ___ / ___ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

of the State of New York, the following did occur: _____

_No Statement Given_

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date 3/15/18 |
|---|---|
| Witness or Officer Signature PO6397/610/2 | Date 3/15/18 |

**Note:**
*Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.*

Page 2 Of 2

Interpreter Signature and Interpreter Service Provider Name _____ Date _____
Interpreter Requested ☐ Yes ☒ No  Interpreter Used ☐ Yes ☐ No

**POLICE COPY** (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

SCHS

| Reported Date mm/dd/yyyy | Time (24 hours) | Occurred Date mm/dd/yyyy | Time (24 hours) | ☐ Officer Initiated | ☐ Radio Run | ☐ Walk-in | Incident # |
|---|---|---|---|---|---|---|---|
| 10/24/2017 | 1746 | 10/24/2017 | 1800 | ☐ ICAD (NYC) | | | 17624337 |

Address (Street No., Street Name, Bldg. No., Apt No.)
1 KATE CT.

City, State, Zip
PORT JEFFERSON, NY

Complaint #
614

---

Name (Last, First, M.I.) (Include Aliases)
KERSO, JESSICA

Address (Street No., Street Name, Bldg. No., Apt No.)
1 KATE CT.

City, State, Zip
PORT JEFFERSON

DOB mm/dd/yyyy
06/21/1985

Age
32

☑ Female  ☐ Male
☐ Self-Identified:

Suspect Phone Number:
631-591-0021

Language:
ENG

☑ White  ☐ Black  ☐ Asian
☐ American Indian  ☐ Other

☑ Hispanic  ☐ Non Hispanic  ☐ Unknown
☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |

Suspect (P2) Relationship to Victim (P1) ☑ Married  ☐ Intimate Partner/Dating  ☐ Formerly Married  ☐ Former Intimate Partner
☐ Parent of Victim (P1)  ☐ Child of Victim  ☐ Relative: _____  ☐ Other: _____

Do the suspect and victim have a child in common? ☐ Yes ☐ No

Emotional condition of VICTIM? ☑ Upset  ☐ Nervous  ☐ Crying  ☐ Angry  ☐ Other: _____

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? I WANT MY SON

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

Weapon Used?  ☐ Yes ☑ No  Gun: ☐ Yes ☐ No Other, describe:

Access to Guns? ☐ Yes ☑ No If yes, describe:

Injured? ☐ Yes ☑ No If yes, describe:

In Pain? ☐ Yes ☑ No If yes, describe:

What did the SUSPECT say (Before and After Arrest): N/A

Suspect Threats? ☐ Yes ☑ No If Yes, Threats to:
☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide
☐ Other Describe:

Strangulation? ☐ Yes ☑ No  ☐ Loss of Consciousness  ☐ Urination/Defecation
☐ Red eyes/Petechia  ☐ Sore Throat  ☐ Breathing Changed  ☐ Difficulty Swallowing
Visible Marks? ☐ Yes ☑ No If yes, describe:

710.30 completed? ☐ Yes ☑ No

---

Briefly describe the circumstances of this incident: P1 IS ANNOYED WITH P2 NOT TURNING OVER
ABOVE CHILD FOR VISITATION.

PISTOL LICENSE NEGATIVE
SGT ALFIERI ON SCENE

---

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☑ Yes ☐ No  ☑ Refrain ☐ Stay Away |
| Evidence Present? ☐ Yes ☑ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury | Other Evidence: ☐ Damaged Property ☐ Videos |
| | ☐ Other: | ☐ Electronic Evidence ☐ Other: |
| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: NO OFFENSE | Offense 1 _____  Law (e.g. PL) _____ | Destruction of Property? ☐ Yes ☑ No If yes, Describe: |
| | | Offense 2 _____  Law (e.g. PL) _____ | |

VICTIM / COMPLAINANT COPY

NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906

3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency | | Incident # | Complaint # |
|---|---|---|---|
| SCPD | | 17-627759 | 605 |

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

Prior Domestic Order Protection Docket #O-17621-17/7A in effect

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (    )**

Has Suspect ever:

Threatened to kill you or your children? ☐ Yes ☒ No

Strangled or "choked" you? ☐ Yes ☒ No

Beaten you while you were pregnant? ☐ Yes ☒ No

Is suspect capable of killing you or children? ☐ Yes ☒ No

Is suspect violently and constantly jealous of you? ☐ Yes ☒ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☒ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No
If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No if NO, Why:

Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No If NO, Why:

Signatures:

Reporting Officer (Print and Sign Include Rank and ID#)
Pacifico #101 Matt Pacifico 101 /10/7

Supervisor (Print and Sign include Rank and ID#)

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)
Pacifico 6-12-85

I Michael Reso
(Victim/Deponent Name) state that on 10/06/2017, (Date)
at 1075 Portion Rd Ste 12 (Location of incident) in the County/City/Town/Village
Farmingdale of the State of New York, the following did occur: _____

[handwritten illegible text across multiple lines]

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

(Use additional page as needed)

Victim/Deponent Signature _____
Date 10/06/17

Witness or Officer Signature
B Matt Pacifico 101 /10/7
Date 10/2/17

Interpreter Signature and Interpreter Service Provider Name
Interpreter Requested ☐ Yes ☒ No  Interpreter Used ☐ Yes ☐ No

Date _____

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 Of 2

VICTIM / COMPLAINANT COPY

NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906

3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

Incident # 17-024337   Complaint # 614

IN COURT   10/16/17 FIXING ORDER OF PROTECTION

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (     )

Has Suspect ever:

Threatened to kill you or your children? ☐ Yes ☑ No

Strangled or "choked" you? ☐ Yes ☑ No

Beaten you while you were pregnant? ☐ Yes ☐ No

Is suspect capable of killing you or children? ☐ Yes ☑ No

Is suspect violently and constantly jealous of you? ☐ Yes ☑ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☐ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☐ No
If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☐ Yes ☐ No if NO, Why:

Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why:

Signatures:

Reporting Officer (Print and Sign Include Rank and ID#)   R 06732/6101

Supervisor (Print and Sign Include Rank and ID#)

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

Suspect Name (Last, First, M.I.) PERSO, JESSICA 6/12/85

I, PERSO, MICHAEL 3/26/84 (Victim/Deponent Name) state that on 10/24/2017 (Date)
at I KATE CT, PORT JEFFERSON (Location of incident) in the County/City/Town/Village
SUFFOLK of the State of New York, the following did occur: I WENT TO GET MY
SON FROM SCHOOL BECAUSE I HAVE VISITATION TODAY AND
MY WIFE JESSICA PERSO 6/12/85 PICKED HIM UP SO I COULDNOT
SEE HIM

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.
(Use additional page as needed)

Victim/Deponent Signature

Date 10/24/17

Witness or Officer Signature   R 06732/6101

Date 10/24/17

and Interpreter Service Provider Name

☐ Yes ☐ No Interpreter Used ☐ Yes ☐ No

Date

Note: Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 Of 2

NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906

3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

**Agency:** SCPD

**DOMESTIC INCIDENT REPORT**

0801 18 505641

| | |
|---|---|
| **Reported Date:** 10/12/2018 | **Time (24 hours):** 1401 (WMD) |
| **Occurred Date:** 10/12/2018 | **Time (24 hours):** 0800 |
| ☐ Officer Initiated (SPD) ☐ Radio Run ☐ Walk-In | |
| ☐ ICAD (NYC) | **Complaint #:** 607/607 |

**Address (Street No., Street Name, Bldg. No., Apt No.):** 32 WILLIAM ST — PORT JEFF STA NY 11776

**Name (Last, First, M.I.) (Include Aliases):** PERSO MICHAEL
**DOB (MM/DD/YYYY):** 08/26/1984  **Age:** 34  ☐ Female ☑ Male ☐ Self-identified:
**Address (Street No., Street Name, Bldg. No., Apt No.):** 32 WILLIAM ST
**Victim Phone Number:** 631-997-2344  **Language:** ENGLISH
**City, State, Zip:** PORT JEFF STA NY 11776
☑ White ☐ Black ☐ Asian ☐ Hispanic ☑ Non Hispanic ☐ Unknown
☐ American Indian ☐ Other  **Other Identifier:**
**How can we safely contact you?** (i.e. Name, Phone, Email) 631-997-2344

**Name (Last, First, M.I.) (Include Aliases):** PERSO JESSICA
**DOB (MM/DD/YYYY):** 06/12/1985  **Age:** 33  ☑ Female ☐ Male ☐ Self-identified:
**Address (Street No., Street Name, Bldg. No., Apt No.):** 1 KATE CT
**Language:** ENGLISH
**City, State, Zip:** PORT JEFFERSON NY 11777
☐ White ☐ Black ☐ Asian ☐ Hispanic ☐ Non Hispanic ☐ Unknown
☐ American Indian ☐ Other  **Other Identifier:**

| | | | |
|---|---|---|---|
| **Do suspect and victim live together?** ☐ Yes ☑ No | **Suspect/P2 present?** ☐ Yes ☑ No | **Was suspect injured?** ☐ Yes ☑ No If yes describe: | **Possible drug or alcohol use?** ☐ Yes ☑ No | **Suspect supervised?** ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |

**Suspect (P2) Relationship to Victim (P1)** ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____
**Do the suspect and victim have a child in common?** ☑ Yes ☐ No

**Emotional condition of VICTIM?** ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: CALM

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?**
CAN I DOCUMENT MISSED VISITATION

**Did suspect make victim fearful?** ☐ Yes ☑ No If yes, describe:

**Weapon Used?** ☐ Yes ☑ No Gun: ☐ Yes ☐ No Other, describe:
**Suspect Threats?** ☐ Yes ☑ No If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

**Access to Guns?** ☐ Yes ☑ No If yes, describe:

**Injured?** ☐ Yes ☑ No If yes, describe:
**Strangulation?** ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

**In Pain?** ☐ Yes ☑ No If yes, describe:
**Visible Marks?** ☐ Yes ☑ No If yes, describe:

**What did the SUSPECT say** (Before and After Arrest): N/A

**710.30 completed?** ☐ Yes ☑ No

| Child/Witness (1) Name (Last, First, M.I.) | DOB: | Child/Witness(1) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |
|---|---|---|---|---|
| PERSO, MICHAEL | 10/21/14 | 1 KATE CT | PORT JEFFERSON, NY 11777 | |
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |

**Briefly describe the circumstances of this incident:** P1 WISHES TO DOCUMENT THAT HE WAS DENIED VISITATION WITH HIS SON BY P2 TODAY AT 0800 HRS. P1 STATES THAT HE WAS ALSO DENIED VISITATION ON MONDAY 10/8/18 AND WEDNESDAY 10/10/18 AND THAT HE HAS NOT SPOKEN TO HIS SON S[?] IN OVER A WEEK. P1 REFERRED BACK TO FAMILY COURT. P2 HAS STAY AWAY ORDER OF PROTECTION AGAINST P1 WHICH WAS NOT VIOLATED. NAME CHECK FOR PISTOL LICENSE WITH NEGATIVE RESULTS

| | | | |
|---|---|---|---|
| **DIR Repository checked?** ☑ Yes ☐ No | **Order of Protection Registry checked?** ☑ Yes ☐ No | **Order of Protection in effect?** ☑ Yes ☐ No ☐ Refrain ☑ Stay Away | |
| **Evidence Present?** ☐ Yes ☑ No | **Photos taken:** ☐ Victim Injury ☐ Suspect Injury ☐ Other: | **Other Evidence:** ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | **Destruction of Property?** ☐ Yes ☑ No If yes, Describe: |

| | | | | |
|---|---|---|---|---|
| **Offense Committed?** ☐ Yes ☑ No | **Was suspect arrested?** ☐ Yes ☑ No If no, explain: VISITATION VIOLATION | **Offense 1** | **Law (e.g. PL)** | **Offense 2** | **Law (e.g. PL)** |

POLICE COPY (Please make a copy for DA's office if appropriate)
NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906
3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | B | ORI: 05101 | Incident # 18-585641 | Complaint # 607/607 |
|---|---|---|---|---|

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

PRIOR VISITATION VIOLATIONS

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (____) _____

| Has Suspect ever: | | |
|---|---|---|
| Threatened to kill you or your children? | ☐ Yes | ☒ No |
| Strangled or "choked" you? | ☐ Yes | ☒ No |
| Beaten you while you were pregnant? | ☐ Yes | ☒ No |

Is suspect capable of killing you or children? ☐ Yes ☒ No

Is suspect violently and constantly jealous of you? ☒ Yes ☐ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☒ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No if NO, Why:

Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if NO, Why:

**Signatures:**

Reporting Officer (Print and Sign Include Rank and ID#) Clifford PO 5978/6101, CCEBCAS PO 5978/6101

Supervisor (Print and Sign Include Rank and ID#) Edmnd M Sgt 1343/6612

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I) PERSO, JESSICA

I MICHAEL PERSO (Victim/Deponent Name) state that on 10/12/2018, (Date) at 32 WILLIAM ST PORT JEFF STA, NY 11776 (Location of incident) in the County/City/Town/Village BROOKHAVEN of the State of New York, the following did occur: I WANT TO DOCUMENT THAT I WAS DENIED VISITATION WITH MY SON MIKEY JR BY MY WIFE JESSICA PERSO ON MONDAY, WEDNESDAY, AND FRIDAY THIS WEEK. ALSO I HAVENT SPOKEN TO MY SON IN OVER A WEEK.

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature

Witness or Officer Signature CCEBCAS PO 5978/6101

Date 10/12/18

Date 10/12/18

| Note: | Page |
|---|---|
| Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. | 2 Of 2 |

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes ☒ No  Interpreter Used ☐ Yes ☒ No

Date

POLICE COPY (Please make a copy for DA's office if appropriate)  |  NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906  |  3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

Agency: SCPD

A

**DOMESTIC INCIDENT REPORT** 05/09/18 610

| Reported Date (MM/DD/YY) 9/28/18 | Time (24 hours) 22:18 | Occurred Date 9/28/18 | Time (24 hours) 21:33 | ☐ Officer Initiated  ☒ Radio Run  ☐ Walk-in | Complaint # 18-558901 |
| ☐ ICAD (NYC) | | | | | |

Address (Street No., Street Name, Bldg. No., Apt.) 32 William ST

City, State, Zip: Port Jefferson STA.

Name (Last, First, M.I.) (Include Aliases): Perso, Michael
DOB (MM/DD/YY) 3/26/84  Age: 34  ☐ Female  ☒ Male  ☐ Self-Identified

Address (Street No., Street Name, Bldg. No., Apt.) 32 William ST
Victim Phone Number: 631-997-2341  Language: English

City, State, Zip: Port Jefferson Station
☒ White  ☐ Black  ☐ Asian  ☐ Hispanic  ☒ Non Hispanic  ☐ Unknown
☐ American Indian  ☐ Other   Other Identifier:

Name (Last, First, M.I.) (Include Aliases): Perso, Jessica
DOB (MM/DD/YY) 6/12/85  Age: 33  ☒ Female  ☐ Male  ☐ Self-Identified

Address (Street No., Street Name, Bldg. No., Apt.) 1 Kate CT
Suspect Phone Number: unk  Language: English

City, State, Zip: Port Jefferson Station.
☒ White  ☐ Black  ☐ Asian  ☐ Hispanic  ☒ Non Hispanic  ☐ Unknown
☐ American Indian  ☐ Other   Other Identifier:

| Do suspect and victim live together? ☐ Yes ☒ No | Suspect/P2 present? ☐ Yes ☒ No | Was suspect injured? ☐ Yes ☒ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☒ No | Suspect supervised? ☐ Probation ☐ Parole  ☒ Not Supervised ☐ Status Unknown |

Suspect (P2) Relationship to Victim (P1)  ☐ Married  ☐ Intimate Partner/Dating  ☒ Formerly Married  ☐ Former Intimate Partner
☐ Parent of Victim (P1)  ☐ Child of Victim  ☐ Relative: _____  ☐ Other: _____
Do the suspect and victim have a child in common? ☒ Yes  ☐ no

Emotional condition of VICTIM? ☒ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident: She wont let me see our son.

Did suspect make victim fearful? ☐ Yes ☒ No If yes, describe:

Weapon Used? ☐ Yes ☒ No Gun: ☐ Yes ☒ No Other, describe: _____
Suspect Threats? ☐ Yes ☒ No If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Access to Guns? ☒ Yes ☐ No If yes, describe:

Injured? ☐ Yes ☒ No If yes, describe:
Strangulation? ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

In Pain? ☐ Yes ☒ No If yes, describe:
Visible Marks? ☐ Yes ☒ No If yes, describe:

What did the SUSPECT say (Before and After Arrest):   N/A

710.30 completed? ☐ Yes ☒ No

| Child/Witness (1) Name (Last, First, M.I.): Perso, Michael Jr | DOB: 10/21/14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt): 1 Kate CT | City, State, Zip: Port Jeff Sta | Phone: |
| Child/Witness (2) Name (Last, First, M.I.): | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt): | City, State, Zip: | Phone: |

Briefly describe the circumstances of this incident: P1 called to request check the welfare of the above child, P1 was concerned as P2 has not let P1 see the above child in several weeks. After speaking with P1, P1 no longer wished PD to check welfare of above child, P1 said he would call back Next time his visitation is denied. Pistol license check Neg. P2 has a stay away order against P1, order not violated. 635 notified.

| DIR Repository checked? ☒ Yes ☐ No | Order of Protection Registry checked? ☒ Yes ☐ No | Order of Protection in effect? ☒ Yes ☐ No  ☒ Refrain  ☒ Stay Away |
| Evidence Present? ☐ Yes ☒ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☒ No If yes, Describe: |
| Offense Committed? ☐ Yes ☒ No | Was suspect arrested? ☐ Yes ☒ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |

POLICE COPY (Please make a copy for DA's office if appropriate)     NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906     3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | B | ORI: 0510 | Incident # 610 | 18-SJ8907 |

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First) — *Several*

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( )

**Has Suspect ever:**

Threatened to kill you or your children? ☐ Yes ☐ No

Strangled or "choked" you? ☐ Yes ☐ No  *unk*

Beaten you while you were pregnant? ☐ Yes ☐ No

Is suspect capable of killing you or children? ☐ Yes ☐ No

Is suspect violently and constantly jealous of you? ☐ Yes ☐ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☐ No  *unk*

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522**.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No if NO, Why: *left in mail box*

Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if NO, Why: *"*

**Signatures:**

Reporting Officer (Print and Sign Include Rank and ID#) — *PO Dorfman  9453 0510/6480/6105*

Supervisor (Print and Sign Include Rank and ID#) — *Sv 1386/Mole  J. Purdy*

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I.) — *Perso, Jessica*

I _____ (Victim/Deponent Name) state that on ___/___/_____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____ of the State of New York, the following did occur: _____

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature — *Refused*

Witness or Officer Signature — *Dorfman/6480/6105*

Date — *9/28/18*

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 Of 1

Interpreter Signature and Interpreter Service Provider Name — ☐ No

Interpreter Requested ☐ Yes ☒ No  Interpreter Used ☐ Yes ☐ No

Date

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE — 1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

**Agency:** SCPD    Incident #: 53

| Reported Date (MM/DD/YYYY) | Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☐ Officer Initiated | ☐ Radio Run | ☐ Walk-in | Complaint # |
|---|---|---|---|---|---|---|---|
| 09/24/2018 | 2228 | 09/24/2018 | 1900 | ☐ ICAD (NYC) | | | 610 |

**Address** (Street No., Street Name, Bldg. No., Apt No.): 32 WILLIAM ST    City, State, Zip: PT JEFF STATION NY 11776

**Name** (Last, First, M.I.) (Include Aliases): PERSO, MICHAEL

DOB (MM/DD/YYYY): 03/2G/84    Age: 34    ☐ Female ☒ Male    ☐ Self-identified:

**Address** (Street No., Street Name, Bldg. No., Apt No.): 32 WILLIAM ST

City, State, Zip: PT JEFF STATION NY 11776

Victim Phone Number: 631-957-2344    Language: ENG

**How can we safely contact you?** (i.e. Name, Phone, Email):

☒ White ☐ Black ☐ Asian    ☐ American Indian ☐ Other    ☐ Hispanic ☒ Non Hispanic ☐ Unknown    Other Identifier:

**Name** (Last, First, M.I.) (Include Aliases): PERSO, JESSICA

DOB (MM/DD/YYYY): 6/12/85    Age: 33    ☒ Female ☐ Male    ☐ Self-identified:

**Address** (Street No., Street Name, Bldg. No., Apt No.): 1 KOTH CT

City, State, Zip: PT JEFERSON NY 11777    Language: ENG

☒ White ☐ Black ☐ Asian    ☐ American Indian ☐ Other    ☐ Hispanic ☒ Non Hispanic ☐ Unknown    ☐ Other Identifier:

| Do the suspect and victim live together? ☐ Yes ☒ No | Suspect/P2 present? ☐ Yes ☒ No | Was suspect injured? ☐ Yes ☒ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☒ No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

**Suspect (P2) Relationship to Victim (P1)** ☒ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Suspect (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____

Do the suspect and victim have a child in common? ☐ Yes ☐ No

**Emotional condition of VICTIM?** ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☒ Other: CALM

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?**
I HAVENT SPOKEN TO MY SON IN A WEEK

**Did suspect make victim fearful?** ☐ Yes ☒ No If yes, describe:

**Weapon Used?** ☐ Yes ☒ No Gun: ☐ Yes ☒ No Other, describe:

Suspect Threats? ☐ Yes ☒ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

**Access to Guns?** ☐ Yes ☒ No If yes, describe:

**Injured?** ☐ Yes ☒ No If yes, describe:

**Strangulation?** ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

**In Pain?** ☐ Yes ☒ No If yes, describe:

**Visible Marks?** ☐ Yes ☒ No If yes, describe:

**What did the SUSPECT say** (Before and After Arrest): NA

**710.30 completed?** ☐ Yes ☒ No

| Child/Witness (1) Name (Last, First, M.I.): PERSO, MICHAEL | DOB: 10/21/14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt): | City, State, Zip: | Phone: |
|---|---|---|---|---|
| Child/Witness (2) Name (Last, First, M.I.): | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt): | City, State, Zip: | Phone: |

**Briefly describe the circumstances of this incident:** P#1 REPORTS HE HASN'T HAD VIDEO CHAT WITH HIS SON SINCE 09/17/2018 AS PER FAMILY COURT ORDER. COMPL CALLS PD TO NOTFIE AS PER SAME ORDER. REPORT FOR DOCUMENTATION. ALL PISTOL LICENSE CHECKS NEGATIVE.

JM

CERTIFIED
CENTRAL RECORDS SECTION
SUFFOLK COUNTY POLICE DEPARTMENT

| DIR Repository checked? ☒ Yes ☐ No | Order of Protection Registry checked? ☒ Yes ☐ No | Order of Protection in effect? ☒ Yes ☐ No ☐ Refrain ☐ Stay Away |
|---|---|---|

| Evidence Present? ☐ Yes ☒ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☒ No If yes, Describe: |
|---|---|---|---|

| Offense Committed? ☐ Yes ☒ No | Was suspect arrested? ☐ Yes ☒ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

POLICE COPY (Please make a copy for DA's office if appropriate)    NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906    3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | B | ORI: 05101 | Incident # 18-530853 | Complaint # 610 |
|---|---|---|---|---|

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

09/17/18 VSSDOMIN

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____

**Has Suspect ever:**

Threatened to kill you or your children? ☐ Yes ☒ No

Strangled or "choked" you? ☐ Yes ☒ No

Beaten you while you were pregnant? ☐ Yes ☒ No

Is suspect capable of killing you or children? ☐ Yes ☒ No

Is suspect violently and constantly jealous of you? ☐ Yes ☒ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☒ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No if **NO**, Why:

Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if **NO**, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#)
LCLASA Ofim PO 5022/610/4

Supervision (Print and Sign include Rank and ID#)
Arrk SGT 1376/610/4

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

## Suspect Name (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

_____ of the State of New York, the following did occur:

no statement

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature

Date 9/24/18

Witness or Officer Signature
Ofim PO 5022/610/4

Date 09/24/18

**Note:**
Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page
___
Of
___

Interpreter Signature and Interpreter Service Provider Name

Date

Interpreter Requested ☐ Yes ☒ No  Interpreter Used ☐ Yes ☐ No

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE - 1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

**Agency:** SCPD   **ORI:** ___   **Incident #** 17 065 967

**Reported Date:** 03 15 2018   **Time (24 hours):** 1905 / 1900   **Occurred Date:** 03 15 2018   **Time (24 hours):** 1751   Officer Initiated ☐ Radio Run ☐ Walk-in ☐   **Complaint #** 613
☐ ICAD (NYC)

**Address (Street No., Street Name, Bldg. No., Apt No.):** 1 KATE CT   **City, State, Zip:** MT. SINAI PA PORT JEFFERSON NY

**Name (Last, First, M.I.) (Include Aliases):** PERSO, JESSICA   **DOB (MM/DD/YY):** 06/21/1985   **Age:** 32   ☐ Female ☐ Male  ☐ Self-Identified:

**Address (Street No., Street Name, Bldg. No., Apt No.):** 1 KATE CT.   **Language:** ENGLISH

**City, State, Zip:** PORT JEFFERSON, NY 11777   ☐ White ☐ Black ☐ Asian ☐ American Indian ☐ Other   ☐ Hispanic ☐ Non Hispanic ☐ Unknown   **Other Identifier:**

**Name (Last, First, M.I.) (Include Aliases):** PERSO, MICHAEL   **DOB (MM/DD/YY):** 03/26/1984   **Age:** 33   ☐ Female ☐ Male  ☐ Self-Identified:

**Address (Street No., Street Name, Bldg. No., Apt No.):** 32 WILLIAM ST.   **Suspect Phone Number:** 516-572-9177   **Language:** ENGLISH

**City, State, Zip:** PORT JEFF STATION 11776   ☐ White ☐ Black ☐ Asian ☐ American Indian ☐ Other   ☐ Hispanic ☐ Non Hispanic ☐ Unknown   **Suspect supervised?** ☐ Probation ☐ Parole ☐ Not Supervised ☐ Status Unknown

**Do suspect and victim live together ?** ☐ Yes ☐ No   **Suspect/P2 present?** ☐ Yes ☐ No   **Was suspect injured?** ☐ Yes ☐ No If yes, describe:   **Possible drug or alcohol use?** ☐ Yes ☐ No   **Other Identifier:**

**Suspect (P2) Relationship to Victim (P1)** ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative:   **Do the suspect and victim have a child in common?** ☐ Yes ☐ No

**Emotional condition of VICTIM?** ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other: CALM

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?**
I CHANGED THE VISITATION AGREEMENT

**Did suspect make victim fearful?** ☐ Yes ☐ No If yes, describe:

**Weapon Used?** ☐ Yes ☐ No Gun: ☐ Yes ☐ No Other, describe:   **Suspect Threats?** ☐ Yes ☐ No If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

**Access to Guns?** ☐ Yes ☐ No If yes, describe:   **Strangulation?** ☐ Yes ☐ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

**Injured?** ☐ Yes ☐ No If yes, describe:

**In Pain?** ☐ Yes ☐ No If yes, describe:   **Visible Marks?** ☐ Yes ☐ No If yes, describe:

**What did the SUSPECT say** (Before and After Arrest): N/A

**710.30 completed?** ☐ Yes ☐ No

**Child/Witness (1) Name (Last, First, M.I.):** PERSO, MICHAEL   **DOB:** 10/21/14   **Child/Witness(1) Address (Street No., Name, Bldg./Apt)** 1 KATE CT PORT JEFF   **City, State, Zip:** PORT JEFFERSON, NY   **Phone:**

**Child/Witness (2) Name (Last, First, M.I.):** ___   **DOB:** ___   **Child/Witness (2) Address (Street No., Name, Bldg./Apt)** ___   **City, State, Zip:** ___   **Phone:**

**Briefly describe the circumstances of this incident:** P1 STATES THAT SHE JUST WANTED TO DOCUMENT THAT THE VISSATION AGREEMANT THAT IS IN PLACE FOR THEIR CHILD HAS CHANGED IN THAT P2 IS ONLY ALLOWED TO HAVE SUPERVISED VISITS WITH 'CJ' SO LONG AS P2's FATHER IS PRESENT ON TUESDAYS, THURSDAYS (5PM - 8:30PM) AND SUNDAYS (2:30PM - 8:30PM). P1 STATES A LETTER FROM HER ATTORNEY TO P2's ATTORNEY NOTIFIED HIM OF THIS CHANGE. COURT DOCKET NO: V-39753-16/17C. NO CRIME COMMITED. PISTOL LICENSE CHECKED WITH NEGATIVE RESULTS.

**DIR Repository checked?** ☐ Yes ☐ No   **Order of Protection Registry checked?** ☐ Yes ☐ No   **Order of Protection in effect?** ☐ Yes ☐ No ☐ Refrain ☐ Stay Away

**Evidence Present?** ☐ Yes ☐ No   **Photos taken:** ☐ Victim Injury ☐ Suspect Injury ☐ Other:   **Other Evidence:** ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other:   **Destruction of Property?** ☐ Yes ☐ No If yes, describe:

**Offense Committed?** ☐ Yes ☐ No   **Was suspect arrested?** ☐ Yes ☐ No If no, explain: NO OFFENSE   **Offense 1** ___   **Law (e.g. PL)** ___   **Offense 2** ___   **Law (e.g. PL)** ___

**POLICE COPY (Please make a copy for DA's office if appropriate)**   NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906   3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | B | ORI: Ø5TØ1 | Incident # 18-165467 | Complaint # 615 |

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

10/24/17 – VISITATION ISSUES
3/08/18 – VISITATION ISSUES

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (____) _____**

Has Suspect ever:

Threatened to kill you or your children? ☐ Yes ☑ No
Strangled or "choked" you? ☐ Yes ☑ No
Beaten you while you were pregnant? ☐ Yes ☑ No

Is suspect capable of killing you or children? ☐ Yes ☑ No
Is suspect violently and constantly jealous of you? ☐ Yes ☑ No
Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☑ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No if NO, Why:

Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why:

Signatures:

Reporting Officer (Print and Sign Include Rank and ID#)
CHRISTOPHER, BRIAN PO 657/160/2

Supervisor (Print and Sign Include Rank and ID#)
Justin Carey, Sgt 1794/660/4  Carey

### STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

*Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____/____/_____, (Date)
at _____ (Location of incident) in the County/City/Town/Village _____
of the State of New York, the following did occur: _____

NO STATEMENT PO657/60/2

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature  Y. Russo  Date 3/15/18
Witness or Officer Signature  PO657/160/2  Date

Note: Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 Of 2

Interpreter Signature and Interpreter Service Provider Name  Date
Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No

POLICE COPY (Please make a copy for DA's office if appropriate)  NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906  3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

**NEW YORK State**
**DOMESTIC INCIDENT REPORT**

| Agency: SCPD | A | 05101 | XW | 18-16200 |
|---|---|---|---|---|

**Incident**

| Reported Date (MM/DD/YY) 3│13│18 | Time (24 hours) 1436/1520 | Occurred Date 3│13│18 | Time (24 hours) 1430 | ☐ Officer Initiated ☒ Radio Run ☐ Walk-In ☐ ICAD (NYC) | Complaint # 607 |
|---|---|---|---|---|---|

Address (Street No., Street Name, Bldg. No., Apt No.) PERSO, MICHAEL 32 WILLIAMS ST | City, State, Zip PORT JEFF STATION

**Victim (P1)**

Name (Last, First, M.I.) (Include Aliases) PERSO, MICHAEL

| DOB (MM/DD/YY) 3│26│84 | Age: 33 | ☐ Female ☒ Male ☐ Self-Identified: |
|---|---|---|

Address (Street No., Street Name, Bldg. No., Apt No.) SAIA

City, State, Zip SAIA

Victim Phone Number: (516) 512-9177

Language: ENC

☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other

☒ Hispanic ☐ Non Hispanic ☐ Unknown

☐ Other Identifier:

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases) PERSO, JESSICA

| DOB (MM/DD/YY) 6│16│85 | Age: 32 | ☒ Female ☐ Male ☐ Self-Identified: |
|---|---|---|

Address (Street No., Street Name, Bldg. No., Apt No.) 1 KATE CT

City, State, Zip PORTSEFF STATION

☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other

☒ Hispanic ☐ Non Hispanic ☐ Unknown

☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☒ No | Suspect/P2 present? ☐ Yes ☒ No | Was suspect injured? ☐ Yes ☒ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☒ No | Suspect supervised? ☐ Probation ☐ Parole ☒ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☒ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____ | Do the suspect and victim have a child in common? ☒ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☒ Other: CALM

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? I WAS DENIED VISITATION AGAIN WITH MY SON.

Did suspect make victim fearful? ☐ Yes ☒ No If yes, describe:

Weapon Used? ☐ Yes ☒ No Gun: ☐ Yes ☒ No Other, describe: | Suspect Threats? ☐ Yes ☒ No If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Access to Guns? ☐ Yes ☒ No If yes, describe:

Injured? ☐ Yes ☒ No If yes, describe: | Strangulation? ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

In Pain? ☐ Yes ☒ No If yes, describe: | Visible Marks? ☐ Yes ☒ No If yes, describe:

**Suspect**

What did the SUSPECT say (Before and After Arrest): NO AT I/C FOR PO INTERVIEW.

710.30 completed? ☐ Yes ☒ No

**Witness**

| Child/Witness (1) Name (Last, First, M.I.) PERSO, MICHAEL JR. | DOB: 10│2│14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt) 1 KATE CT | City, State, Zip PORT JEFF STA | Phone: |
|---|---|---|---|---|
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |

**Incident Narrative**

Briefly describe the circumstances of this incident: C1 IS REPORTING THAT HE WAS DENIED HIS SCHEDULED VISITATION WITH HIS SON. C1 STATES THAT HE MADE SEVERAL ATTEMPTS TO CONTACT S1 REFERENCE THE VISITATION BUT HAS NOT BEEN ABLE TO GET IN (JTS) TOUCH WITH HER. C1'S VISITATION WAS SCHEDULED FOR 1430HRS.

**Offense / Evid.**

DIR Repository checked? ☐ Yes ☒ No | Order of Protection Registry checked? ☐ Yes ☒ No | Order of Protection in effect? ☐ Yes ☒ No ☐ Refrain ☐ Stay Away

Evidence Present? ☐ Yes ☒ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: _____ | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: _____ | Destruction of Property? ☐ Yes ☒ No If yes, Describe:

| Offense Committed? ☐ Yes ☒ No | Was suspect arrested? ☐ Yes ☒ No If no, explain: NO OFFENSE | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

| Agency: SCPD | B | ORI: 0501 | Incident #: 18-161200 | Complaint #: 18-161200  607 |

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First): PRIOR VISITATION DENIALS

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (____) _____

**Has Suspect ever:**

Threatened to kill you or your children?  ☐ Yes  ☒ No

Strangled or "choked" you?  ☐ Yes  ☒ No

Beaten you while you were pregnant?  ☐ Yes  ☒ No

Is suspect capable of killing you or children?  ☐ Yes  ☒ No

Is suspect violently and constantly jealous of you?  ☐ Yes  ☒ No

Has the physical violence increased in frequency or severity over the past 6 months?  ☐ Yes  ☒ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment?  ☐ Yes  ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes  ☐ No  if NO, Why:

Was Victim Rights Notice given to the Victim? ☒ Yes  ☐ No if NO, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#)  PO5485 /6c/3cc

Supervisor (Print and Sign include Rank and ID#)  Sgt. 1284/6c/Y Carey

### STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____/____/_____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

of the State of New York, the following did occur: _____

*No Statement*

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature

Date  N/A

Witness/Officer Signature  PO5485/6c/3c2

Date  8/13/18

**Note:**
Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 1 Of 1

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes  ☐ No  Interpreter Used ☐ Yes  ☐ No

Date

POLICE COPY (Please make a copy for DA's office if appropriate)   NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906   3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | A | | 05101 | AN 18-152938 |
|---|---|---|---|---|
| Reported Date: 03/08/2018 | Time (24 hours): 2018 | Occurred Date: 03/08/2018 | Time (24 hours): 1919 | ☐ Officer Initiated ☒ Radio Run ☐ Walk-in ☐ ICAD (NYC) | Complaint #: 607 |

| Address (Street No., Street Name, Bldg. No., Apt No.) 32 William St | City, State, Zip Port Jefferson Station, NY 11776 |

**Name (Last, First, M.I.) (Include Aliases)** Perso, Michael
DOB (MM/DD/YYYY): 08/26/1984  Age: 33
☐ Female ☒ Male  ☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.) 32 William St
Victim Phone Number: 516-512-9177
Language: ENG  ☐ Self-Identified:

City, State, Zip Port Jefferson station, NY 11776
☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other
☐ Hispanic ☒ Non Hispanic ☐ Unknown
☐ Other Identifier:

**Name (Last, First, M.I.) (Include Aliases)** Perso, Jessica
DOB (MM/DD/YYYY): 06/12/1985  Age: 32
☒ Female ☐ Male  ☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.) 1 Kate Ct.
Language: ENG  ☐ Self-Identified:

City, State, Zip Port Jefferson NY 11777
☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other
☐ Hispanic ☐ Non Hispanic ☐ Unknown
☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☒ No | Suspect/P2 present? ☐ Yes ☐ No | Was suspect injured? ☐ Yes ☒ No If yes, describe: | Possible drug or alcohol use? ☐ Yes ☐ No | Suspect supervised? ☐ Probation ☐ Parole ☒ Not Supervised ☐ Status Unknown |

**Suspect (P2) Relationship to Victim (P1)** ☒ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____
Do the suspect and victim have a child in common? ☒ Yes ☐ No

**Emotional condition of VICTIM?** ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☒ Other: CALM

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?**
"I need documentation"

**Did suspect make victim fearful?** ☐ Yes ☒ No If yes, describe:

| **Weapon Used?** ☐ Yes ☒ No Gun: ☐ Yes ☒ No Other, describe: | **Suspect Threats?** ☐ Yes ☒ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
| **Access to Guns?** ☐ Yes ☒ No If yes, describe: | |

| Injured? ☐ Yes ☒ No If yes, describe: | **Strangulation?** ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
| In Pain? ☐ Yes ☒ No If yes, describe: | **Visible Marks?** ☐ Yes ☒ No If yes, describe: |

**What did the SUSPECT say (Before and After Arrest):**

710.30 completed? ☐ Yes ☒ No

| Child/Witness (1) Name (Last, First, M.I.) Perso, Michael | DOB: 10/21/14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt) 1 Kate Ct | City, State, Zip Port Jeff, NY 11777 | Phone: |
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |

**Briefly describe the circumstances of this incident:** P₁ reports that his father was suppose to pick up C₁ today at 5 o'clock from P₂. P₁ stated that P₂ cancelled the visitation pick up. P₁ reports his father called him asking why P₁ cancelled the visit but P₁ told his father he did not cancel that it must have been P₂. P₁ reports he tried contacting P₂ asking why she cancelled the visitation exchange but P₁ reports P₂ did not answer. P₁ requested police documentation for his records.

※ Pistol Check - Negative

| DIR Repository checked? ☐ Yes ☒ No | Order of Protection Registry checked? ☒ Yes ☐ No | Order of Protection in Effect? ☐ Yes ☒ No | ☐ Refrain | ☐ Stay Away |

| Evidence Present? ☐ Yes ☒ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☒ No If yes, Describe: |

| Offense Committed? ☐ Yes ☒ No | Was suspect arrested? ☐ Yes ☒ No If no, explain: visitation exchange | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |

| Agency: SCPD | B | ORI# 05101 | Incident # 18-152638 | Complaint # 607 |

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

2/27/18 - visitation exchange
10/26/17 - visitation exchange
10/24/17 - visitation exchange

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____

**Has Suspect ever:**

| | | | |
|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes ☑ No | Is suspect capable of killing you or children? | ☐ Yes ☑ No |
| Strangled or "choked" you? | ☐ Yes ☑ No | Is suspect violently and constantly jealous of you? | ☐ Yes ☑ No |
| Beaten you while you were pregnant? | ☐ Yes ☑ No | Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☑ No | |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No
If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No if NO, Why: | Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#)
Robert King Robert Kg PO 6685/610/1

Supervisor (Print and Sign include Rank and ID#)
Justin Casey, Sgt. # 1294/660/4

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I.)

I _____ (Victim/Deponent Name) state that on ___/___/_____, (Date)
at _____ (Location of incident) in the County/City/Town/Village _____
_____ of the State of New York, the following did occur:

Robert Kg PO 6685/610/1

(Use additional page as needed)

**False Statements** made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.

Victim/Deponent Signature _____
Date _____

Witness or Officer Signature
Robert Kg PO 6685/610/1
Date 3/8/18

Interpreter Signature and Interpreter Service Provider Name _____ Date _____
Interpreter Requested ☐ Yes ☑ No Interpreter Used ☐ Yes ☑ No

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 Of 2

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

Agency: SCPD

| Reported Date (MM/DD/YY) | Time (24 hours) | Occurred Date (MM/DD/YY) | Time (24 hours) | Officer Initiated ☐ Radio Run ☐ Walk-in ☐<br>☐ ICAD (NYC) | Complaint # |
|---|---|---|---|---|---|
| 12 30 2018 | 1759/1915 | 12 30 2018 | 1755 | | 607 |

Incident # 752654

**Address** (Street No., Street Name, Bldg. No., Apt No.)
32 WILLIAM STREET

City, State, Zip
PORT JEFFERSON STATION 11776

| **Name** (Last, First, M.I.) (Include Aliases)<br>PERSO MICHAEL J | DOB (MM/DD/YY)<br>03 26 1784 34 | Age: | ☐ Female ☒ Male<br>☐ Self-Identified: |
|---|---|---|---|

Address (Street No., Street Name, Bldg. No., Apt No.)
32 WILLIAM STREET

City, State, Zip
PORT JEFFERSON STATION

Victim Phone Number:
(631) 997-2344

☒ White ☐ Black ☐ Asian
☐ American Indian ☐ Other

Language:
ENGLISH

☐ Hispanic ☒ Non Hispanic ☐ Unknown

☐ Other Identifier:

| **Name** (Last, First, M.I.) (Include Aliases)<br>PERSO JESSICA A | DOB (MM/DD/YY)<br>06 08 1985 33 | Age: | ☒ Female ☐ Male<br>☐ Self-Identified: |
|---|---|---|---|

Address (Street No., Street Name, Bldg. No., Apt No.)
1 KATE COURT

City, State, Zip
PORT JEFFERSON STATION, NY 11776

☒ White ☐ Black ☐ Asian
☐ American Indian ☐ Other

Language:
ENGLISH

☐ Hispanic ☒ Non Hispanic ☐ Unknown

| Do suspect and victim live together? ☐ Yes ☒ No | Suspect/P2 present? ☐ Yes ☒ No | Was suspect injured? ☐ Yes ☒ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☒ No | Suspect supervised? ☐ Probation ☐ Parole<br>☐ Not Supervised ☒ Status Unknown |
|---|---|---|---|---|

**Suspect (P2) Relationship to Victim (P1)** ☐ Married ☐ Intimate Partner/Dating ☒ Formerly Married ☐ Former Intimate Partner
☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other: ___

Do the suspect and victim have a child in common? ☒ Yes ☐ No

**Emotional condition of VICTIM?** ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☒ Other: CALM

What were the first words that **VICTIM** said to the Responding Officers at the scene regarding the incident?
I HAVE NOT SEEN MY SON IN OVER A YEAR

| Did suspect make victim fearful? ☐ Yes ☒ No If yes, describe: | | |
|---|---|---|
| **Weapon Used?** ☐ Yes ☒ No Gun: ☐ Yes ☒ No Other, describe: | **Suspect Threats?** ☐ Yes ☒ No If Yes, Threats to:<br>☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide | |
| **Access to Guns?** ☐ Yes ☒ No If yes, describe: | ☐ Other Describe: | |
| Injured? ☐ Yes ☒ No If yes, describe: | **Strangulation?** ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation | |
| In Pain? ☐ Yes ☒ No If yes, describe: | ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing<br>**Visible Marks?** ☐ Yes ☒ No If yes, describe: | |

What did the **SUSPECT** say (Before and After Arrest)

710.30 completed? ☐ Yes ☐ No

| Child/Witness (1) Name (Last, First, M.I.)<br>PERSO, MICHAEL JR | DOB:<br>10/21/14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt)<br>1 KATE COURT | City, State, Zip<br>PORT JEFFERSON STATION NY 11776 | Phone:<br>- |
|---|---|---|---|---|
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness (2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone:<br>- |

Briefly describe the circumstances of this incident: P₁ REPORTS THAT P₂ IS DENYING HIS VISITATION RIGHTS TO HIS SON ABOVE LISTED WHICH IS COURT ORDERED FOR EVERY OTHER DAY. P₁ ALSO STATES HE HAS NOT EVEN TALKED TO HIS SON. P₁ STATES THIS IS AN ONGOING PROBLEM AND REQUESTED DOCUMENTATION.

PISTOL LICENSE CHECK - NEGATIVE

| DIR Repository checked? ☐ Yes ☒ No | Order of Protection Registry checked? ☒ Yes ☐ No | Order of Protection in effect? ☒ Yes ☐ No ☒ Refrain ☒ Stay Away |
|---|---|---|

| Evidence Present? ☐ Yes ☒ No | **Photos taken:** ☐ Victim Injury ☐ Suspect Injury | **Other Evidence:** ☐ Damaged Property ☐ Videos | **Destruction of Property?** ☐ Yes ☒ No |
|---|---|---|---|
| | ☐ Other: | ☐ Electronic Evidence ☐ Other: | If yes, Describe: |

| Offense Committed? ☐ Yes ☒ No | Was suspect arrested? ☐ Yes ☒ No<br>If no, explain: VISITATION NO OFFENSE | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

| Agency: | | ORI# | | Incident # | Complaint # |
|---|---|---|---|---|---|
| SCPD | B | 03/01 | | 18- 752654 | 607 |

**Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):**

VISITATION DISPUTES

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (      ) _____.**

**Has Suspect ever:**

Threatened to kill you or your children? ☐ Yes ☒ No

Strangled or "choked" you? ☐ Yes ☒ No

Beaten you while you were pregnant? ☒ Yes ☐ No

Is suspect capable of killing you or children? ☐ Yes ☒ No

Is suspect violently and constantly jealous of you? ☐ Yes ☒ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☒ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522.**

Was DIR given to the Victim at the scene? ☒ Yes  ☐ No if NO, Why:

Was Victim Rights Notice given to the Victim? ☒ Yes  ☐ No if NO, Why:

**Signatures:**

Reporting Officer (Print and Sign Include Rank and ID#)  Viola POS 340/6015 Viola

Supervisor (Print and Sign Include Rank and ID#)  G. Dungon SGT 1300

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

of the State of New York, the following did occur:

NO STATEMENT (REFUSED)

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature  Date 12/30/18

Witness or Officer Signature  Viola POS 340/6015  Date 12/30/18

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 Of 2

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes ☒ No  Interpreter Used ☐ Yes ☒ No  Date

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE - 1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

Case 2:19-cv-02858-JMA-SIL   Document 2-1  Filed 05/14/19   Page 51 of 93 PageID #: 63

**DOMESTIC INCIDENT REPORT**

Agency: S-PD   Precinct#: 05101   Incident #: 18-691094

| Reported Date (MM/DD/YY) | Time (24 hours) | Occurred Date (MM/DD/YY) | Time (24 hours) | ☐ Officer Initiated | ☒ Radio Run | ☐ Walk-In | Complaint # |
|---|---|---|---|---|---|---|---|
| 11 26 18 | 2116 | 11 26 18 | 1838 | ☐ ICAD (NYC) | | | 607 |

Address (Street No., Street Name, Bldg., No.-Apt No.)  1 KATE CT.   City, State, Zip  PORT JEFFERSON NY 11777

**Victim (P1)**

Name (Last, First, M.I.) (Include Aliases)  PERSO JESSICA A.
DOB (MM/DD/YY) 6 12 85   Age 33   ☒ Female  ☐ Male  ☐ Self-Identified:

Address (Street No., Street Name, Bldg., No.-Apt No.)  1 KATE CT.
Language: ENGLISH

City, State, Zip  PORT JEFFERSON NY 11777
☒ White ☐ Black ☐ Asian   ☐ American Indian ☐ Other
☐ Hispanic ☒ Non Hispanic ☐ Unknown   Other Identifier:

How can we safely contact you? (i.e. Name, Phone, Email)

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases)  PERSO, MICHAEL J.
DOB (MM/DD/YY) 3 26 84   Age 34   ☐ Female  ☒ Male  ☐ Self-Identified:

Address (Street No., Street Name, Bldg., No.-Apt No.)  32 WILLIAM ST.
Suspect Phone Number: 631-997-2344   Language: ENGLISH.

City, State, Zip  PORT JEFFERSON NY (W) 11777 11776
☐ White ☒ Black ☐ Asian   ☐ American Indian ☐ Other
☐ Hispanic ☒ Non Hispanic ☐ Unknown   ☐ Other Identifier:

| Do suspect and victim live together ? ☐ Yes ☒ No | Suspect/P2 present? ☐ Yes ☒ No | Was suspect injured? ☐ Yes ☒ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☒ No | Suspect supervised? ☐ Probation ☐ Parole  ☐ Not Supervised ☒ Status Unknown |

Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner
☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other:
Do the suspect and victim have a child in common? ☒ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☒ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words the VICTIM said to the Responding Officers at the scene regarding the incident?  I RECEIVED AN E-MAIL FROM ONE OF MICHAELS EMAIL ADDRESSES

Did suspect make victim fearful? ☐ Yes ☒ No If yes, describe:

Weapon Used? ☐ Yes ☒ No Gun: ☐ Yes ☐ No Other, describe:
Suspect Threats? ☐ Yes ☒ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide

Access to Guns? ☐ Yes ☒ No If yes, describe:
☐ Other Describe:

Injured? ☐ Yes ☒ No If yes, describe:
Strangulation? ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation
☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

In Pain? ☐ Yes ☒ No If yes, describe:
Visible Marks? ☐ Yes ☒ No If yes, describe:

**Suspect**

What did the SUSPECT say (Before and After Arrest)  NOT AT T/L FOR INTERVIEW.

710.30 completed? ☐ Yes ☒ No

**Witness**

| Child/Witness (1) Name (Last, First, M.I.) | DOB: | Child/Witness(1) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |
|---|---|---|---|---|
| PERSO MICHAEL A | 10-21-14 | 1 KATE CT. | PORT JEFFERSON NY 11777 | 631-591-2021 |
| Child/Witness (2) Name (Last, First, M.I.) | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |

**Incident Narrative**

Briefly describe the circumstances of this incident:  P(1) REPORTS GETTING AN EMAIL FROM ONE OF HER ESTRANGED HUSBANDS EMAIL Jimr6862@gmail.com WHERE P(2) IS FILING LAWSUITS AGAINST FAMILY MEMBERS BECAUSE P(2) IS NOT GETTING VISITATION OF HIS SON. P(1) ~~BELIEVES~~ ALSO REPORTS THAT SHE HAS RECEIVED EMAILS FROM P(2) FROM THIS EMAIL IN THE PAST. THIS ACT BY P(2) DOES VIOLATE P(1)'S ORDER OF PROTECTION FROM FAMILY COURT DOCKET # O-07623-8 JUDGE GOOGLAS EXPIRES 5-18-19. UNDERSIGNED CHECKED S(1) ADDRESS # NO ANSWER.

**Offense / Evidence**

| DIR Repository checked? ☒ Yes ☐ No | Order of Protection Registry checked? ☒ Yes ☐ No | Order of Protection in effect? ☒ Yes ☐ No ☐ Refrain ☒ Stay Away |

| Evidence Present? ☐ Yes ☐ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury | Other Evidence: ☐ Damaged Property ☐ Videos | Destruction of Property? ☐ Yes ☒ No |
| | ☐ Other: | ☐ Electronic Evidence ☐ Other: | If yes, Describe: |

| Offense Committed? ☒ Yes ☐ No | Was suspect arrested? ☐ Yes ☒ No If no, explain: CRIMINAL CONTEMPT INVESTIGATION | Offense 1 215.50 | Law (e.g. PL) PL | Offense 2 | Law (e.g. PL) |

POLICE COPY (Please make a copy for DA's office if appropriate)   NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906   3221-03/2016 DCJS Copyright © 2016 by N

Agency: SCPD    **B**

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

Prior Domestics, Order Protection Docket #O-17621-17/17A in effect

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____

| Has Suspect ever: | | | | | |
|---|---|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes | ☒ No | Is suspect capable of killing you or children? | ☐ Yes | ☒ No |
| Strangled or "choked" you? | ☐ Yes | ☒ No | Is suspect violently and constantly jealous of you? | ☐ Yes | ☒ No |
| Beaten you while you were pregnant? | ☐ Yes | ☒ No | Has the physical violence increased in frequency or severity over the past 6 months? | ☐ Yes | ☒ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No if NO, Why:     Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if NO, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#)

Supervisor (Print and Sign include Rank and ID#)

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I.)

Perez, Jessica 6-12-85

I, Michael Perez _____ (Victim/Deponent Name) state that on 10/26/2017, (Date)

at 1075 Portion Rd Ste 12 _____ (Location of incident) in the County/City/Town/Village

_____ of the State of New York, the following did occur: My wife Jessica Perez (6/12/85)

[handwritten statement, partially illegible]

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature     Date 10/26/17

Witness or Officer Signature     Date 10/26/17

Interpreter Signature and Interpreter Service Provider Name     Date

Interpreter Requested ☐ Yes ☒ No   Interpreter Used ☐ Yes ☒ No

| Note: Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. | Page 2 Of 2 |

VICTIM / COMPLAINANT COPY     NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906     3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

**New York State**

Incident #

| Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☑ Officer Initiated | ☐ Radio Run | ☐ Walk-in | Complaint # |
|---|---|---|---|---|---|---|
| 1946 | 10/24/2017 | 1800 | ☐ ICAD (NYC) | | | 614 |

**Incide**

Address (Street No., Street Name, Bldg. No., Apt No.)
1 KATE CT

City, State, Zip
PORT JEFFERSON, NY

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases)
KEISO, JESSICA

DOB (MM/DD/YYYY) 06/24/1985   Age: 32   ☑ Female ☐ Male ☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.)
1 KATE CT

Suspect Phone Number:
(631)-591-0021

Language:
ENG

City, State, Zip
PORT JEFFERSON

☐ White ☐ Black ☐ Asian    ☐ Hispanic ☑ Non Hispanic ☐ Unknown
☐ American Indian ☐ Other    ☐ Other Identifier:

Do suspect and victim live together ? ☐ Yes ☑ No

Suspect/P2 present? ☐ Yes ☑ No

Was suspect injured? ☐ Yes ☑ No If yes, describe:

Possible drug or alcohol use? ☐ Yes ☑ No

Suspect supervised? ☐ Probation ☐ Parole
☐ Not Supervised ☑ Status Unknown

Suspect (P2) Relationship to Victim (P1) ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner
☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____

Do the suspect and victim have a child in common? ☑ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☑ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? I WANT MY SON

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

Weapon Used? ☐ Yes ☐ Gun: ☐ Yes ☐ No Other, describe:

Suspect Threats? ☐ Yes ☑ No If yes, Threats to:
☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide
☐ Other Describe:

Access to Guns? ☐ Yes ☑ No If yes, describe:

Injured? ☐ Yes ☑ No If yes, describe:

In Pain? ☐ Yes ☑ No If yes, describe:

Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation
☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
Visible Marks? ☐ Yes ☑ No If yes, describe:

**Suspect**

What did the SUSPECT say (Before and After Arrest): N/A

710.30 completed? ☐ Yes ☑ No

**Incident Narrative**

Briefly describe the circumstances of this incident: P1 IS ANNOYED WITH P2 NOT TURNING OVER ABOVE CHILD FOR VISITATION.

PISTOL LICENSE, NEGATIVE
SGT ALFIERI ON SCENE

**Evid.**

DIR Repository checked? ☑ Yes ☐ No   Order of Protection Registry checked? ☑ Yes ☐ No   Order of Protection in effect? ☑ Yes ☐ No ☐ Refrain ☐ Stay Away

Evidence Present? ☐ Yes ☑ No

Photos taken: ☐ Victim Injury ☐ Suspect Injury
☐ Other:

Other Evidence: ☐ Damaged Property ☐ Videos
☐ Electronic Evidence ☐ Other:

Destruction of Property? ☐ Yes ☑ No
If yes, Describe:

**Offense**

Offense Committed? ☐ Yes ☑ No

Was suspect arrested? ☐ Yes ☑ No
If no, explain: NO OFFENSE

Offense 1

Law (e.g. PL)

Offense 2

Law (e.g. PL)

VICTIM / COMPLAINANT COPY

NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906

3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

**New York State**
**DOMESTIC INCIDENT REPORT**

| Agency: | | | | | Incident # 759 |
|---|---|---|---|---|---|

| Reported Date | Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☐ Officer Initiated ☐ Radio Run ☐ Walk-in | Complaint # |
|---|---|---|---|---|---|
| 10/24/2017 | 1157 | 10/24/2017 | 1200 | ☐ ICAD (NYC) | 605 |

Address (Street No., Street Name, Bldg. No., Apt#)
1080 Portion Rd

City, State, Zip
Farmingville NY 11779

## Suspect (P2)

| Name (Last, First, M.I.) (Include Aliases) Perso Sessica | DOB (MM/DD/YYYY) 6/12/1985 | Age: 32 | ☐ Female ☒ Male ☐ Self-Identified: |
|---|---|---|---|

Address (Street No., Street Name, Bldg. No., Apt No.)
1 Kati Ct

Suspect Phone Number: | Language: Eng

City, State, Zip
Port Jefferson NY

☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other | ☐ Hispanic ☒ Non Hispanic ☐ Unknown
☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☒ No | Suspect/P2 present? ☐ Yes ☒ No | Was suspect injured? ☐ Yes ☒ No If yes, describe: | Possible drug or alcohol use? ☐ Yes ☒ No | Suspect supervised? ☐ Probation ☐ Parole ☒ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

| Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☒ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other: | Do the suspect and victim have a child in common? ☒ Yes ☐ No |
|---|---|

## Victim Interview

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☒ Other: Calm

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
I just want to see my Kid today

Did suspect make victim fearful? ☐ Yes ☒ No If yes, describe:

Weapon Used? ☐ Yes ☒ No Gun: ☐ Yes ☐ No Other, describe: | Suspect Threats? ☐ Yes ☒ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Access to Guns? ☐ Yes ☒ No If yes, describe:

Injured? ☐ Yes ☒ No If yes, describe: | Strangulation? ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
In Pain? ☐ Yes ☒ No If yes, describe: | Visible Marks? ☐ Yes ☒ No If yes, describe:

## Suspect

What did the SUSPECT say (Before and After Arrest):
No Arrest

710.30 completed? ☐ Yes ☒ No

## Incident Narrative

Briefly describe the circumstances of this incident: Person 1 requests police assistance to pick up above listed son Michael Perso Jr. 10-21-14. Person 2 refused visitation from Person 1 due to recent psychological issues going on with Person 1 on sunday October 15th and other past issues. Person 1 denies allegations and states he will return to family court to try and amend current order of protection. No crime committed. Pistol license check yielding negative results. Sgt. O'Callaghan on scene.

## Evidence

| DIR Repository checked? ☒ Yes ☐ No | Order of Protection Registry checked? ☒ Yes ☐ No | Order of Protection in effect? ☒ Yes ☐ No ☐ Refrain ☐ Stay Away |
|---|---|---|

| Evidence Present? ☐ Yes ☒ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☒ No If yes, Describe: |
|---|---|---|---|

## Offense

| Offense Committed? ☐ Yes ☒ No | Was suspect arrested? ☐ Yes ☒ No If no, explain: No Crime | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

VICTIM / COMPLAINANT COPY | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

Agency: SCPD

**B**

Incident # 17-682557

Complaint # 674

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First): 10/16/17 FIXING ORDER OF PROTECTION

IN COURT

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (    ) _____**

| Has Suspect ever: | | | |
|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes ☑ No | Is suspect capable of killing you or children? | ☐ Yes ☑ No |
| Strangled or "choked" you? | ☐ Yes ☑ No | Is suspect violently and constantly jealous of you? | ☐ Yes ☑ No |
| Beaten you while you were pregnant? | ☐ Yes ☐ No | Has the physical violence increased in frequency or severity over the past 6 months? | ☐ Yes ☐ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No if NO, Why: _____ | Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why: _____

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#) PO TAUB T 20673 2/610/1 | Supervisor (Print and Sign include Rank and ID#)

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I) PERSO, JESSICA 6/12/85

I PERSO, MICHAEL 3/26/84 (Victim/Deponent Name) state that on 10/24/2017 (Date)
at 1 KATE CT, PORT JEFFERSON (Location of incident) in the County/City/Town/Village
SUFFOLK of the State of New York, the following did occur: I WENT TO GET MY
SON FROM SCHOOL BECAUSE I HAVE VISITATION TODAY AND
MY WIFE, JESSICA PERSO 6/12/85, PICKED HIM UP SO I COULD NOT
SEE HIM

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature _____ | Date 10/24/17

Witness or Officer Signature PO TAUB T 20673 2/610/1 | Date 10/24/17

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 of 2

_____ and Interpreter Service Provider Name _____ | Date _____
_____ Yes ☑ No    Interpreter Used ☐ Yes ☑ No

NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906    3221- 03/2016 DCJS Copyright ©2016 by NYS DCJS

| Agency: | | ORI | | Incident # | | Complaint # |
| --- | --- | --- | --- | --- | --- | --- |
| SCPD | | 05101 | | 118-1525 4 | | 661 |

**Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):**

7/17/17 – Visitation exchange

11/11/17 – order of protection was vacated – not violated

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( )          .**

**Has Suspect ever:**

Threatened to kill you or your children? ☐ Yes ☑ No

Strangled or "choked" you? ☐ Yes ☑ No

Beaten you while you were pregnant? ☐ Yes ☑ No

Is suspect capable of killing you or children? ☐ Yes ☑ No

Is suspect violently and constantly jealous of you? ☑ Yes ☐ No

Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☑ No

**Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment?** ☐ Yes ☑ No

If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522.**

Was DIR given to the Victim at the scene? ☑ Yes ☐ No If NO, Why:

Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No If NO, Why:

**Signatures:**

| Reporting Officer (Print and Sign Include Rank and ID#) | Supervisor (Print and Sign Include Rank and ID#) |
| --- | --- |
| Robert King  Robert Kg  PO 665/610/1 | Justin Carey  Sgt. 1294/660/4 |

### STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

Perso, Michael

I Perso, Jessica (Victim/Deponent Name) state that on 03 / 08 / 2018, (Date) at 1 Kate ct (Location of incident) in the County/City/Town/Village Port Jeff of the State of New York, the following did occur: At approximately 11 o'clock today I set up a visitation exchange with Michael's father who is the visitation exchange supervisor. He did agree that he would be at the house at 5 o'clock to pick up Perso, Michael (10/21/14) in which he did not show up. I am requesting police documentation to prove that I did attempt to let Michael Perso (7/26/84) have his son today but Michael Perso (3/26/84) did not have his father pick his son up.

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

J Perso

Victim/Deponent Signature

Date 3/8/18

Robert Kg  PO 665/610/1

Witness or Officer Signature

Date 3/8/18

**Note:**
Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 Of 2

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes ☑ No Interpreter Used ☐ Yes ☑ No

Date

**Agency:** SCPD

| Reported Date (MM/DD/YYYY) | Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☒ Officer Initiated ☐ Radio Run ☐ Walk-in | ORI: | Incident # |
|---|---|---|---|---|---|---|
| 03 / 08 / 2018 | 1853 | 03 / 08 / 2018 | 1721 | ☐ ICAD (NYC) | | Complaint # 607 |

**Address (Street No., Street Name, Bldg. No., Apt No.):** 1. Kate CT
**City, State, Zip:** Port Jefferson NY 11777

| Name (Last, First, M.I.) (Include Aliases): Perso, Jessica | DOB (MM/DD/YYYY): 06 / 12 / 1985 | Age: 32 | ☒ Female ☐ Male ☐ Self-Identified: |
|---|---|---|---|

**Address (Street No., Street Name, Bldg. No., Apt No.):** 1 Kate Ct.
**Language:** ENG.
**City, State, Zip:** Port Jefferson NY 11777

☒ White ☐ Black ☐ Asian  ☐ Hispanic ☒ Non Hispanic ☐ Unknown
☐ American Indian ☐ Other
**Other Identifier:** —

| Name (Last, First, M.I.) (Include Aliases): Perso, Michael | DOB (MM/DD/YYYY): 03 / 26 / 1984 | Age: 33 | ☐ Female ☒ Male ☐ Self-Identified: |
|---|---|---|---|

**Address (Street No., Street Name, Bldg. No., Apt No.):** 32 William St
**Suspect Phone Number:** 516-512-9777
**Language:** ENG.
**City, State, Zip:** Port Jefferson Station NY 11776

☒ White ☐ Black ☐ Asian  ☐ Hispanic ☒ Non Hispanic ☐ Unknown
☐ American Indian ☐ Other

| Do suspect and victim live together? ☐ Yes ☒ No | Suspect/P2 present? ☐ Yes ☒ No | Was suspect injured? ☐ Yes ☒ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☒ No | Suspect supervised? ☐ Probation ☐ Parole ☒ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

**Suspect (P2) Relationship to Victim (P1):** ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ___
**Do the suspect and victim have a child in common?** ☒ Yes ☐ No

**Emotional condition of VICTIM?** ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☒ Other: CALM

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?**
"He never showed up"

**Did suspect make victim fearful?** ☐ Yes ☒ No If yes, describe:

**Weapon Used?** ☐ Yes ☒ No  **Gun:** ☐ Yes ☒ No Other, describe:
**Suspect Threats?** ☐ Yes ☒ No  If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

**Access to Guns?** ☐ Yes ☒ No If yes, describe:

**Injured?** ☐ Yes ☒ No If yes, describe:
**Strangulation?** ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
**In Pain?** ☐ Yes ☒ No If yes, describe:
**Visible Marks?** ☐ Yes ☒ No If yes, describe:

**What did the SUSPECT say?** (Before and After Arrest):

**710.30 completed?** ☐ Yes ☒ No

| Child/Witness (1) Name (Last, First, M.I.): Perso, Michael | DOB: 10/21/14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt): 1 Kate CT | City, State, Zip: Port Jeff, NY 11777 | Phone: — |
|---|---|---|---|---|
| Child/Witness (2) Name (Last, First, M.I.): | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt): | City, State, Zip: | Phone: — |

**Briefly describe the circumstances of this incident:** P1 reports that P2's dad was suppose to pick up C1 today at 5 o'clock in which there was an agreement with P2's dad was going to be there as well for the supervised visit. P1 reports that P2's dad did not show up to see C1. P1 is requesting police documentation because P1 states P2 says she does not let P2 see C1. P1 wants documentation for proof and does have text messages stating there was an agreement to pick C1 up at 5 o'clock. P1 states that P2's dad never showed up and that he usually shows up by himself to pick up C1.

✱ Pistol Check - Negative

| DIR Repository checked? ☒ Yes ☐ No | Order of Protection Registry checked? ☒ Yes ☐ No | Order of Protection in effect? ☐ Yes ☒ No ☐ Refrain ☐ Stay Away |
|---|---|---|

| Evidence Present? ☐ Yes ☒ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☒ No If Yes, Describe: |
|---|---|---|---|

| Offense Committed? ☐ Yes ☒ No | Was suspect arrested? ☐ Yes ☒ No If no, explain: visitation | Offense 1 — | Law (e.g. PL) — | Offense 2 — | Law (e.g. PL) — |
|---|---|---|---|---|---|

Case 2:19-cv-02858-JMA-SIL Document 14-19 Filed 05/14/19 Page 58 of 93 PageID #: 34070

**New York State**
**Domestic Incident Report**

| | |
|---|---|
| Agency: SCPD | ORI: | Incident # |

## Incident

| Reported Date (MM/DD/YY): 2 27 18 | Time (24 hours): 1814 1900 | Occurred Date: 2 27 18 | Time (24 hours): 1700 | ☑ Officer Initiated ☐ ICAD (NYC) | ☐ Radio Run ☐ Walk-in | Complaint # 602 |

Address (Street No., Street Name, Bldg. No., Apt No.): 32 William St
City, State, Zip: Port Jefferson Sta NY 11772

## Victim (P1)

Name (Last, First, M.I.) (Include Aliases): Perio, Michael
Address (Street No., Street Name, Bldg. No., Apt No.): 32 William St
City, State, Zip: Port Jefferson station NY 11772

| DOB (MM/DD/YY): 3 26 84 | Age: 33 | ☐ Female ☑ Male ☐ Self-Identified: |
| Victim Phone Number: 5165127177 | | Language: English |

☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other
☐ Hispanic ☑ Non Hispanic ☐ Unknown
☐ Other Identifier:

## Suspect (P2)

Name (Last, First, M.I.) (Include Aliases): Perio, Jessica
Address (Street No., Street Name, Bldg. No., Apt No.): 32 1 Kate ct
City, State, Zip: Port Jefferson NY 11776

| DOB (MM/DD/YY): 6 12 85 | Age: 32 | ☑ Female ☐ Male ☐ Self-Identified: |
| | | Language: English |

☐ White ☐ Black ☐ Asian ☐ American Indian ☐ Other
☐ Hispanic ☑ Non Hispanic ☐ Unknown
☐ Other Identifier:

| Do suspect and victim live together ? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |

Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☑ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim ☐ Child of Victim ☐ Relative: | Do the suspect and victim have a child in common? ☑ Yes ☐ No

## Victim Interview

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: calm

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? She denied my visitation

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☐ No Other, describe:

Access to Guns? ☐ Yes ☑ No If yes, describe:

Suspect Threats? ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

| Injured? ☐ Yes ☑ No If yes, describe: | Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
| In Pain? ☐ Yes ☑ No If yes, describe: | Visible Marks? ☐ Yes ☑ No If yes, describe: |

## Suspect

What did the SUSPECT say (Before and After Arrest): N/A

710.30 completed? ☐ Yes ☑ No

## Witnesses

| Child/Witness (1) Name (Last, First, M.I.): Perio, Michael Jr | DOB: 10/21/14 | Child/Witness(1) Address (Street No., Name, Bldg./Apt): 32 William St | City, State, Zip: Port Jeff sta NY 11777 | Phone: — |
| Child/Witness (2) Name (Last, First, M.I.): | DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt): | City, State, Zip: | Phone: |

## Incident Narrative

Briefly describe the circumstances of this incident: P1 reports him and his ex wife P2 share visitation of their child C1 and on todays date P1 has visitation at 5pm. P1 reports P2 did not show up he refused visitation. P1 wants police documentation for court purposes. P1 and P2 legally married but separated. Neg polrd permit. Neg orders of protection.

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away |

## Evidence

| Evidence Present? ☐ Yes ☑ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☑ No If yes, Describe: |

## Offense

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJ

Agency: SCPD                                    OR# 18-135070    607

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

Visitation dispute

**Prior History**

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (     ) _____

| Has Suspect ever: | | | |
|---|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☒ No | Is suspect capable of killing you or children? ☐ Yes ☒ No |
| Strangled or "choked" you? ☐ Yes ☒ No | Is suspect violently and constantly jealous of you? ☐ Yes ☒ No |
| Beaten you while you were pregnant? ☐ Yes ☒ No | Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☒ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No
If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes   ☐ No  if NO, Why: | Was Victim Rights Notice given to the Victim? ☒ Yes   ☐ No if NO, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#)
Michael Cappelli   A   PO6497/610/2

Supervisor (Print and Sign include Rank and ID#)
Thomas ___ Shea Sgt 1138/6/10/2

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)
at _____ (Location of incident) in the County/City/Town/Village _____
of the State of New York, the following did occur:

Refused

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature                              Date 2/27/18
Witness or Officer Signature   A PO6497/610/2          Date 2/27/18

Interpreter Signature and Interpreter Service Provider Name
Interpreter Requested ☐ Yes ☒ No  Interpreter Used ☐ Yes ☒ No          Date

**Note:**
Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 1 Of 1

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

**New York State**
**A**
**DOMESTIC INCIDENT REPORT**

| Agency: SCPD | | Incident # 17-627754 |
|---|---|---|

**Incident**

| Reported Date (MM/DD/YY) 10 24 2017 | Time (24 hours) 1157 | Occurred Date (MM/DD/YY) 10 24 2017 | Time (24 hours) 1200 | ☐ Officer Initiated ☐ Radio Run ☐ Walk-in | ☐ ICAD (NYC) | Complaint # 605 |
|---|---|---|---|---|---|---|

Address, Street No., Street Name, Bldg. No., Apt No.: 1080 Portion Rd

City, State, Zip: Farmingville NY 11779

**Suspect (P2)**

| Name (Last, First, M.I.) (Include Aliases): Perna Jessica | DOB (MM/DD/YYYY) 6 19 1985 | Age: 32 | ☐ Female ☐ Male ☐ Self-Identified: |
|---|---|---|---|

| Address (Street No., Street Name, Bldg. No., Apt No.): 1 Katz Ct. | Suspect Phone Number: | Language: Eng |
|---|---|---|

| City, State, Zip: Port Jefferson NY | ☐ White ☐ Black ☐ Asian ☐ American Indian ☐ Other | ☐ Hispanic ☐ Non Hispanic ☐ Unknown ☐ Other Identifier: |
|---|---|---|

| Do suspect and victim live together ? ☐ Yes ☐ No | Suspect/P2 present? ☐ Yes ☐ No | Was suspect injured? ☐ Yes ☐ No If yes, describe: | Possible drug or alcohol use? ☐ Yes ☐ No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

| Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other: | Do the suspect and victim have a child in common? ☐ Yes ☐ No |
|---|---|

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other: Calm

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
I just want to see my kid today

| Did suspect make victim fearful? ☐ Yes ☐ No If yes, describe: | |
|---|---|
| Weapon Used? ☐ Yes ☐ No Gun: ☐ Yes ☐ No Other, describe: | Suspect Threats? ☐ Yes ☐ No If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
| Access to guns? ☐ Yes ☐ No If yes, describe: | |
| Injured? ☐ Yes ☐ No If yes, describe: | Strangulation? ☐ Yes ☐ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
| In Pain? ☐ Yes ☐ No If yes, describe: | Visible Marks? ☐ Yes ☐ No If yes, describe: |

**Suspect**

What did the SUSPECT say (Before and After Arrest):
No Arrest

710.30 completed? ☐ Yes ☐ No

**Incident Narrative**

Briefly describe the circumstances of this incident: Person 1 requests police assistance to pick up above listed son Michael Perna Jr. 10-21-14. Person 2 refused visitation from Person 1 due to recent psychological issue going on with Person 1 on Sunday a prior trip and other past issues. Person 1 denies allegations and states he will return to family court to try and amend current order of protection. No crime committed. Past items child yielding negative result & Sgt. O'Callaghan on scene.

| DIR Repository checked? ☐ Yes ☐ No | Order of Protection Registry checked? ☐ Yes ☐ No | Order of Protection in effect? ☐ Yes ☐ No ☐ Refrain ☐ Stay Away |
|---|---|---|

**Evid**

| Evidence Present? ☐ Yes ☐ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☐ No If yes, Describe: |
|---|---|---|---|

**Offense**

| Offense Committed? ☐ Yes ☐ No | Was suspect arrested? ☐ Yes ☐ No If no, explain: No crime | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

VICTIM / COMPLAINANT COPY

**New York State**
**DOMESTIC INCIDENT REPORT**

| | | A | | | | |
|---|---|---|---|---|---|---|
| Time (24 hours) | Occurred Date | Time (24 hours) | ☐ Officer Initiated | ☐ Radio Run | ☐ Walk-in | Complaint # |
| | 10/24/2017 | 1800 | ☐ ICAD # | | | 614 |

Incident #

Address (Street No., Street Name, Bldg., Apt No.) KATE CT

City, State, Zip PORT JEFFERSON NY

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases) NASO, JESSICA

Address (Street No., Street Name, Bldg., No., Apt No.) 1. KATE CT

City State, Zip PORT JEFFERSON

| | |
|---|---|
| DOB 06/21/1985 | Age: 32 |
| ☐ Female  ☐ Male | |
| ☐ Self-Identified: | |

Suspect Phone Number: (631)-591-2021

Language: ENG

☐ White  ☐ Black  ☐ Asian     ☐ Hispanic  ☒ Non Hispanic  ☐ Unknown
☐ American Indian  ☐ Other     ☐ Other Identifier:

Do suspect and victim live together ? ☐ Yes  ☒ No

Suspect/P2 present? ☐ Yes  ☒ No

Was suspect injured? ☐ Yes  ☒ No  If yes, describe:

Possible drug or alcohol use? ☐ Yes  ☒ No

Suspect supervised? ☐ Probation  ☐ Parole  ☐ Not Supervised  ☒ Status Unknown

Suspect (P2) Relationship to Victim (P1) ☒ Married  ☐ Intimate Partner/Dating  ☐ Formerly Married  ☐ Former Intimate Partner
☐ Parent of Victim (P1)  ☐ Child of Victim  ☐ Relative:     ☐ Other:

Do the suspect and victim have a child in common? ☐ Yes  ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☒ Upset  ☐ Nervous  ☐ Crying  ☐ Angry  ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? I WANT MY SON

Did suspect make victim fearful? ☐ Yes  ☒ No  If yes, describe:

Weapon Used? ☐ Yes  ☒ No  Gun: ☐ Yes  ☐ No  Other, describe:

Suspect Threats? ☐ Yes ☒ No  If yes, Threats to:
☐ Victim  ☐ Child(ren)  ☐ Pet  ☐ Commit Suicide
☐ Other Describe:

Access to Guns? ☐ Yes  ☒ No  If yes, describe:

Injured? ☐ Yes  ☒ No  If yes, describe:

In Pain? ☐ Yes  ☒ No  If yes, describe:

Strangulation? ☐ Yes  ☒ No  ☐ Loss of Consciousness  ☐ Urination/Defecation
☐ Red eyes/Petechia  ☐ Sore Throat  ☐ Breathing Changed  ☐ Difficulty Swallowing
Visible Marks? ☐ Yes  ☒ No  If yes, describe:

**Suspect**

What did the SUSPECT say (Before and After Arrest): N/A

710.30 completed? ☐ Yes  ☐ No

**Incident Narrative**

Briefly describe the circumstances of this incident: P1 IS ANNOYED WITH P2 NOT TURNING OVER ABOVE CHILD FOR VISITATION.

P1 SIU LICENSE NEGATIVE
SGT ALFIERI ON SCENE

**Evidence**

DIR Repository checked? ☒ Yes  ☐ No

Order of Protection Registry checked? ☒ Yes  ☐ No

Order of Protection in effect? ☒ Yes  ☐ No  ☒ Refrain  ☐ Stay Away

Evidence Present? Photos taken: ☐ Victim Injury  ☐ Suspect Injury
☐ Other:

Other Evidence: ☐ Damaged Property  ☐ Videos
☐ Electronic Evidence ☐ Other:

Destruction of Property? ☐ Yes  ☒ No
If yes, Describe:

**Offense**

Offense Committed? ☐ Yes  ☒ No

Was suspect arrested? ☐ Yes  ☒ No
If no, explain NO OFFENSE

Offense 1

Law (e.g. PL)

Offense 2

Law (e.g. PL)

VICTIM / COMPLAINANT COPY

NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906

3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

**New York State**
## DOMESTIC INCIDENT REPORT

**A**

| Agency: SCPD | Incident #: 17624333 |
|---|---|

**Incident**

| Reported Date: 10/04/2017 | Time (24 hours): 1746 | Occurred Date: 10/04/2017 | Time (24 hours): 1800 | ☐ Officer Initiated  ☐ Radio Run  ☐ Walk-in  ☐ ICAO (NYC) | Complaint #: 614 |
|---|---|---|---|---|---|

| Address (Street No., Street Name, Bldg. No., Apt No.): 1 KATE CT | City, State, Zip: PORT JEFFERSON, NY |
|---|---|

**Suspect (P2)**

| Name (Last, First, M.I.) (Include Aliases): VEFFO, JESSICA | DOB (MM/DD/YYYY): 20/01/1984  Age: 32 | ☐ Female  ☐ Male  ☐ Self-Identified: |
|---|---|---|

| Address (Street No., Street Name, Bldg. No., Apt No.): 1 KATE CT | Suspect Phone Number: (631)-591-2021 | Language: ENG |
|---|---|---|

| City, State, Zip: PORT JEFFERSON | ☐ White  ☐ Black  ☐ Asian ☐ American Indian  ☐ Other | ☐ Hispanic  ☐ Non Hispanic  ☐ Unknown ☐ Other Identifier: |
|---|---|---|

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes, describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☑ Status Unknown |
|---|---|---|---|---|

| Suspect (P2) Relationship to Victim (P1) ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other: | Do the suspect and victim have a child in common? ☐ Yes ☐ No |
|---|---|

**Victim Interview**

Emotional condition of **VICTIM**? ☑ Upset  ☐ Nervous  ☐ Crying  ☐ Angry  ☐ Other:

What were the first words that **VICTIM** said to the Responding Officers at the scene regarding the incident? I WANT MY SON

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

| Weapon Used? ☐ Yes ☑ No  Gun: ☐ Yes ☐ No Other, describe: | Suspect Threats? ☐ Yes ☑ No If yes, Threats to: ☐ Victim  ☐ Child(ren)  ☐ Pet  ☐ Commit Suicide |
|---|---|
| Access to Guns? ☐ Yes ☑ No If yes, describe: | ☐ Other Describe: |

| Injured? ☐ Yes ☑ No If yes, describe: | Strangulation? ☐ Yes ☑ No  ☐ Loss of Consciousness  ☐ Urination/Defecation |
|---|---|
| In Pain? ☐ Yes ☑ No If yes, describe: | ☐ Red eyes/Petechia  ☐ Sore Throat  ☐ Breathing Changed  ☐ Difficulty Swallowing Visible Marks? ☐ Yes ☑ No If yes, describe: |

**Suspect**

What did the **SUSPECT** say (Before and After Arrest): N/A

710.30 completed? ☐ Yes ☐ No

**Incident Narrative**

Briefly describe the circumstances of this incident: P1 IS ANNOYED WITH P2 NOT TURNING OVER ABOVE CHILD FOR VISITATION.

P9CU LICENSE NEGATIVE
SGT. ALFIERI ON SCENE

| DIR Repository checked? ☐ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☐ No  ☑ Refrain  ☐ Stay Away |
|---|---|---|

**Evid**

| Evidence Present? ☐ Yes ☐ No | Photos taken: ☐ Victim Injury  ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property  ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☐ No If yes, Describe: |
|---|---|---|---|

**Offense**

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: NO OFFENSE | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

Case 2:19-cv-02858-JMA-SIL   Document 3-1   Filed 06/14/19   Page 63 of 93 PageID #: 75

**DOMESTIC INCIDENT REPORT**

| Agency: | A | | | | | 18-17-836 |
|---|---|---|---|---|---|---|

| Incident | Reported Date (MM/DD/YY) 3 15 18 | Time (24 hours) 3 15 18 | Occurred Date (MM/DD/YY) 3 15 18 | Time (24 hours) | ☑ Officer Initiated ☐ Radio Run ☐ Walk-in ☐ ICAD (NYC) | Complaint # 607 |
|---|---|---|---|---|---|---|

Address (Street No., Street Name, Bldg. No., Apt No.)
72 Willi_m St

City, State, Zip  PORT JEFF STATION

| | Name (Last, First, M.I.) (Include Aliases) PERSU, JESSICA | | DOB (MM/DD/YY) 6 14 85 | Age: 33 | ☑ Female ☐ Male ☐ Self-Identified |
|---|---|---|---|---|---|
| Suspect (P2) | Address (Street No., Street Name, Bldg. No., Apt No.) 1 Kate Ct | | Suspect Phone Number: — (63) 987-7175 | | Language: CNC |
| | City, State, Zip  Port Jeff Station | | ☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other | | ☐ Hispanic ☐ Non Hispanic ☐ Unknown ☐ Other Identifier: |

| Do suspect and victim live together ? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

| Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other: | Do the suspect and victim have a child in common? ☑ Yes ☐ No |
|---|---|

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other: CALM

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

| Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☑ No Other, describe: | Suspect Threats? ☐ Yes ☑ No If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
|---|---|

Access to Guns? ☐ Yes ☑ No If yes, describe:

| Injured? ☐ Yes ☑ No If yes, describe: | Strangulation? ☐ Yes ☐ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
|---|---|
| In Pain ? ☐ Yes ☑ No If yes, describe: | Visible Marks? ☐ Yes ☑ No If yes, describe: |

What did the SUSPECT say (Before and After Arrest): Not At J/L For PO Interview

710.30 completed? ☐ Yes ☐ No

Briefly describe the circumstances of this incident: C. Reports that S1 Denied Him His Scheduled Visitation with their son. C. States that this is an ongoing problem and is requesting PD Documentation of Incident. No Orders of Protection or Pistol License on File

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away |
|---|---|---|

| Evidence Present? ☐ Yes ☑ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☑ No If yes, Describe: |
|---|---|---|---|

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☐ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906   3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: | B | Incident # | Complaint # |
|---|---|---|---|

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

*(handwritten, illegible)*

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (        ) _____

| **Has Suspect ever:** | | | | | |
|---|---|---|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☑ No | | Is suspect capable of killing you or children? | ☐ Yes ☐ No |
| Strangled or "choked" you? ☐ Yes ☑ No | | Is suspect violently and constantly jealous of you? | ☐ Yes ☐ No |
| Beaten you while you were pregnant? ☐ Yes ☑ No | | Has the physical violence increased in frequency or severity over the past 6 months? | ☐ Yes ☐ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No if NO, Why: _____   Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why: _____

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#)   *(handwritten signature)*   Supervisor (Print and Sign include Rank and ID#)

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

*(handwritten)*

I _____ *(handwritten)* _____ (Victim/Deponent Name) state that on __/__/__, (Date)

at _____ (Location of incident) in the County/City/Town/Village

_____ of the State of New York, the following did occur: *(handwritten)*

*(handwritten lines of statement)*

*(Use additional page as needed)*

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature *(handwritten)* | Date *(handwritten)* | **Note:** |
|---|---|---|
| Witness or Officer Signature *(handwritten)* | Date | Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. |

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes ☑ No  Interpreter Used ☐ Yes ☐ No        Date

Page ___ Of ___

| Agency: | B | Incident # | Complaint # |
|---|---|---|---|

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

Prior vis ____

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (____) _____

| Has Suspect ever: | | | Is suspect capable of killing you or children? | ☐ Yes | ☑ No |
|---|---|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes | ☑ No | Is suspect violently and constantly jealous of you? | ☐ Yes | ☑ No |
| Strangled or "choked" you? | ☐ Yes | ☑ No | Has the physical violence increased in frequency or severity over the past 6 months? | | |
| Beaten you while you were pregnant? | ☐ Yes | ☑ No | | ☐ Yes | ☑ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment?   ☐ Yes   ☑ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

| Was DIR given to the Victim at the scene?  ☑ Yes  ☐ No  if NO, Why: | Was Victim Rights Notice given to the Victim?  ☑ Yes  ☐ No if NO, Why: |
|---|---|

**Signatures:**

| Reporting Officer (Print and Sign Include Rank and ID#) | Supervisor (Print and Sign Include Rank and ID#) |
|---|---|

---

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

**\*** Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

_____ of the State of New York, the following did occur:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date | Note: | Page |
|---|---|---|---|
| Witness or Officer Signature | Date | Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. | Of |
| Interpreter Signature and Interpreter Service Provider Name | Date | | |

Interpreter Requested ☐ Yes  ☐ No  Interpreter Used ☐ Yes  ☐ No

Case 2:19-cv-02858-JMA-SIL   Document 1-1   Filed 05/14/19   Page 66 of 93 PageID #: 78

**New York State**
**A   DOMESTIC INCIDENT REPORT**

**Incident**

| Agency: (ORI) | | Complaint # |
|---|---|---|
| Reported Date (MM/DD/YY) 5 15 18 | Time (24 hours) 1745 | Occurred Date (MM/DD/YY) 5 15 18 | Time (24 hours) 1715 | ☐ Officer Initiated ☑ Radio Run ☐ Walk-in | Complaint # 607 |
| ☐ ICAD (NYC) |

Address (Street No., Street Name, Bldg. No., Apt No.)
82 William St

City, State, Zip
Port Jeff Station NY 11776

**Suspect (P2)**

| Name (Last, First, M.I.) (include Aliases) Kilo, Gemma | DOB (MM/DD/YY) 6 16 85 | Age: 32 | ☑ Female ☐ Male ☐ Self-Identified: |
| Address (Street No., Street Name, Bldg. No., Apt No.) 1 Erik ct | Suspect Phone Number (631) 947-7175 | Language: English |
| City, State, Zip Port Jefferson NY 11777 | ☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other | ☐ Hispanic ☑ Non Hispanic ☐ Unknown ☐ Other Identifier: |

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |

Suspect (P2) Relationship to Victim (P1) ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner
☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____

Do the suspect and victim have a child in common? ☑ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☑ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? _____
She went let me see my son

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

| Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☐ No Other, describe: | Suspect Threats? ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
| Access to Guns? ☐ Yes ☑ No If yes, describe: | |
| Injured? ☐ Yes ☑ No If yes, describe: | Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
| In Pain? ☐ Yes ☑ No If yes, describe: | Visible Marks? ☐ Yes ☑ No If yes, describe: |

**Suspect:**

What did the SUSPECT say (Before and After Arrest): 
N/A

710.30 completed? ☐ Yes ☑ No

**Incident Narrative**

Briefly describe the circumstances of this incident: P1 reports P2, father was supposed to meet P1 w/ his kid at 82 william st Port Jeff Station on today's date at 5pm for supervised visitation but P2 told him not to. P1 father reports that P2 doesn't turn visitation with son. P1 requests police report for documentation. No order of protection was field present.

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away |

**Evid**

| Evidence Present? ☐ Yes ☐ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☐ No If yes, Describe: |

**Offense**

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |

| VICTIM / COMPLAINANT COPY | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS |

| Agency: | B | Incident # | Complaint # |
|---|---|---|---|

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

_Multiple Disputes_

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____

| Has Suspect ever: | | Is suspect capable of killing you or children? | ☐ Yes ☒ No |
|---|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☒ No | | Is suspect violently and constantly jealous of you? | ☐ Yes ☒ No |
| Strangled or "choked" you? ☐ Yes ☒ No | | Has the physical violence increased in frequency or severity over the past 6 months? | |
| Beaten you while you were pregnant? ☐ Yes ☒ No | | | ☐ Yes ☒ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No if NO, Why: | Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if NO, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#) | Supervisor (Print and Sign include Rank and ID#)

PO Crowell

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

of the State of New York, the following did occur:

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date 3/15/13 | Note: |
|---|---|---|
| Witness or Officer Signature | Date 3/15/13 | Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. |

Interpreter Signature and Interpreter Service Provider Name
Interpreter Requested ☐ Yes ☒ No  Interpreter Used ☐ Yes ☐ No        Date

Page 2 Of 2

**DOMESTIC INCIDENT REPORT**

| Agency: | | A | | | | | |
|---|---|---|---|---|---|---|---|

**Incident**

| Reported Date | Time (24 hours) | Occurred Date | Time (24 hours) | ☐ Officer Initiated | ☐ Radio Run | ☐ Walk-In | Complaint # |
|---|---|---|---|---|---|---|---|
| 3/18/18 | 1430 | 3/18/18 | 1430 | ☐ ICAD (NYC) | | | 602 |

| Address (Street No., Street Name, Bldg. No., Apt No.) | City, State, Zip |
|---|---|
| PERSO, MICHAEL   32 WILLIAMS ST | PORT JEFF STATION |

**Suspect (P2)**

| Name (Last, First, M.I.) (Include Aliases) | DOB | Age: | ☑ Female  ☐ Male |
|---|---|---|---|
| PERSO, JESSICA | 6/18/95 | 32 | ☐ Self-Identified: |

| Address (Street No., Street Name, Bldg. No., Apt No.) | Suspect Phone Number: | Language: |
|---|---|---|
| 1 KAIC ST | 631-987-7175 | ENG |

| City, State, Zip | ☐ White ☐ Black ☐ Asian | ☐ Hispanic ☐ Non Hispanic ☐ Unknown |
|---|---|---|
| PORT JEFF STATION | ☐ American Indian ☐ Other | ☐ Other Identifier: |

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

| Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____ | Do the suspect and victim have a child in common? ☑ Yes ☐ No |
|---|---|

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: CALM

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? I WAS DENIED VISITATION ALONG WITH MY SON

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

| Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☑ No Other, describe: | Suspect Threats? ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
|---|---|

| Access to Guns? ☐ Yes ☑ No If yes, describe: | |

| Injured? ☐ Yes ☑ No If yes, describe: | Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation |
|---|---|
| In Pain? ☐ Yes ☑ No If yes, describe: | ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
| | Visible Marks? ☐ Yes ☑ No If yes, describe: |

**Suspect**

What did the SUSPECT say (Before and After Arrest): N/A AT THE PER PO INTERVIEW

710.30 completed? ☐ Yes ☑ No

**Incident Narrative**

Briefly describe the circumstances of this incident: C1 IS REQUING THAT HE WAS DENIED HIS SCHEDULED VISITION WITH HIS SON. C1 STATES THAT HE MADE SEVERAL ATTEMPTS TO CONTACT S1 REGARDING THE VISITATION BUT HAS NOT BEEN ABLE TO GET IN [SM] TOUCH WITH HER. C1'S VISITATION WAS SCHEDULED FOR 1130AM.

**Evid**

| DIR Repository checked? ☐ Yes ☐ No | Order of Protection Registry checked? ☐ Yes ☑ No | Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away |
|---|---|---|

| Evidence Present? ☐ Yes ☐ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☐ No If yes, Describe: |
|---|---|---|---|

**Offense**

| Offense Committed? ☐ Yes ☐ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

---

TIM / COMPLAINANT COPY | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: | **B** | Incident # | Complaint # |
|---|---|---|---|

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

PRIOR VISITATION DEARS

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (____) _____

| Has Suspect ever: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☒ No | | | Is suspect capable of killing you or children? | | | | ☐ Yes | ☒ No |
| Strangled or "choked" you? ☐ Yes ☐ No | | | Is suspect violently and constantly jealous of you? | | | | ☐ Yes | ☒ No |
| Beaten you while you were pregnant? ☐ Yes ☐ No | | | Has the physical violence increased in frequency or severity over the past 6 months? | | | | ☐ Yes | ☐ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No if NO, Why:    Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if NO, Why:

**Signatures:**

Reporting Officer (Print and Sign Include Rank and ID#)    Supervisor (Print and Sign Include Rank and ID#)

---

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village

of the State of New York, the following did occur:

(Use additional page as needed)

## False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.

Victim/Deponent Signature    Date

Witness or Officer Signature    Date

Interpreter Signature and Interpreter Service Provider Name

____ter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No    Date

| **Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. | Page |
|---|---|
| | i |
| | Of |

Agency: _____  **B**   Incident # _____  Complaint # _____

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

_____
_____
_____

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____**

Suspect ever:

| | | |
|---|---|---|
| to kill you or your children? ☐ Yes ☒ No | Is suspect capable of killing you or children? ☐ Yes ☒ No |
| "hoked" you? ☐ Yes ☐ No | Is suspect violently and constantly jealous of you? ☐ Yes ☐ No |
| you were pregnant? ☐ Yes ☐ No | Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☐ No |

to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☐ No

the NYS Child Abuse Hotline Registry # 1-800-635-1522.

scene? ☐ Yes ☐ No if NO, Why: _____   Was Victim Rights Notice given to the Victim? ☐ Yes ☐ No if NO, Why: _____

___(ID#) _____   Supervisor (Print and Sign include Rank and ID#) _____

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

of the State of New York, the following did occur: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature _____   Date _____

Witness or Officer Signature _____   Date _____

Interpreter Signature and Interpreter Service Provider Name _____   Date _____
Interpreter

VICTIM / COMPLAINANT ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No

| Note: | Page |
|---|---|
| Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. | Of |

| Agency: | B | Incident # 17-63-7759 | Complaint # GCS |
|---------|---|------------------------|------------------|

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

_Prior Domestic Order Protection Pending #do: 17031 7/7/17_

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (     )

| Has Suspect ever: | | |
|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☑ No | Is suspect capable of killing you or children? ☐ Yes ☑ No | |
| Strangled or "choked" you? ☐ Yes ☑ No | Is suspect violently and constantly jealous of you? ☐ Yes ☑ No | |
| Beaten you while you were pregnant? ☐ Yes ☑ No | Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☑ No | |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No if NO, Why: _____    Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why: _____

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#)            Supervisor (Print and Sign include Rank and ID#)

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

of the State of New York, the following did occur:

_____

_____

_____

_____

_____

_____

_____

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature                    Date 10/2/17

Witness or Officer Signature                  Date

| Note: | Page |
|-------|------|
| Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. | Of |

Interpreter Signature and Interpreter Service Provider Name
Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☑ No       Date

Case 2:19-cv-02858-JMA-SIL   Document 2-1   Filed 05/13/19   Page 72 of 93 PageID #: 84

New York State
**DOMESTIC INCIDENT REPORT**

| | | | | |
|---|---|---|---|---|
| **Agency:** | | **A** | | |

**Incident**

| Reported Date (MM/DD/YYYY) | Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☐ Officer Initiated ☐ Radio Run ☐ Walk-in | **Complaint #** |
|---|---|---|---|---|---|
| | | | | ☐ ICAD (NYC) | |

| Address (Street No., Street Name, Bldg. No., Apt No.) | City, State, Zip |
|---|---|
| | |

**Suspect (P2)**

| Name (Last, First, M.I.) (Include Aliases) | | DOB (MM/DD/YYYY) | Age: | ☐ Female ☐ Male |
|---|---|---|---|---|
| | | | | ☐ Self-Identified: |

| Address (Street No., Street Name, Bldg. No., Apt No.) | Suspect Phone Number: | Language: |
|---|---|---|

| City, State, Zip | ☐ White ☐ Black ☐ Asian | ☐ Hispanic ☐ Non Hispanic ☐ Unknown |
|---|---|---|
| | ☐ American Indian ☐ Other | ☐ Other Identifier: |

| Do suspect and victim live together? ☐ Yes ☐ No | Suspect/P2 present? ☐ Yes ☐ No | Was suspect injured? ☐ Yes ☐ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☐ No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

| Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ____ ☐ Other: | Do the suspect and victim have a child in common? ☐ Yes ☐ No |
|---|---|

**Victim Interview**

Emotional condition of **VICTIM?** ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other: _____

What were the first words that **VICTIM** said to the Responding Officers at the scene regarding the incident? _____

Did suspect make victim fearful? ☐ Yes ☐ No If yes, describe:

| Weapon Used? ☐ Yes ☐ No Gun: ☐ Yes ☐ No Other, describe: | Suspect Threats? ☐ Yes ☐ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
|---|---|

| Access to Guns? ☐ Yes ☐ No If yes, describe: | |
|---|---|

| Injured? ☐ Yes ☐ No If yes, describe: | Strangulation? ☐ Yes ☐ No ☐ Loss of Consciousness ☐ Urination/Defecation |
|---|---|
| In Pain? ☐ Yes ☐ No If yes, describe: | ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
| | Visible Marks? ☐ Yes ☐ No If yes, describe: |

**Suspect**

What did the **SUSPECT** say (Before and After Arrest): _____

710.30 completed? ☐ Yes ☐ No

**Incident Narrative**

Briefly describe the circumstances of this incident: _____

| DIR Repository checked? ☐ Yes ☐ No | Order of Protection Registry checked? ☐ Yes ☐ No | Order of Protection in effect? ☐ Yes ☐ No ☐ Refrain ☐ Stay Away |
|---|---|---|

**Evid**

| Evidence Present? ☐ Yes ☐ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury | Other Evidence: ☐ Damaged Property ☐ Videos | Destruction of Property? ☐ Yes ☐ No |
|---|---|---|---|
| | ☐ Other: | ☐ Electronic Evidence ☐ Other: | If yes, Describe: |

**Offense**

| Offense Committed? ☐ Yes ☐ No | Was suspect arrested? ☐ Yes ☐ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

**VICTIM / COMPLAINANT COPY** | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

**New York State**
## DOMESTIC INCIDENT REPORT

**A**

**Agency:**

**Incident**

| Reported Date (MM/DD/YYYY) | Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☐ Officer Initiated ☐ ICAD (NYC) | ☐ Radio Run | ☐ Walk-in | Complaint # |
|---|---|---|---|---|---|---|---|

| Address (Street No., Street Name, Bldg. No., Apt No.) | City, State, Zip |
|---|---|

**Suspect (P2)**

| Name (Last, First, M.I.) (Include Aliases) | DOB (MM/DD/YYYY) | Age: | ☐ Female ☐ Male ☐ Self-Identified: |
|---|---|---|---|

| Address (Street No., Street Name, Bldg. No., Apt No.) | Suspect Phone Number: | Language: |
|---|---|---|

| City, State, Zip | ☐ White ☐ Black ☐ Asian ☐ American Indian ☐ Other | ☐ Hispanic ☐ Non Hispanic ☐ Unknown ☐ Other Identifier: |
|---|---|---|

| Do suspect and victim live together? ☐ Yes ☐ No | Suspect/P2 present? ☐ Yes ☐ No | Was suspect injured? ☐ Yes ☐ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☐ No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

**Suspect (P2) Relationship to Victim (P1)** ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____ | **Do the suspect and victim have a child in common?** ☐ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?

Did suspect make victim fearful? ☐ Yes ☐ No If yes, describe:

| Weapon Used? ☐ Yes ☐ No Gun: ☐ Yes ☐ No Other, describe: | **Suspect Threats?** ☐ Yes ☐ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
|---|---|
| Access to Guns? ☐ Yes ☐ No If yes, describe: | |
| Injured? ☐ Yes ☐ No If yes, describe: | **Strangulation?** ☐ Yes ☐ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
| In Pain? ☐ Yes ☐ No If yes, describe: | **Visible Marks?** ☐ Yes ☐ No If yes, describe: |

**Suspect**

What did the SUSPECT say (Before and After Arrest):

710.30 completed? ☐ Yes ☐ No

**Incident Narrative**

Briefly describe the circumstances of this incident:

**Evid**

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☐ Yes ☐ No | Order of Protection in effect? ☐ Yes ☐ No ☐ Refrain ☐ Stay Away |
|---|---|---|
| Evidence Present? ☐ Yes ☐ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☐ No If yes, Describe: |

**Offense**

| Offense Committed? ☐ Yes ☐ No | Was suspect arrested? ☐ Yes ☐ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

VICTIM / COMPLAINANT COPY | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

**New York State**
**A** DOMESTIC INCIDENT REPORT

**Incident**

| Agency: | | | | | Complaint # |
|---|---|---|---|---|---|
| Reported Date 06.21.18 | Time (24 hours) 1155 | Occurred Date 06.21.18 | Time (24 hours) 1100 | ☐ Officer Initiated  ☐ Radio Run  ☐ Walk-In  ☐ ICAD (NYC) | |

Address (Street No., Street Name, Bldg. No., Apt No.) DUNKIN DONUTS 1175 BELTON RD
City, State, Zip FARMINGVILLE NY

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases) PEKO, JESSICA, A.
DOB (MM/DD/YYYY) 16.12.85   Age: 33   ☒ Female  ☐ Male  ☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.) 1 KNTE CT
Suspect Phone Number: UNK   Language:

City, State, Zip PORT JEFFERSON NY
☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other  ☐ Hispanic ☒ Non Hispanic ☐ Unknown  ☐ Other Identifier:

Do suspect and victim live together? ☐ Yes ☒ No
Suspect/P2 present? ☐ Yes ☒ No
Was suspect injured? ☐ Yes ☒ No If yes describe:
Possible drug or alcohol use? ☐ Yes ☒ No
Suspect supervised? ☐ Probation ☐ Parole ☒ Not Supervised ☐ Status Unknown

Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☒ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other: CHILD IN COMMON
Do the suspect and victim have a child in common? ☒ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☒ Other: CALM

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? " MY EX DENIED VISITATION "

Did suspect make victim fearful? ☐ Yes ☐ No If yes, describe:

Weapon Used? ☐ Yes ☐ No Gun: ☐ Yes ☐ No Other, describe:
Suspect Threats? ☐ Yes ☐ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Access to Guns? ☐ Yes ☒ No If yes, describe:

Injured? ☐ Yes ☒ No If yes, describe:
Strangulation? ☐ Yes ☐ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

In Pain? ☐ Yes ☒ No If yes, describe:
Visible Marks? ☐ Yes ☐ No If yes, describe:

**Suspect**

What did the SUSPECT say (Before and After Arrest): NOT AT SCENE —

710.30 completed? ☐ Yes ☒ No

**Incident Narrative**

Briefly describe the circumstances of this incident: UNK. REPTS THIS DAY, HIS FATHER W/ ABOVE, DID GO TO __ TO PICK UP HIS SON W/ FOR COURT ORDERED VISITATION. CMPL. REPTS THE CHILDS MOTHER, P2 DID NOT SHOW UP TO ___ WITH THE CHILD AS ORDERED BY FAMILY COURT JUDGE ___ MORRIS ON 5/22/18 DOCKET # 0-9623-18. W/ SPOKE TO W/ ON THE PHONE WHO STATED HE WAS AT THE __ AND WAITED APPOX 20 MIN. AND P2 DID NOT ARRIVE. READ FOR FAMILY COURT DOCUMENTATION. O/ IN EFFECT. NOT VIOLATED. NEG. RISING LICENSE.

**Evid**

DIR Repository checked? ☒ Yes ☐ No
Order of Protection Registry checked? ☒ Yes ☐ No
Order of Protection in effect? ☒ Yes ☐ No ☐ Refrain ☐ Stay Away

Evidence Present? ☐ Yes ☒ No
Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other:
Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other:
Destruction of Property? ☐ Yes ☐ No If yes, Describe:

**Offense**

Offense Committed? ☐ Yes ☒ No
Was suspect arrested? ☐ Yes ☒ No If no, explain:
Offense 1   Law (e.g. PL)   Offense 2   Law (e.g. PL)

VICTIM / COMPLAINANT COPY   NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906   3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

**New York State**
**DOMESTIC INCIDENT REPORT**   A

| | | | |
|---|---|---|---|
| Agency: | | | Complaint # |

**Incident**
Reported Date (MM/DD/YYYY) | Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☐ Officer Initiated ☒ Radio Run ☐ Walk-in
☐ ICAD (NYC)

Address (Street No., Street Name, Bldg. No., Apt No.) | City, State, Zip

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases) | DOB (MM/DD/YYYY) | Age: | ☐ Female ☐ Male
☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.) | Suspect Phone Number: | Language:

City, State, Zip | ☐ White ☐ Black ☐ Asian   ☐ Hispanic ☐ Non Hispanic ☐ Unknown
☐ American Indian ☐ Other | ☐ Other Identifier:

Do suspect and victim live together ? ☐ Yes ☐ No | Suspect/P2 present? | Was suspect injured? ☐ Yes ☐ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☐ No | Suspect supervised? ☐ Probation ☐ Parole
☐ Not Supervised ☐ Status Unknown

Suspect (P2) Relationship to Victim (P1) ☒ Married __ ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner
☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: | Do the suspect and victim have a child in common? ☐ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☒ Other: _____

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? _____

Did suspect make victim fearful? ☐ Yes ☒ No If yes, describe:

Weapon Used? ☐ Yes ☒ No Gun: ☐ Yes ☐ No Other, describe: | Suspect Threats? ☐ Yes ☐ No If Yes, Threats to:
☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide
☐ Other Describe:

Access to Guns? ☐ Yes ☒ No If yes, describe:

Injured? ☐ Yes ☒ No If yes, describe: | Strangulation? ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation
☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

In Pain ? ☐ Yes ☒ No If yes, describe: | Visible Marks? ☐ Yes ☒ No If yes, describe:

**Suspect**

What did the SUSPECT say (Before and After Arrest) : _____ N/A

710.30 completed? ☐ Yes ☒ No

**Incident Narrative**

Briefly describe the circumstances of this incident:

**DIR Repository checked?** ☐ Yes ☐ No | **Order of Protection Registry checked?** ☐ Yes ☐ No | **Order of Protection in effect?** ☐ Yes ☐ No ☐ Refrain ☐ Stay Away

**Evid**
Evidence Present? ☐ Yes ☐ No Other: | Photos taken: ☐ Victim Injury ☐ Suspect Injury | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☐ No If yes, Describe:

**Offense**
Offense Committed? ☐ Yes ☐ No | Was suspect arrested? ☐ Yes ☐ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL)

VICTIM / COMPLAINANT COPY | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

**New York State**
**DOMESTIC INCIDENT REPORT**    A

Agency: _____

**Incident**

| Reported Date (MM/DD/YYYY) | Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☐ Officer Initiated ☑ Radio Run ☐ Walk-in | Complaint # |
|---|---|---|---|---|---|
| | | | | ☐ ICAD (NYC) | 614 |

Address (Street No., Street Name, Bldg. No., Apt No.): KATE CT    City, State, Zip: PORT JEFFERSON, NY

**Suspect (P2)**

| Name (Last, First, M.I.) (Include Aliases): ___ , TESSA | DOB (MM/DD/YYYY): 6/1/1981 | Age: | ☐ Female ☐ Male ☐ Self-Identified: |
|---|---|---|---|

| Address (Street No., Street Name, Bldg. No., Apt No.): KATE CT | Suspect Phone Number: 631-591-0021 | Language: ENG |
|---|---|---|

City, State, Zip: PORT JEFFERSON

☐ White ☐ Black ☐ Asian    ☐ American Indian ☐ Other    ☐ Hispanic ☑ Non Hispanic ☐ Unknown    ☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☑ Status Unknown |
|---|---|---|---|---|

Suspect (P2) Relationship to Victim (P1) ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other: | Do the suspect and victim have a child in common? ☐ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☑ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? I WANT MY SON

Did suspect make victim fearful? ☐ Yes ☐ No If yes, describe:

Weapon Used? ☐ Yes ☐ No Gun: ☐ Yes ☐ No Other, describe: | Suspect Threats? ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Access to Guns? ☐ Yes ☑ No If yes, describe:

Injured? ☐ Yes ☑ No If yes, describe: | Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
In Pain? ☐ Yes ☑ No If yes, describe: | Visible Marks? ☐ Yes ☑ No If yes, describe:

**Suspect**

What did the SUSPECT say (Before and After Arrest): N/A

710.30 completed? ☐ Yes ☐ No

**Incident Narrative**

Briefly describe the circumstances of this incident: P1 ___ ANNOYED WITH P2 NOT TURNING OVER ___ DURING THE VISITATION

___

**Evid**

DIR Repository checked? ☐ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☐ No ☑ Refrain ☐ Stay Away

Evidence Present? ☐ | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☐ No If yes, Describe:

**ense**

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

COMPLAINANT COPY    NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906    3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: REPO | B | | | 18-174836 | Complaint # 607 |
|---|---|---|---|---|---|

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First) PRIOR DENIAL OF VISITATION

**Prior History**

_____

_____

_____

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (____) _____**

| | | |
|---|---|---|
| **Has Suspect ever:** | Is suspect capable of killing you or children? | ☐ Yes ☒ No |
| Threatened to kill you or your children? ☐ Yes ☒ No | Is suspect violently and constantly jealous of you? | ☐ Yes ☒ No |
| Strangled or "choked" you? ☐ Yes ☒ No | Has the physical violence increased in frequency or severity over the past 6 months? | |
| Beaten you while you were pregnant? ☐ Yes ☒ No | | ☐ Yes ☒ No |

**Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment?** ☐ Yes ☒ No

**If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.**

| Was DIR given to the Victim at the scene? ☒ Yes ☐ No if NO, Why: | Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No if NO, Why: |
|---|---|

**Signatures:**

| Reporting Officer (Print and Sign Include Rank and ID#) | Supervisor (Print and Sign Include Rank and ID#) |
|---|---|

---

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

*\* Officers are encouraged to assist the Victim in completing this section of the form.*

## Suspect Name (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

_____ of the State of New York, the following did occur:

No Statement

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date | **Note:** | Page 1 |
|---|---|---|---|
| Witness or Officer Signature PO GCI PU 548 /Gelic | Date 3/20/18 | *Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.* | Of 1 |

| Interpreter Signature and Interpreter Service Provider Name | Date |
|---|---|
| Interpreter Requested ☐ Yes ☐ No Interpreter Used ☐ Yes ☐ No | |

Agency: _____ **B** [Incident #] _____ Complaint # _____

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

_____

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____

| Has Suspect ever: | | | Is suspect capable of killing you or children? | ☐ Yes | ☑ No |
|---|---|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes | ☑ No | Is suspect violently and constantly jealous of you? | ☐ Yes | ☑ No |
| Strangled or "choked" you? | ☐ Yes | ☑ No | Has the physical violence increased in frequency or severity over the past 6 months? | | |
| Beaten you while you were pregnant? | ☐ Yes | ☑ No | | ☐ Yes | ☐ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No if NO, Why: _____ | Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why: _____

**Signatures:**

Reporting Officer (Print and Sign Include Rank and ID#) _____ | Supervisor (Print and Sign Include Rank and ID#) _____

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I) _____

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village

of the State of New York, the following did occur:

_____
_____
_____
_____

(Use additional page as needed)

### False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.

Victim/Deponent Signature _____ Date _____

Witness or Officer Signature _____ Date _____

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

| Page | |
|---|---|
| Of | |

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No  Date _____

**DOMESTIC INCIDENT REPORT**

| Agency: | A |
|---|---|

**Incident**

| Reported Date (MM/DD/YYYY) | Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☐ Officer Initiated | ☐ Radio Run | ☐ Walk-in. | Complaint # |
|---|---|---|---|---|---|---|---|
| | | | | ☐ ICAD (NYC) | | | |

| Address (Street No., Street Name, Bldg. No., Apt No.) | City, State, Zip |
|---|---|
| | Port Jefferson NY 11776 |

**Suspect (P2)**

| Name (Last, First, M.I.) (Include Aliases) | DOB (MM/DD/YYYY) | Age: | ☑ Female ☐ Male ☐ Self-Identified: |
|---|---|---|---|
| Perez Jessica | 06/14/1985 | 32 | |

| Address (Street No., Street Name, Bldg. No., Apt No.) | Suspect Phone Number: | Language: |
|---|---|---|
| 1 Rt. C4 | | English |

| City, State, Zip | ☐ White ☐ Black ☐ Asian ☐ American Indian ☐ Other | ☐ Hispanic ☑ Non Hispanic ☐ Unknown ☐ Other Identifier: |
|---|---|---|
| Port Jeff NY 11777 | | |

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

| Suspect (P2) Relationship to Victim (P1) ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: | Do the suspect and victim have a child in common? ☑ Yes ☐ No |
|---|---|

**Victim Interview**

| Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: _____ |
|---|

| What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? |
|---|

| Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe: |
|---|

| Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☐ No Other, describe: | Suspect Threats? ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
|---|---|
| Access to Guns? ☐ Yes ☑ No If yes, describe: | |

**Suspect**

| Injured? ☐ Yes ☑ No If yes, describe: | Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
|---|---|
| In Pain? ☐ Yes ☑ No If yes, describe: | Visible Marks? ☐ Yes ☑ No If yes, describe: |

| What did the SUSPECT say (Before and After Arrest): |
|---|

| 710.30 completed? ☐ Yes ☑ No |
|---|

**Incident Narrative**

| Briefly describe the circumstances of this incident: |
|---|

**Evid**

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away |
|---|---|---|

| Evidence Present? ☐ Yes ☑ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☐ No If yes, Describe: |
|---|---|---|---|

**Offense**

| Offense Committed? ☐ Yes ☐ No | Was suspect arrested? ☐ Yes ☐ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

| Agency: | | B | | Incident # | | Complaint # | |
|---|---|---|---|---|---|---|---|

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

_Visitation Disputes_

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (____) _____**

| Has Suspect ever: | | | | Is suspect capable of killing you or children? | ☐ Yes | ☐ No |
|---|---|---|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes | ☑ No | | Is suspect violently and constantly jealous of you? | ☐ Yes | ☐ No |
| Strangled or "choked" you? | ☐ Yes | ☑ No | | Has the physical violence increased in frequency or severity over the past 6 months? | | |
| Beaten you while you were pregnant? | ☐ Yes | ☑ No | | | ☐ Yes | ☐ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment?   ☐ Yes   ☑ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

| Was DIR given to the Victim at the scene? ☑ Yes ☐ No if NO, Why: | Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why: |
|---|---|

**Signatures:**

| Reporting Officer (Print and Sign include Rank and ID#) | Supervisor (Print and Sign include Rank and ID#) |
|---|---|
| _Viola P0334/6615 Vbes_ | |

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on _____ / _____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

of the State of New York, the following did occur:

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date |
|---|---|
| Witness or Officer Signature | Date |

**Note:**
Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page ___ Of ___

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes ☑ No   Interpreter Used ☐ Yes ☑ No   Date

Case 2:19-cv-02050-JMA-SIL   Document 1-1   Filed 05/14/19   Page 81 of 93 PageID #: 93

**New York State**
**DOMESTIC INCIDENT REPORT**

**Incident**

| Agency: | A | | Incident # |
|---|---|---|---|

| Reported Date (MM/DD/YYYY) | Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☐ Officer Initiated ☒ Radio Run ☐ Walk-in | Complaint # |
|---|---|---|---|---|---|
| | | | | ☐ ICAD (NYC) | |

Address (Street No., Street Name, Bldg. No./Apt No.)          City, State, Zip

---

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases)

| DOB (MM/DD/YYYY) | Age: | ☐ Female  ☐ Male |
|---|---|---|
| | | ☐ Self-Identified: |

Address (Street No., Street Name, Bldg. No., Apt No.)

Suspect Phone Number:          Language:

City, State, Zip

☒ White  ☐ Black  ☐ Asian          ☐ Hispanic ☒ Non Hispanic ☐ Unknown
☐ American Indian  ☐ Other          ☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☒ No | Suspect/P2 present? ☒ Yes ☐ No | Was suspect injured? ☐ Yes ☒ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☒ No | Suspect supervised? ☐ Probation ☐ Parole ☐ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

Suspect (P2) Relationship to Victim (P1) ☒ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other:

Do the suspect and victim have a child in common? ☐ Yes ☐ No

---

**Victim Interview**

Emotional condition of VICTIM? ☒ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? _____

Did suspect make victim fearful? ☐ Yes ☒ No If yes, describe:

Weapon Used? ☐ Yes ☒ No Gun: ☐ Yes ☐ No Other, describe:

Access to Guns? ☐ Yes ☒ No If yes, describe:

Suspect Threats? ☐ Yes ☒ No If Yes, Threats to:
☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide
☐ Other Describe:

---

**Suspect**

Injured? ☐ Yes ☒ No If yes, describe:

In Pain? ☐ Yes ☒ No If yes, describe:

Strangulation? ☐ Yes ☒ No ☐ Loss of Consciousness ☐ Urination/Defecation
☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
Visible Marks? ☐ Yes ☒ No If yes, describe:

What did the SUSPECT say (Before and After Arrest):

710.30 completed? ☐ Yes ☐ No

---

**Incident Narrative**

Briefly describe the circumstances of this incident:

---

**Evid**

| DIR Repository checked? ☐ Yes ☐ No | Order of Protection Registry checked? ☐ Yes ☐ No | Order of Protection in effect? ☐ Yes ☒ No ☐ Refrain ☐ Stay Away |
|---|---|---|

Evidence Present? ☐ Yes ☐ No
Photos taken: ☐ Victim Injury ☐ Suspect Injury
☐ Other:

Other Evidence: ☐ Damaged Property ☐ Videos
☐ Electronic Evidence ☐ Other:

Destruction of Property? ☐ Yes ☒ No
If yes, Describe:

---

**Offense**

| Offense Committed? ☐ Yes ☒ No | Was suspect arrested? ☐ Yes ☐ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

---

VICTIM / COMPLAINANT COPY          NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906          3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

**New York State**
**A**
**DOMESTIC INCIDENT REPORT**

Incident #

| Agency: | | | | | Complaint # |
|---|---|---|---|---|---|
| Reported Date (MM/DD/YYYY) | Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☐ Officer Initiated  ☑ Radio Run  ☐ Walk-in  ☐ ICAD (NYC) | |

Address (Street No., Street Name, Bldg. No./Apt No.)

City, State, Zip

**Suspect (P2)**

| Name (Last, First, M.I.) (Include Aliases) | DOB (MM/DD/YYYY) 6/14/85 | Age: 32 | ☐ Female  ☑ Male  ☐ Self-Identified: |
|---|---|---|---|
| Address (Street No., Street Name, Bldg. No., Apt No.) | Suspect Phone Number: 541 70 71 | | Language: Evelon |
| City, State, Zip | ☑ White  ☐ Black  ☐ Asian  ☐ American Indian  ☐ Other | ☐ Hispanic  ☑ Non Hispanic  ☐ Unknown  ☐ Other Identifier: | |

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised?  ☐ Probation ☐ Parole  ☐ Not Supervised  ☐ Status Unknown |
|---|---|---|---|---|

Suspect (P2) Relationship to Victim (P1) ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ___ ☐ Other: ___

Do the suspect and victim have a child in common? ☑ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: _normal/calm_

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? _we did it again_

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

| Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☐ No Other, describe: | Suspect Threats? ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
|---|---|
| Access to Guns? ☐ Yes ☑ No If yes, describe: | |

| Injured? ☐ Yes ☑ No If yes, describe: | Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
|---|---|
| In Pain? ☐ Yes ☑ No If yes, describe: | Visible Marks? ☐ Yes ☑ No If yes, describe: |

**Suspect**

What did the SUSPECT say (Before and After Arrest): _N/A_

710.30 completed? ☐ Yes ☑ No

**Incident Narrative**

Briefly describe the circumstances of this incident: _P1 states we had engaged to push up the_ _fire at once to ... from ... not ... he ..._

**Evid**

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☑ No | ☐ Refr. |
|---|---|---|---|
| Evidence Present? ☐ Yes ☑ No ☐ Other: | Photos taken: ☐ Victim Injury ☐ Suspect Injury | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? If yes, Describe: |

**Offense**

| Offense Committed? ☐ Yes ☐ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 |
|---|---|---|---|---|

| VICTIM / COMPLAINANT COPY | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906 | 3221-03/2016 DC. |
|---|---|---|

| Agency: | | Incident # | | Complaint # |
|---|---|---|---|---|
| | **B** | | | |

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

In court

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (      ) _____

| Has Suspect ever: | | | | Is suspect capable of killing you or children? | ☐ Yes ☐ No |
|---|---|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes | ☐ No | | Is suspect violently and constantly jealous of you? | ☐ Yes ☐ No |
| Strangled or "choked" you? | ☐ Yes | ☐ No | | Has the physical violence increased in frequency or severity over the past 6 months? | |
| Beaten you while you were pregnant? | ☐ Yes | ☐ No | | | ☐ Yes ☐ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☐ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☐ Yes ☐ No  if NO, Why: | Was Victim Rights Notice given to the Victim? ☐ Yes ☐ No if NO, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#) | Supervisor (Print and Sign include Rank and ID#)

---

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I.)  Paso, Jessica

I _____ (Victim/Deponent Name) state that on _____ , (Date)

at _____ (Location of incident) in the County/City/Town/Village _____ of the State of New York, the following did occur: _____

_____

_____

_____

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature | Date

Witness or Officer Signature | Date

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page __ Of __

Interpreter Signature and Interpreter Service Provider Name | Date

Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No

VICTIM / COMPLAINANT COPY | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

**New York State**
**DOMESTIC INCIDENT REPORT**

**A**

**Incident**

| | |
|---|---|
| Agency: SCPD | 14-219759 |
| Reported Date (MM/DD/YYYY) 04 14 2014 | Time (24 hours) | Occurred Date (MM/DD/YYYY) 04 16 2014 | Time (24 hours) 1015 | ☑ Officer Initiated ☐ Radio Run ☐ Walk-in ☐ ICAD (NYC) | Complaint # 607 |
| Address (Street No., Street Name, Bldg. No., Apt No.) 31 WILLIAM ST | City, State, Zip PORT JEFF STA |

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases): PERRO JESSICA
DOB (MM/DD/YYYY): 06 12 1955    Age: 34
☐ Female  ☐ Male
☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.): 1 KATE CT
Suspect Phone Number: 631 391-7021
Language: ENGLISH

City, State, Zip: PORT JEFFERSON NY 11777
☑ White  ☐ Black  ☐ Asian
☐ American Indian  ☐ Other
☐ Hispanic  ☑ Non Hispanic  ☐ Unknown
☐ Other Identifier:

Do suspect and victim live together? ☐ Yes ☑ No
Suspect/P2 present? ☐ Yes ☑ No
Was suspect injured? ☐ Yes ☑ No If yes, describe:
Possible drug or alcohol use? ☐ Yes ☑ No
Suspect supervised? ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown

Suspect (P2) Relationship to Victim (P1) ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other:
Do the suspect and victim have a child in common? ☑ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other: CALM

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
"my husband emailed me"

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☐ No Other, describe:
Suspect Threats? ☐ Yes ☑ No If yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Access to Guns? ☐ Yes ☑ No If yes, describe:

Injured? ☐ Yes ☑ No If yes, describe:
Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

In Pain? ☐ Yes ☐ No If yes, describe:
Visible Marks? ☐ Yes ☑ No If yes, describe:

**Suspect**

What did the SUSPECT say (Before and After Arrest): NOT PRESENT

710.30 completed? ☐ Yes ☑ No

**Incident Narrative**

Briefly describe the circumstances of this incident: *[handwritten narrative, largely illegible]*

**Evid**

DIR Repository checked? ☑ Yes ☐ No
Order of Protection Registry checked? ☑ Yes ☐ No
Order of Protection in effect? ☐ Yes ☐ No ☐ Refrain ☐ Stay Away

Evidence Present? ☐ Yes ☐ No
Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other:
Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other:
Destruction of Property? ☐ Yes ☐ No If yes, Describe:

**Offense**

Offense Committed? ☐ Yes ☑ No
Was suspect arrested? ☐ Yes ☑ No If no, explain: *[illegible]*
Offense 1
Law (e.g. PL)
Offense 2
Law (e.g. PL)

VICTIM / COMPLAINANT COPY    NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906    3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

| Agency: SCPD | B | Incident # 19- 210 739 | Complaint # 003 |
|---|---|---|---|

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First): Valid

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____

| Has Suspect ever: | | | Is suspect capable of killing you or children? | ☐ Yes ☑ No |
|---|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes | ☑ No | Is suspect violently and constantly jealous of you? | ☑ Yes ☐ No |
| Strangled or "choked" you? | ☐ Yes | ☑ No | Has the physical violence increased in frequency or severity over the past 6 months? | ☐ Yes ☑ No |
| Beaten you while you were pregnant? | ☐ Yes | ☑ No | | |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No If NO, Why: _____    Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why:

Signatures: Reynalda Delemato PO 6756/610/

Reporting Officer (Print and Sign include Rank and ID#) Delemato Reynalda PO 6756/610/

Supervisor (Print and Sign include Rank and ID#)

---

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)  PRESU JESSICA

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

_____ of the State of New York, the following did occur:

(Use additional page as needed)

## False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.

Victim/Deponent Signature                     Date  04/17/2019

Witness or Officer Signature  Reynalda Delemato PO 6756/610/   Date  04/17/2019

Interpreter Signature and Interpreter Service Provider Name    Date
Interpreter Requested ☐ Yes ☑ No  Interpreter Used ☐ Yes ☑ No

| Note: Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. | Page 2 Of 2 |
|---|---|

VICTIM / COMPLAINANT COPY     NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906     3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

**DOMESTIC INCIDENT REPORT**

**A**

| Incident | | | | |
|---|---|---|---|---|
| Agency: | | | | |
| Reported Date (MM/DD/YYYY) | Time (24 hours) 2130 | Occurred Date (MM/DD/YYYY) 05 19 2016 | Time (24 hours) 2144 | ☐ Officer Initiated  ☐ Radio Run  ☐ Walk-in  ☐ ICAD (NYC) |
| | | | | Complaint # 601 |
| Address (Street No., Street Name, Bldg. No., Apt No.) | | | | City, State, Zip  Prt Jeff Station, NY N776 |

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases)

DOB (MM/DD/YYYY) 09 12 1985   Age: 33   ☑ Female ☐ Male  ☐ Self-Identified:

Address - No., Street Name, Bldg. No., Apt No.)

Suspect Phone Number: 631-591-2021   Language: ENG

City, State, Zip   NY   11-777

☐ White ☐ Black ☐ Asian   ☐ American Indian ☐ Other
☐ Hispanic ☑ Non Hispanic ☐ Unknown
☐ Other Identifier:

| Do suspect and victim live together ? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole  ☑ Not Supervised  ☐ Status Unknown |

Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner
☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative:  ☐ Other:

Do the suspect and victim have a child in common? ☐ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: Calm

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☑ No Other, describe:

Access to Guns? ☐ Yes ☑ No If yes, describe:

Suspect Threats? ☐ Yes ☑ No If Yes, Threats to:
☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide
☐ Other Describe:

**Suspect**

Injured? ☐ Yes ☑ No If yes, describe:

In Pain ? ☐ Yes ☑ No If yes, describe:

Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation
☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
Visible Marks? ☐ Yes ☑ No If yes, describe:

What did the SUSPECT say (Before and After Arrest) :

710.30 completed? ☐ Yes ☑ No

**Incident/Narrative**

Briefly describe the circumstances of this incident:

DIR Repository checked? ☑ Yes ☐ No   Order of Protection Registry checked? ☑ Yes ☐ No   Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away

**Evid**

| Evidence Present? ☐ Yes ☐ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury  ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos  ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☑ No  If yes, Describe: |

**Offense**

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No  If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |

VICTIM / COMPLAINANT COPY

NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906

3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

Agency: **B**   Incident #

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

**Prior History**

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider:** (     ) _____

| Has Suspect ever: | | | Is suspect capable of killing you or children? | ☐ Yes | ☒ No |
|---|---|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes | ☒ No | Is suspect violently and constantly jealous of you? | ☐ Yes | ☒ No |
| Strangled or "choked" you? | ☐ Yes | ☒ No | Has the physical violence increased in frequency or severity over the past 6 months? | | |
| Beaten you while you were pregnant? | ☐ Yes | ☒ No | | ☐ Yes | ☒ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment?  ☐ Yes   ☐ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

| Was DIR given to the Victim at the scene? ☒ Yes  ☐ No  if NO, Why: | Was Victim Rights Notice given to the Victim? ☒ Yes  ☐ No  if NO, Why: |
|---|---|

*Signatures:*

| Reporting Officer (Print and Sign Include Rank and ID#) | Supervisor (Print and Sign Include Rank and ID#) |
|---|---|

---

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

of the State of New York, the following did occur: _____

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date | **Note:** | Page |
|---|---|---|---|
| Witness or Officer Signature | Date | *Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.* | Of |

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes  ☐ No   Interpreter Used ☐ Yes  ☐ No                 Date

| Agency | | Incident # | Complaint # |
|---|---|---|---|
| S PD | B | 607 | 19-232058 |

**Prior/History**

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First): _numerous domestics actin_

_Yes_

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (      ) _____

| Has Suspect ever: | | | |
|---|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☑ No | Is suspect capable of killing you or children? ☐ Yes ☑ No | | |
| Strangled or "choked" you? ☐ Yes ☑ No | Is suspect violently and constantly jealous of you? ☐ Yes ☑ No | | |
| Beaten you while you were pregnant? ☐ Yes ☐ No | Has the physical violence increased in frequency or severity over the past 6 months? ☐ Yes ☑ No | | |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☐ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No if NO, Why:     Was Victim Rights Notice given to the Victim? ☐ Yes ☑ No if NO, Why: _refused_

**Signatures:**

Reporting Officer (Print and Sign Include Rank and ID#) _____ PO 6389/6uls    Supervisor (Print and Sign Include Rank and ID#)

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I) _Perez, Jessica_

I, _Perez, Rosa_ (Victim/Deponent Name) state that on _04 / 24 / 19_, (Date)

at _32 William St_ (Location of incident) in the County/City/Town/Village

_____ of the State of New York, the following did occur: At _3:45 pm_ I received a text message from my wife (Jessica Perez) (who I am not permitted to contact, through her mother's cell phone. She texted stating my mother could pick ____ on at 6:30pm and some other things. Jessica never ____ other to my mother's phone call and she didn't setup the visit. I'm afraid she is trying to set me up by texting me and then have me arrested if I respond, which she has done in the past.

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature _____

Witness or Officer Signature _PO 6389/6uls_    Date _4/24/19_

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No     Date

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page _2_ of _2_

VICTIM / COMPLAINANT COPY | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE - 1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

**DOMESTIC INCIDENT REPORT**

| Agency: | STD | A |
|---|---|---|

607

| Reported Date (MM/DD/YY) | Time (24 hours) | Occurred Date (MM/DD/YY) | Time (24 hours) | ☐ Officer Initiated ☐ Radio Run ☐ Walk-in | Complaint # |
|---|---|---|---|---|---|
| 04 24 19 | 2203 | 04 21 19 | 1843 | ☐ ICAD (NYC) | 19-232058 |

| Address (Street No., Street Name, Bldg. No., Apt No.) | City, State, Zip |
|---|---|
| 32 William St | Port Jeff Sta NY 11776 |

**SUSPECT (P2)**

| Name (Last, First, M.I.) (include Aliases) | DOB (MM/DD/YY) | Age: | ☑ Female ☐ Male |
|---|---|---|---|
| Pardo Jessica | 01 17 85 | 34 | ☐ Self-identified: |

Address (Street No., Street Name, Bldg. No., Apt No.)
1 Kate Ct

| | Suspect Phone Number: | Language: |
|---|---|---|
| | 631-591-2021 | English |

| City, State, Zip | ☑ White ☐ Black ☐ Asian | ☐ Hispanic ☑ Non Hispanic ☐ Unknown |
|---|---|---|
| Port Jeff NY 11777 | ☐ American Indian ☐ Other | ☐ Other Identifier: |

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☑ Former Intimate Partner
☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____

| Do the suspect and victim have a child in common? ☑ Yes ☐ No |
|---|

**VICTIM/INTERVIEW**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other: Upset & calm

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
She texted me

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

| Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☐ No Other, describe: | Suspect Threats? ☐ Yes ☑ No If yes, Threats to: |
|---|---|
| Access to Guns? ☐ Yes ☑ No If yes, describe: | ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |

| Injured? ☐ Yes ☑ No If yes, describe: | Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation |
|---|---|
| In Pain? ☐ Yes ☐ No If yes, describe: | ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
| | Visible Marks? ☐ Yes ☑ No If yes, describe: |

**SUSPECT**

What did the SUSPECT say (Before and After Arrest):

710.30 completed? ☐ Yes ☐ No

**INCIDENT NARRATIVE**

Briefly describe the circumstances of this incident: P1 reports receiving a text message from P2 via her mothers cell phone (Gina Grace (?)) 631-258-5172, P1 wants documentation d/t the fact there is a order of protection victim + sis docket # 0-07623-19 from Judge Philip Goglas and expire 5/19/1 ... P1 reported that he is being set up to be arrest P1 ... the Respondent in said order of protection P1

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☑ Yes ☐ No ☐ Refrain ☐ Stay Away |
|---|---|---|

**EVID**

| Evidence Present? ☐ Yes ☐ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☑ Electronic Evidence ☐ Other: Text | Destruction of Property? ☐ Yes ☑ No If yes, Describe: |
|---|---|---|---|

**OFFENSE**

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

| VICTIM / COMPLAINANT COPY | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE   1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS |
|---|---|---|

| Agency: | | B | Incident # | Complaint # |
|---|---|---|---|---|
| | | | ir - 26793 | x7 |

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

_Prior History_

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or
Local Domestic Violence Service Provider: ( ) _____

| Has Suspect ever: | | Is suspect capable of killing you or children? | ☐ Yes ☑ No |
|---|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☑ No | | Is suspect violently and constantly jealous of you? | ☐ Yes ☑ No |
| Strangled or "choked" you? ☐ Yes ☑ No | | Has the physical violence increased in frequency or severity over the past 6 months? | |
| Beaten you while you were pregnant? ☐ Yes ☑ No | | | ☐ Yes ☑ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

| Was DIR given to the Victim at the scene? ☑ Yes ☐ No if NO, Why: | Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why: |
|---|---|

*Signatures:*

| Reporting Officer (Print and Sign include Rank and ID#) | Supervisor (Print and Sign include Rank and ID#) |
|---|---|

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on 05 / 09 / 2016 , (Date)
at _____ (Location of incident) in the County/City/Town/Village _____
of the State of New York, the following did occur: _____

_____

_____

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date | **Note:** | Page |
|---|---|---|---|
| | | *Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.* | 2 |
| Witness or Officer Signature | Date | | of |
| | | | 2 |

| Interpreter Signature and Interpreter Service Provider Name | Date |
|---|---|
| Interpreter Requested ☐ Yes ☑ No Interpreter Used ☐ Yes ☑ No | |

VICTIM / COMPLAINANT COPY

NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906   3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

ency:                                                               Incident #

**B**

---

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

---

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (      )

| Has Suspect ever: | | | Is suspect capable of killing you or children? | ☐ Yes | ☑ No |
|---|---|---|---|---|---|
| Threatened to kill you or your children? | ☐ Yes | ☑ No | Is suspect violently and constantly jealous of you? | ☐ Yes | ☑ No |
| Strangled or "choked" you? | ☐ Yes | ☑ No | Has the physical violence increased in frequency or severity over the past 6 months? | | |
| Beaten you while you were pregnant? | ☐ Yes | ☑ No | | ☐ Yes | ☑ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

| Was DIR given to the Victim at the scene? ☑ Yes ☐ No if NO, Why: | Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why: |
|---|---|

**Signatures:**

| Reporting Officer (Print and Sign Include Rank and ID#) | Supervisor (Print and Sign Include Rank and ID#) |
|---|---|

---

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

of the State of New York, the following did occur:

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date |
|---|---|
| Witness or Officer Signature | Date |

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No                     Date

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page ⪞ Of ⪞

**New York State**
# DOMESTIC INCIDENT REPORT

**Incident**

| Reported Date (MM/DD/YYYY) | Time (24 hours) | Occurred Date (MM/DD/YYYY) | Time (24 hours) | ☐ Officer Initiated  ☑ Radio Run  ☐ Walk-in | Complaint # |
|---|---|---|---|---|---|
|  |  |  | 1124 | ☐ ICAD (NYC) | |

| Address (Street No., Street Name, Bldg. No., Apt No.) | City, State, Zip |
|---|---|
|  |  NY |

**Suspect (P2)**

| Name (Last, First, M.I.) (Include Aliases) | DOB (MM/DD/YYYY) | Age: | ☑ Female  ☐ Male  ☐ Self-Identified: |
|---|---|---|---|

| Address (Street No., Street Name, Bldg. No., Apt No.) | Suspect Phone Number: | Language: |
|---|---|---|

| City, State, Zip | ☐ White  ☐ Black  ☐ Asian  ☐ American Indian  ☐ Other | ☐ Hispanic  ☐ Non Hispanic  ☐ Unknown  ☐ Other Identifier: |
|---|---|---|

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

Suspect (P2) Relationship to Victim (P1) ☐ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____

Do the suspect and victim have a child in common? ☑ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other: _____

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? _____

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☑ No Other, describe:

Suspect Threats? ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Access to Guns? ☐ Yes ☑ No If yes, describe:

Injured? ☐ Yes ☑ No If yes, describe:

In Pain? ☐ Yes ☑ No If yes, describe:

Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing
Visible Marks? ☐ Yes ☑ No If yes, describe:

**Suspect**

What did the SUSPECT say (Before and After Arrest): Not present

710.30 completed? ☐ Yes ☑ No

**Incident Narrative**

Briefly describe the circumstances of this incident: _____

DIR Repository checked? ☑ Yes ☐ No   Order of Protection Registry checked? ☑ Yes ☐ No   Order of Protection in effect? ☐ Yes ☑ No   ☐ Refrain ☐ Stay Away

**Evid**

Evidence Present? ☐ Yes ☑ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☑ No If yes, Describe:

**Offense**

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |
|---|---|---|---|---|---|

| VICTIM / COMPLAINANT COPY | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221-03/2016 DCJS Copyright © 2016 by NYS DCJS |
|---|---|---|

| Agency: | **B** | Incident # | Complaint # |

**Prior History**

**Describe Victim's prior domestic incidents with this suspect** (Last, Worst, First):

_Numerous Violation Violations_
_in Effect_

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____

| Has Suspect ever: | | Is suspect capable of killing you or children? | ☐ Yes ☑ No |
| Threatened to kill you or your children? ☐ Yes ☑ No | | Is suspect violently and constantly jealous of you? | ☐ Yes ☑ No |
| Strangled or "choked" you? ☐ Yes ☑ No | | Has the physical violence increased in frequency or severity over the past 6 months? | |
| Beaten you while you were pregnant? ☐ Yes ☑ No | | | ☐ Yes ☑ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

| Was DIR given to the Victim at the scene? ☑ Yes ☐ No  if NO, Why: | Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why: |

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#)

Supervisor (Print and Sign include Rank and ID#)

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)   _PELSO, JESSICA  A_

I _____ (Victim/Deponent Name) state that on _____ / _____ / _____, (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

_____ of the State of New York, the following did occur: _____

_none_

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date |
| Witness or Officer Signature | Date |

| **Note:** | Page |
| Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. | Of |

Interpreter Signature and Interpreter Service Provider Name

Interpreter Requested ☐ Yes ☑ No  Interpreter Used ☐ Yes ☐ No

Date